HIGH STREET HOTEL GROUP, L
600 STEED RD
RIDGELAND, MS 39157

BOOKING.COM
5295 PAYSPHERE CIR
CHICAGO, IL 60674-5295

FISHER FIRE
PO BOX 3364
JACKSON, MS 39207

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BUFORD PLUMBING CO.
PO BOX 8601
JACKSON, MS 39284

GENERAL PARTS, LLC
MI10
PO BOX 9201
MINNEAPOLIS, MN 55480

ACC BUSINESS
PO BOX 5019
CAROL STREAM, IL 60197

CENTIMARK CORPORATION
PO BOX 536254
PITTSBURGH, PA 15253-5904

GREATER JACKSON CHAMBE
PO BOX 22548
JACKSON, MS 39225

AIRE MASTER OF MID MS
141 GREEN GLADES
RIDGELAND, MS 39157

CITY OF JACKSON
P.O. BOX 23092
JACKSON, MS 39225-3092

GUEST SUPPLY, LLC
PO BOX 6771
SOMERSET, NJ 08875-6771

AIS TRUST ACCOUNT
ALLIANT
PO BOX 744912
LOS ANGELES, CA 90074

CITY OF JACKSON WATER
P.O. BOX 23092
JACKSON, MS 39225-3092

HD SUPPLY FACILITIES
PO BOX 604233
CHARLOTTE, NC 28260

AMERICAN QUICK FOODS
PO BOX 7188
OVERLAND PARK, KS 66207

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

HELMS BRISCOE
PO BOX 208976
DALLAS, TX 75320-8976

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-501

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND, MS 39157

HEWLETT PACKARD FINANC
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS, NJ 07922

ATIS ELEVATOR INSPECTI
PO BOX 790379
SAINT LOUIS, MO 63179-0379

ENTERGY MISSISSIPPI
P.O. BOX 8105
BATON ROUGE, LA 70891-8105

HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215-1727

ATMOS ENERGY CORP
P.O. BOX 650205
DALLAS, TX 75265-0205

FIRST RATE LAUNDRY SYS
580 BEVILL DR
FLORENCE, MS 39073

IHG HOTELS & RESORTS
3 RAVINIA DR STE 100
ATLANTA, GA 30346

INTERCONTINENTAL HOTEL
3 RAVINIA DR
STE 100
ATLANTA, GA 30346

JOHNSON CONTROLS
DEPT CH 10320
PALATINE, IL 60055-0320

JONES WALKER
11 N WATER ST
STE 1200
MOBILE, AL 36602

M3 ACCOUNTING SVCS
PO BOX 96539
CHARLOTTE, NC 28296-0539

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN, TN 37816

MIDSOUTH ELEVATOR
240 HIGHPOINT DR
RIDGELAND, MS 39157

MS ATTORNEY GENERAL
550 HIGH STREET
JACKSON, MS 39201

MS DEPT OF HEALTH
PO BOX 1700
JACKSON, MS 39215-1700

MVM TECHNOLOGY
27 WILLIAM ST
SAYREVILLE, NJ 08872

NATIONAL HOTEL-MOTEL
40087 MISSION BLVD
STE 241
FREMONT, CA 94539

NEW HORIZON COMMUNICAT
200 BARKER AVE
STE 300
CONCORD, MA 01742

OPTIONS TRAVEL SERVICE
135 RANHURST VILLAGE D
MOUNT PROSPECT, IL 60056

ORKIN
5700 CITRUS BLVD
STE E-2
JEFFERSON, LA 70123-5813

REPUBLIC SERVICES
PO BOX 677156
DALLAS, TX 75267-7156

RFID HOTEL
PO BOX 748535
ATLANTA, GA 30374-8535

RIALTO CAPITAL ADVISOR
200 S BISCAYNE BLVD
STE 3550
MIAMI, FL 33131

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND, MS 39157

ROYAL CUP
PO BOX 841000
DALLAS, TX 75284

RYAN, LLC
PO BOX 848351
DALLAS, TX 75284-8351

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

SIB DEVELOPMENT & CONS
PO BOX 736603
DALLAS, TX 75373

SUNNY DESAI
306 VINCE CV
MADISON, MS 39110

SYSCO JACKSON, LLC
PO BOX 2900
JACKSON, MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA, PA 19178

TRAVELING TEAMS, INC
PO BOX 771954
DETROIT, MI 48277-1954

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WATKINS, WARD, & STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND, MS 39157