Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **High Street Hotel Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | **26-01916** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ACC Business PO Box 5019 Carol Stream, IL 60197 | | | | | | **$3,186.52** |
| AIS Trust Account Alliant PO Box 744912 Los Angeles, CA 90074 | | | | | | **$3,423.41** |
| Atmos Energy Corp P.O. Box 650205 Dallas, TX 75265-0205 | | | | | | **$4,327.27** |
| Booking.com 5295 Paysphere Cir Chicago, IL 60674-5295 | | | | | | **$9,110.89** |
| CentiMark Corporation PO Box 536254 Pittsburgh, PA 15253-5904 | | | | | | **$10,987.00** |
| City of Jackson P.O. Box 23092 Jackson, MS 39225-3092 | | | | | | **$9,316.73** |
| City of Jackson Water P.O. Box 23092 Jackson, MS 39225-3092 | | | | | | **$6,455.35** |
| Desai Companies, LLC 600 Steed Rd Ridgeland, MS 39157 | | | | | | **$4,143.62** |

Debtor  **High Street Hotel Group, LLC**                                    Case number *(if known)*  **26-01916**

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Desai Companies, LLC** <br> **600 Steed Rd** <br> **Ridgeland, MS** <br> **39157** | | | | | | **$12,981.41** |
| **Desai Hotel Group** <br> **600 Steed Rd** <br> **Ridgeland, MS** <br> **39157** | | | | | | **$9,130.76** |
| **Entergy Mississippi** <br> **P.O. Box 8105** <br> **Baton Rouge, LA** <br> **70891-8105** | | | | | | **$8,233.39** |
| **Helms Briscoe** <br> **PO Box 208976** <br> **Dallas, TX** <br> **75320-8976** | | | | | | **$4,030.40** |
| **Hewlett Packard Financ** <br> **200 Connell Dr** <br> **Ste 5000** <br> **Berkeley Heights, NJ 07922** | | | | | | **$3,454.10** |
| **Hinds Co Tax Collector** <br> **P.O. Box 1727** <br> **Jackson, MS** <br> **39215-1727** | | | | | | **$68,406.23** |
| **Intercontinental Hotel** <br> **3 Ravinia Dr** <br> **Ste 100** <br> **Atlanta, GA 30346** | | | | | | **$133,280.21** |
| **Malar Contract Lightin** <br> **PO Box 1211** <br> **Morristown, TN** <br> **37816** | | | | | | **$4,221.48** |
| **Ridgeland Hotel Grp** <br> **600 Steed Rd** <br> **Ridgeland, MS** <br> **39157** | | | | | | **$8,022.45** |
| **Ryan, LLC** <br> **PO Box 848351** <br> **Dallas, TX** <br> **75284-8351** | | | | | | **$2,491.34** |
| **Sysco Jackson, LLC** <br> **PO Box 2900** <br> **Jackson, MS** <br> **39207-2900** | | | | | | **$10,372.42** |

Debtor   **High Street Hotel Group, LLC**　　　　　　　　　　Case number *(if known)*   **26-01916**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Watkins, Ward, & Staff 105 W Washington St Ste A1 Ridgeland, MS 39157** | | | | | | **$3,352.76** |