## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                       CASE NO. 26-01916-JAW
HIGH STREET HOTEL GROUP LLC,                                 CHAPTER 11
Debtor

## APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION

COMES NOW High Street Hotel Group LLC (the "Debtor"), by and through its proposed counsel, and applies pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014 for authority to employ The Rollins Law Firm, PLLC (the "Firm") as counsel for the Debtor and Debtor-in-Possession, effective as of the petition date. In support, the Debtor states:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 15 2026. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.      The Debtor owns and operates a hotel property in Jackson, Mississippi. The case is expected to involve, among other matters, cash collateral and cash-management issues, funds held or controlled by the secured lender or servicer, valuation of the hotel and related personal property, franchise and management issues, potential renovation or rebranding, secured-claim treatment, possible sale or refinancing, and formulation and prosecution of a Chapter 11 plan.

4.      The Debtor seeks to employ the Firm because the Firm has substantial experience representing business debtors in Chapter 11 cases in this District and is familiar with the Debtor's financial condition, loan documents, organizational documents, operations, and proposed restructuring alternatives.

5.      The services to be provided include advising the Debtor concerning its rights and duties under the Bankruptcy Code; preparing and filing schedules, statements, reports, motions, applications, and other pleadings; prosecuting requests to use cash collateral and obtain access to estate funds; representing the Debtor in negotiations and litigation with creditors and other parties in interest; advising concerning executory contracts, unexpired leases, franchise and management agreements, claims, financing, valuation, sale, and plan issues; preparing and prosecuting a disclosure statement and plan, if appropriate; and performing other legal services necessary for administration of the case.

6.      As set forth in the accompanying Verified Statement of Thomas C. Rollins, Jr., neither the Firm nor any attorney employed by the Firm holds or represents an interest adverse to the Debtor or the estate in connection with this case, and the Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14), subject to the disclosures stated in the Verified Statement.

7.      The Debtor and the Firm entered into a written Engagement and Fee Agreement. The Firm's current hourly rates are $425.00 for Thomas C. Rollins, Jr.; $360.00 for Jennifer A. Curry Calvillo; $155.00 for paralegals; and $100.00 for legal assistants. The rates may be adjusted from time to time on reasonable notice, subject to the Bankruptcy Code and Court approval.

8.      Before the petition date, the Firm received a $25,000.00 security retainer from Desai Companies LLC. The retainer is held in the Firm's client trust account.

9.      The Firm will seek compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331, the Bankruptcy Rules, applicable local rules, and orders of this Court. The Debtor understands that all compensation is subject to review and allowance by the Court.

10.     The Debtor believes that employment of the Firm is necessary, appropriate, and in the best interests of the estate.

WHEREFORE, the Debtor respectfully requests entry of an order: (a) authorizing the Debtor to employ The Rollins Law Firm, PLLC as counsel for the Debtor and Debtor-in-Possession effective as of the petition date; (b) approving the disclosed security-retainer

arrangement, subject to allowance of compensation and reimbursement under 11 U.S.C. §§ 330 and 331; and (c) granting such other and further relief as is just and proper.

*Respectfully submitted,*
HIGH STREET HOTEL GROUP LLC,
Debtor-in-Possession

BY:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that a true and correct copy of the foregoing Application to Employ The Rollins Law Firm, PLLC and accompanying Verified Statement was served through the Court's CM/ECF system on all registered users entitled to electronic notice and by United States first-class mail on all parties entitled to notice who are not registered users, including the Office of the United States Trustee, on July 16, 2026.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.