## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                            **CASE NO. 26-01916-JAW**

**HIGH STREET HOTEL GROUP LLC,**                      **CHAPTER 11**

**Debtor**

## VERIFIED STATEMENT OF THOMAS C. ROLLINS, JR. PURSUANT TO FED. R. BANKR. P. 2014

I, Thomas C. Rollins, Jr., declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney with The Rollins Law Firm, PLLC and am proposed counsel for High Street Hotel Group LLC, the Debtor and Debtor-in-Possession in this Chapter 11 case. I make this Verified Statement pursuant to Federal Rule of Bankruptcy Procedure 2014.

2. The Firm has been requested to provide the legal services described in the Debtor's Application to Employ and is willing to serve on the terms disclosed in that Application and in the engagement agreement.

3. Neither I, the Firm, nor any attorney employed by the Firm holds or represents an interest adverse to the Debtor or the estate in connection with this case. To the best of my knowledge, the Firm does not represent any creditor, equity security holder, insider, guarantor, or other party in interest in connection with this case.

4. The Firm represents only High Street Hotel Group LLC in this engagement. The Firm does not represent Sunny Desai individually, any affiliate, related entity, member, manager, guarantor, investor, lender, or other person unless separately agreed in writing and approved where required.

5. The Firm is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and is eligible for employment under 11 U.S.C. § 327(a).

6. The Firm's current hourly rates are $425.00 for me; $360.00 for Jennifer A. Curry Calvillo; $155.00 for paralegals; and $100.00 for legal assistants, subject to reasonable adjustments on notice and Court approval.

7. Before the petition date, the Firm received a $25,000.00 security retainer from Desai Companies, LLC. The retainer is held in the Firm's client trust account and will be applied only as authorized by the Bankruptcy Code, Bankruptcy Rules, applicable local rules, and orders of this Court.

8. The Firm has not shared or agreed to share compensation with any person other than members or regular employees of the Firm, except as may later be disclosed and approved by the Court.

9. The Firm will continue to review its connections with parties in interest and will promptly supplement this Verified Statement if additional material connections or disclosures are identified.

Executed on July 15, 2026.

_____
Thomas C. Rollins, Jr.