**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                    Case No. 26-01916-JAW
**HIGH STREET HOTEL GROUP LLC,**                              CHAPTER 11
Debtor

## NOTICE

Debtor has filed an Application with the court to Employ Counsel. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: July 16, 2026            Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                  CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP LLC,**                      CHAPTER 11
Debtor

### <u>APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION</u>

COMES NOW High Street Hotel Group LLC (the "Debtor"), by and through its proposed counsel, and applies pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014 for authority to employ The Rollins Law Firm, PLLC (the "Firm") as counsel for the Debtor and Debtor-in-Possession, effective as of the petition date. In support, the Debtor states:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 15 2026. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.      The Debtor owns and operates a hotel property in Jackson, Mississippi. The case is expected to involve, among other matters, cash collateral and cash-management issues, funds held or controlled by the secured lender or servicer, valuation of the hotel and related personal property, franchise and management issues, potential renovation or rebranding, secured-claim treatment, possible sale or refinancing, and formulation and prosecution of a Chapter 11 plan.

4.      The Debtor seeks to employ the Firm because the Firm has substantial experience representing business debtors in Chapter 11 cases in this District and is familiar with the Debtor's financial condition, loan documents, organizational documents, operations, and proposed restructuring alternatives.

5.  The services to be provided include advising the Debtor concerning its rights and duties under the Bankruptcy Code; preparing and filing schedules, statements, reports, motions, applications, and other pleadings; prosecuting requests to use cash collateral and obtain access to estate funds; representing the Debtor in negotiations and litigation with creditors and other parties in interest; advising concerning executory contracts, unexpired leases, franchise and management agreements, claims, financing, valuation, sale, and plan issues; preparing and prosecuting a disclosure statement and plan, if appropriate; and performing other legal services necessary for administration of the case.

6.  As set forth in the accompanying Verified Statement of Thomas C. Rollins, Jr., neither the Firm nor any attorney employed by the Firm holds or represents an interest adverse to the Debtor or the estate in connection with this case, and the Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14), subject to the disclosures stated in the Verified Statement.

7.  The Debtor and the Firm entered into a written Engagement and Fee Agreement. The Firm's current hourly rates are $425.00 for Thomas C. Rollins, Jr.; $360.00 for Jennifer A. Curry Calvillo; $155.00 for paralegals; and $100.00 for legal assistants. The rates may be adjusted from time to time on reasonable notice, subject to the Bankruptcy Code and Court approval.

8.  Before the petition date, the Firm received a $25,000.00 security retainer from Desai Companies LLC. The retainer is held in the Firm's client trust account.

9.  The Firm will seek compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331, the Bankruptcy Rules, applicable local rules, and orders of this Court. The Debtor understands that all compensation is subject to review and allowance by the Court.

10. The Debtor believes that employment of the Firm is necessary, appropriate, and in the best interests of the estate.

WHEREFORE, the Debtor respectfully requests entry of an order: (a) authorizing the Debtor to employ The Rollins Law Firm, PLLC as counsel for the Debtor and Debtor-in-Possession effective as of the petition date; (b) approving the disclosed security-retainer

arrangement, subject to allowance of compensation and reimbursement under 11 U.S.C. §§ 330 and 331; and (c) granting such other and further relief as is just and proper.

