**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| IN RE:<br><br>**HIGH STREET HOTEL GROUP, LLC**<br>Debtor. | CASE NO. **26-01916-JAW**<br><br>CHAPTER 11 |
|---|---|

## EXHIBIT A
**NINE-WEEK OPERATING BUDGET - JULY 13, 2026 THROUGH SEPTEMBER 13, 2026**
Holiday Inn Express & Suites - Jackson, Mississippi (JANGM)

| Line item | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jul 13-Jul 19 | Jul 20-Jul 26 | Jul 27-Aug 02 | Aug 03-Aug 09 | Aug 10-Aug 16 | Aug 17-Aug 23 | Aug 24-Aug 30 | Aug 31-Sep 06 | Sep 07-Sep 13 | 9 Weeks |
| **Summary** | | | | | | | | | | |
| Rooms Available | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 6,678 |
| Rooms Sold | 394 | 394 | 394 | 591 | 591 | 591 | 591 | 607 | 607 | 4,758 |
| Occupancy | 53.1% | 53.1% | 53.1% | 79.6% | 79.6% | 79.6% | 79.6% | 81.8% | 81.8% | 71.3% |
| ADR | $101.00 | $101.00 | $101.00 | $75.84 | $75.84 | $75.84 | $75.84 | $77.11 | $77.11 | $82.41 |
| **Operating Revenue** | | | | | | | | | | |
| Rooms | 39,794 | 39,794 | 39,794 | 44,794 | 44,794 | 44,794 | 44,794 | 46,797 | 46,797 | 392,150 |
| Minor Operating Departments | 119 | 119 | 119 | 134 | 134 | 134 | 134 | 140 | 140 | 1,176 |
| Miscellaneous Income | 119 | 119 | 119 | 134 | 134 | 134 | 134 | 140 | 140 | 1,176 |
| **Total Operating Revenue** | **40,033** | **40,033** | **40,033** | **45,062** | **45,062** | **45,062** | **45,062** | **47,077** | **47,077** | **394,503** |
| **Departmental Expenses** | | | | | | | | | | |
| Rooms | 13,526 | 13,526 | 13,526 | 20,276 | 20,276 | 20,276 | 20,276 | 20,834 | 20,834 | 163,352 |
| Minor Operating Departments | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 630 |
| **Total Departmental Expenses** | **13,596** | **13,596** | **13,596** | **20,346** | **20,346** | **20,346** | **20,346** | **20,904** | **20,904** | **163,982** |
| **Total Departmental Profit** | **26,437** | **26,437** | **26,437** | **24,716** | **24,716** | **24,716** | **24,716** | **26,173** | **26,173** | **230,521** |
| **Undistributed Operating Expenses** | | | | | | | | | | |
| Administrative & General | 4,425 | 4,425 | 4,425 | 4,425 | 4,425 | 4,425 | 4,425 | 4,425 | 4,425 | 39,829 |
| Information & Telecom Systems | 1,074 | 1,074 | 1,074 | 1,074 | 1,074 | 1,074 | 1,074 | 1,074 | 1,074 | 9,668 |
| Sales & Marketing | 4,938 | 4,938 | 4,938 | 4,938 | 4,938 | 4,938 | 4,938 | 4,938 | 4,938 | 44,439 |
| Property Operation & Maintenance | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 1,275 | 11,477 |
| Energy, Water & Waste | 4,803 | 4,803 | 4,803 | 3,591 | 3,591 | 3,591 | 3,591 | 3,398 | 3,398 | 35,570 |
| **Total Undistributed Expenses** | **16,516** | **16,516** | **16,516** | **15,304** | **15,304** | **15,304** | **15,304** | **15,110** | **15,110** | **140,984** |
| **Gross Operating Profit** | **9,921** | **9,921** | **9,921** | **9,412** | **9,412** | **9,412** | **9,412** | **11,063** | **11,063** | **89,537** |
| Management Fees | - | - | - | - | - | - | - | - | - | - |
| **Income Before Non-operating** | **9,921** | **9,921** | **9,921** | **9,412** | **9,412** | **9,412** | **9,412** | **11,063** | **11,063** | **89,537** |
| **Non-operating Income & Expenses** | | | | | | | | | | |
| Property & Other Taxes | 1,229 | 1,229 | 1,229 | 1,229 | 1,229 | 1,229 | 1,229 | 1,229 | 1,229 | 11,059 |
| Insurance | 1,528 | 1,528 | 1,528 | 1,528 | 1,528 | 1,528 | 1,528 | 1,528 | 1,528 | 13,752 |
| **Total Non-operating Expenses** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(2,757)** | **(24,811)** |
| **EBITDA** | **7,164** | **7,164** | **7,164** | **6,655** | **6,655** | **6,655** | **6,655** | **8,306** | **8,306** | **64,726** |