**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                  CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP, LLC**
**Debtor**                                                          CHAPTER 11

## DEBTOR'S MOTION FOR EXPEDITED HEARING

High Street Hotel Group, LLC (the "Debtor"), moves the Court to set the Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral (Dk# 11 ); to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief (the "Cash Collateral Motion") for hearing on an expedited basis. In support, the Debtor states as follows:

1. The Debtor owns and operates an active hotel located in Jackson, Mississippi. The Hotel operates continuously and requires immediate access to daily room receipts, credit-card settlements, online travel agency remittances, and other operating revenues.

2. The Debtor's operating revenues have historically been directed through a lender-controlled cash-management system. The Debtor alleges in the Cash Collateral Motion that the secured lender, its servicer, and related parties have intercepted, swept, withheld, or otherwise controlled those revenues and have released operating funds only through a discretionary disbursement process.

3. Since the filing of this case, the Debtor must have immediate access to postpetition revenues to continue operating the Hotel. Those revenues are necessary to meet payroll, maintain utilities and insurance, remit sales, occupancy, payroll, and other taxes, purchase operating supplies, pay essential vendors, maintain the property, and provide uninterrupted services to guests.

4. The Debtor cannot operate for an extended period without access to those receipts. Continued interception or withholding of postpetition revenues threatens immediate disruption to payroll, guest services, utilities, insurance coverage, vendor relationships, and ordinary Hotel operations.

5. Delay also threatens the value of the estate and the secured parties' collateral. The Hotel's going-concern value depends upon uninterrupted operations, retention of employees, fulfillment of existing reservations, maintenance of franchise and reservation-system relationships, and continued payment of ordinary operating expenses.

6. The Cash Collateral Motion requests limited interim relief pending a final hearing. The Debtor proposes to use cash collateral only in accordance with an operating budget and to provide replacement liens, financial reporting, maintenance of insurance, and the other adequate protection described in the Cash Collateral Motion.

7. An expedited hearing is therefore necessary to prevent immediate and irreparable harm to the Debtor's business, employees, guests, estate, and creditors, and to allow the Court to determine the Debtor's authority to collect and use postpetition operating revenues before further harm occurs.

**WHEREFORE,** the Debtor respectfully requests that the Court set the Cash Collateral Motion for hearing at the earliest available date and time, consider the Debtor's request for interim relief pursuant to Federal Rule of Bankruptcy Procedure 4001(b), and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**HIGH STREET HOTEL GROUP, LLC**

By: **/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
**THE ROLLINS LAW FIRM, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion and all attachments were served on July 16, 2026, through the Court's CM/ECF system and by electronic mail and/or first-class mail on the 20 largest unsecured creditors, United States Trustee, and:

**RSS BBCMS2017-C1 - MS HSH, LLC**
c/o CT Corporation System
8927 Lorraine Rd, Ste 204-A
Gulfport, MS 39503

**Wilmington Trust, NA**
A subsidiary of M&T Bank
c/o CEO/Manager
One M&T Plaza
Buffalo, NY 14203

**Rialto Capital Advisors, LLC**
c/o CT Corporation System
8927 Lorraine Rd, Ste 204 A
Gulfport, MS 39503

**Rialto Capital Advisors, LLC**
c/o CT Corporation System
1200 S Pine Island Rd
Plantation, FL 33324

**Rialto Mortgage Finance, LLC**
c/o CT Corporation System
8927 Lorraine Rd, Ste 204 A
Gulfport, MS 39503

**Rialto Mortgage Finance, LLC**
c/o CT Corporation System
1200 S Pine Island Rd
Plantation, FL 33324

**Anthony Michael Shaw, Jones Walker**
c/o Jeffrey R. Barber
3100 N State St, Ste 300
Jackson, MS 39216

**Wells Fargo & Company**
c/o CEO
P.O. Box 63750
San Francisco, CA 94163

**United States Small Business Administration**
US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**SBA**
c/o US Attorney
501 E Court St. Ste 4.430
Jackson, MS 39201

**Mississippi Department of Revenue**
c/o MS Attorney General
550 High St
Jackson, MS 39201

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

Page 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 7/16/2026, I did cause a copy of the following documents, described below,

Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/16/2026, a copy of the following documents, described below,

Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

RSS BBCMS2017-C1 - MS HSH, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204-A
GULFPORT, MS 39503

WILMINGTON TRUST, NA
A SUBSIDIARY OF M&T BANK
C/O CEO/MANAGER
ONE M&T PLAZA
BUFFALO, NY 14203

RIALTO CAPITAL ADVISORS, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204 A
GULFPORT, MS 39503

RIALTO CAPITAL ADVISORS, LLC
C/O CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

RIALTO MORTGAGE FINANCE, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204 A
GULFPORT, MS 39503

RIALTO MORTGAGE FINANCE, LLC
C/O CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

ANTHONY MICHAEL SHAW, JONES WALKER
C/O JEFFREY R. BARBER
3100 N STATE ST, STE 300
JACKSON, MS 39216

WELLS FARGO & COMPANY
C/O CEO
P.O. BOX 63750
SAN FRANCISCO, CA 94163

UNITED STATES SMALL BUSINESS ADMINISTRATION
US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

ACC BUSINESS
P.O BOX 5019
CAROL STREAM, IL 60197

AIS TRUST ACCOUNT
ALLIANT
P.O. BOX 744912
LOS ANGELES, CA 90074

ATMOS ENERGY CORP
P.O. BOX 650205
DALLAS, TX 75265

BOOKING.COM
5295 PAYSPHERE CIR
CHICAGO, IL 60674

CENTRIMARK CORPORATION
P.O. BOX 536254
PITTSBURGH, PA 15253

CITY OF JACKSON
P.O. BOX 23092
JACKSON, MS 39225

CITY OF JACKSON WATER
P.O. BOX 23092
JACKSON, MS 39225

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

SBA
C/O US ATTORNEY
501 E COURT ST. STE 4.430
JACKSON, MS 39201

MISSISSIPPI DEPARTMENT OF REVENUE
C/O MS ATTORNEY GENERAL
550 HIGH ST
JACKSON, MS 39201

HELMS BRISCOE
PO BOX 208976
DALLAS, TX 75320

HEWLETT PACKARD FINANCE
200 CONNELL DR STE 5000
BERKELEY HEIGHTS, NJ 07922

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN, TN 37816

RYAN, LLC
P O BOX 848351
DALLAS, TX 75284

WATKINS, WARD, & STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND, MS 39157

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND, MS 39157

ENTERGY MISSISSIPPI
P.O. BOX 8105
BATON ROUGE, LA 70891

HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215

INTERCONTINENTAL HOTEL
3 RAVINA DR.
STE 100
ATLANTA, GA 30346

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND, MS 39157

SYSCO JACKSON, LLC
P.O. BOX 2900
JACKSON, MS 39207