_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  **CASE NO. 26-01916-JAW**
**HIGH STREET HOTEL GROUP, LLC**
**Debtor**  **CHAPTER 11**

### ORDER SETTING EXPEDITED HEARING

THIS CAUSE came before the Court on the Debtor's Motion for Expedited Hearing on the Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief. (Dk # 12). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that expedited consideration  is appropriate.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Debtor's Motion for Expedited Hearing is granted. The Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief is set for hearing as follows:

**DATE:** Monday, July 20, 2026

**TIME:** 11:00 AM

**LOCATION:** Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 E. Court Street, Jackson, Mississippi.

**IT IS FURTHER ORDERED** that the Debtor shall promptly serve notice of the hearing and copies of this Order upon the United States Trustee, the Cash Collateral Parties identified in the Cash Collateral Motion, their known counsel, the twenty largest unsecured creditors, and all other parties entitled to notice under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that any response or objection to the requested interim relief may be presented at the hearing, subject to such further procedures as the Court may direct.

**##END OF ORDER##**

SUBMITTED BY:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com