**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                         CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP, LLC,**
**Debtor**                                                    CHAPTER 11

## CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Order Setting Expedited Hearing, I have caused the following partied to be served electronically via ECF:

  Case Trustee
  Office of the US Trustee

  I further certify that I have this day served a true and correct copy of the Order by US Mail, postage prepaid, to all other parties listed.

Date: July 16, 2026                    /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A Curry Calvillo, MSB# 104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-01916-JAW** |
| **HIGH STREET HOTEL GROUP, LLC** | |
| **Debtor** | **CHAPTER 11** |

### ORDER SETTING EXPEDITED HEARING

THIS CAUSE came before the Court on the Debtor's Motion for Expedited Hearing on the Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief. (Dk # 12). The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that expedited consideration  is appropriate.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Debtor's Motion for Expedited Hearing is granted. The Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief is set for hearing as follows:

**DATE:** Monday, July 20, 2026

**TIME:** 11:00 AM

**LOCATION:** Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 E. Court Street, Jackson, Mississippi.

**IT IS FURTHER ORDERED** that the Debtor shall promptly serve notice of the hearing and copies of this Order upon the United States Trustee, the Cash Collateral Parties identified in the Cash Collateral Motion, their known counsel, the twenty largest unsecured creditors, and all other parties entitled to notice under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that any response or objection to the requested interim relief may be presented at the hearing, subject to such further procedures as the Court may direct.

**##END OF ORDER##**

SUBMITTED BY:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 7/16/2026, I did cause a copy of the following documents, described below,

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/16/2026, a copy of the following documents, described below,

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

RSS BBCMS2017-C1 - MS HSH, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204-A
GULFPORT, MS 39503

WILMINGTON TRUST, NA
A SUBSIDIARY OF M&T BANK
C/O CEO/MANAGER
ONE M&T PLAZA
BUFFALO, NY 14203

RIALTO CAPITAL ADVISORS, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204 A
GULFPORT, MS 39503

RIALTO CAPITAL ADVISORS, LLC
C/O CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

RIALTO MORTGAGE FINANCE, LLC
C/O CT CORPORATION SYSTEM
8927 LORRAINE RD, STE 204 A
GULFPORT, MS 39503

RIALTO MORTGAGE FINANCE, LLC
C/O CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

ANTHONY MICHAEL SHAW, JONES WALKER
C/O JEFFREY R. BARBER
3100 N STATE ST, STE 300
JACKSON, MS 39216

WELLS FARGO & COMPANY
C/O CEO
P.O. BOX 63750
SAN FRANCISCO, CA 94163

UNITED STATES SMALL BUSINESS ADMINISTRATION
US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

ACC BUSINESS
P.O BOX 5019
CAROL STREAM, IL 60197

AIS TRUST ACCOUNT
ALLIANT
P.O. BOX 744912
LOS ANGELES, CA 90074

ATMOS ENERGY CORP
P.O. BOX 650205
DALLAS, TX 75265-0205

BOOKING.COM
5295 PAYSPHERE CIR
CHICAGO, IL 60674-5295

CENTRIMARK CORPORATION
P.O. BOX 536254
PITTSBURGH, PA 15253-5904

CITY OF JACKSON
P.O. BOX 23092
JACKSON, MS 39225-3092

CITY OF JACKSON WATER
P.O. BOX 23092
JACKSON, MS 39225-3092

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

SBA
C/O US ATTORNEY
501 E COURT ST. STE 4.430
JACKSON, MS 39201

MISSISSIPPI DEPARTMENT OF REVENUE
C/O MS ATTORNEY GENERAL
550 HIGH ST
JACKSON, MS 39201

HELMS BRISCOE
PO BOX 208976
DALLAS, TX
75320-8976

HEWLETT PACKARD FINANCE
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS, NJ 07922

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN, TN 37816

RYAN, LLC
P O BOX 848351
DALLAS, TX 75284-8351

WATKINS, WARD, & STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND, MS 39157

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND, MS 39157

ENTERGY MISSISSIPPI
P.O. BOX 8105
BATON ROUGE, LA 70891-8105

HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215-1727

INTERCONTINENTAL HOTEL
3 RAVINA DR.
STE 100
ATLANTA, GA 30346

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND, MS 39157

SYSCO JACKSON, LLC
P.O. BOX 2900
JACKSON, MS 39207-2900