*Respectfully submitted,*
HIGH STREET HOTEL GROUP LLC,
Debtor-in-Possession

BY:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that a true and correct copy of the foregoing Application to Employ The Rollins Law Firm, PLLC and accompanying Verified Statement was served through the Court's CM/ECF system on all registered users entitled to electronic notice and by United States first-class mail on all parties entitled to notice who are not registered users, including the Office of the United States Trustee, on July 16, 2026.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 7/16/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/16/2026, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-01916<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JUL 16 9-50-21 PST 2026 | HIGH STREET HOTEL GROUP  LLC<br>600 STEED RD<br>RIDGELAND  MS 39157-9482 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| ACC BUSINESS<br>PO BOX 5019<br>CAROL STREAM  IL 60197-5019 | AIS TRUST ACCOUNT<br>ALLIANT<br>PO BOX 744912<br>LOS ANGELES  CA 90074-4912 | ATT<br>PO BOX 5019<br>CAROL STREAM  IL 60197-5019 |
| AIRE MASTER OF MID MS<br>141 GREEN GLADES<br>RIDGELAND  MS 39157-8661 | AMERICAN QUICK FOODS<br>PO BOX 7188<br>OVERLAND PARK  KS 66207-0188 | ATIS ELEVATOR INSPECTI<br>PO BOX 790379<br>SAINT LOUIS  MO 63179-0379 |
| ATMOS ENERGY CORP<br>PO BOX 650205<br>DALLAS  TX 75265-0205 | BOOKINGCOM<br>5295 PAYSPHERE CIR<br>CHICAGO  IL 60674-5295 | BUFORD PLUMBING CO<br>PO BOX 8601<br>JACKSON  MS 39284-8601 |
| (P)CENTIMARK CORPORATION<br>12 GRANDVIEW CIRCLE<br>CANONSBURG PA 15317-8533 | CITY OF JACKSON<br>PO BOX 23092<br>JACKSON  MS 39225-3092 | CITY OF JACKSON WATER<br>PO BOX 23092<br>JACKSON  MS 39225-3092 |
| DESAI COMPANIES  LLC<br>600 STEED RD<br>RIDGELAND  MS 39157-9482 | DESAI HOTEL GROUP<br>600 STEED RD<br>RIDGELAND  MS 39157-9482 | ENTERGY MISSISSIPPI<br>PO BOX 8105<br>BATON ROUGE  LA 70891-8105 |
| FIRST RATE LAUNDRY SYS<br>580 BEVILL DR<br>FLORENCE  MS 39073-9182 | FISHER FIRE<br>PO BOX 3364<br>JACKSON  MS 39207-3364 | GENERAL PARTS  LLC<br>MI10<br>PO BOX 9201<br>MINNEAPOLIS  MN 55480-9201 |
| GREATER JACKSON CHAMBE<br>PO BOX 22548<br>JACKSON  MS 39225-2548 | GUEST SUPPLY  LLC<br>PO BOX 6771<br>SOMERSET  NJ 08875-6771 | HD SUPPLY FACILITIES<br>PO BOX 604233<br>CHARLOTTE  NC 28260-4233 |
| HELMS BRISCOE<br>PO BOX 208976<br>DALLAS  TX 75320-8976 | HEWLETT PACKARD FINANC<br>200 CONNELL DR<br>STE 5000<br>BERKELEY HEIGHTS  NJ 07922-2816 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 |

IHG HOTELS  RESORTS
3 RAVINIA DR STE 100
ATLANTA  GA 30346-2121

INTERCONTINENTAL HOTEL
3 RAVINIA DR
STE 100
ATLANTA  GA 30346-2121

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOHNSON CONTROLS
DEPT CH 10320
PALATINE  IL 60055-0320

JONES WALKER
11 N WATER ST
STE 1200
MOBILE  AL 36602-3809

M3 ACCOUNTING SVCS
PO BOX 96539
CHARLOTTE  NC 28296-0539

MS ATTORNEY GENERAL
550 HIGH STREET
JACKSON  MS 39201-1111

MS DEPT OF HEALTH
PO BOX 1700
JACKSON  MS 39215-1700

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MVM TECHNOLOGY
27 WILLIAM ST
SAYREVILLE  NJ 08872-1144

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN  TN 37816-1211

MIDSOUTH ELEVATOR
240 HIGHPOINT DR
RIDGELAND  MS 39157-6019

NATIONAL HOTELMOTEL
40087 MISSION BLVD
STE 241
FREMONT  CA 94539-3680

NEW HORIZON COMMUNICAT
200 BARKER AVE
STE 300
CONCORD  MA 01742-2178

OPTIONS TRAVEL SERVICE
135 RANHURST VILLAGE D
MOUNT PROSPECT  IL 60056-1147

ORKIN
5700 CITRUS BLVD
STE E-2
JEFFERSON  LA 70123-5813

RFID HOTEL
PO BOX 748535
ATLANTA  GA 30374-8535

REPUBLIC SERVICES
PO BOX 677156
DALLAS  TX 75267-7156

RIALTO CAPITAL ADVISOR
200 S BISCAYNE BLVD
STE 3550
MIAMI  FL 33131-2379

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND  MS 39157-9482

ROYAL CUP
PO BOX 841000
DALLAS  TX 75284-1000

RYAN  LLC
PO BOX 848351
DALLAS  TX 75284-8351

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM  AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

SIB DEVELOPMENT  CONS
PO BOX 736603
DALLAS  TX 75373-6603

SUNNY DESAI
306 VINCE CV
MADISON  MS 39110-6528

SYSCO JACKSON  LLC
PO BOX 2900
JACKSON  MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA  PA 19178-0593

TRAVELING TEAMS  INC
PO BOX 771954
DETROIT  MI 48277-1954

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025


US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001


EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WATKINS  WARD   STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND  MS 39157-2416

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767