**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE :

                                          CHAPTER 11

High Street Hotel Group, LLC

                                          CASE NO.: 26-01916-JAW

Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

The undersigned hereby enters his appearance on behalf of RSS BBCMS2017-C1-MS HSH, LLC, a creditor and interested party, and requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Michael Anthony Shaw, Esq.
Jones Walker LLP
11 N. Water St., Ste. 1200
Mobile, AL 36602
Tel.  (251) 432-1414
tshaw@joneswalker.com

Please take further notice that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petitions, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telefax or otherwise, filed with regard to the above-referenced bankruptcy proceeding.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of RSS BBCMS2017-C1-MS HSH, LLC, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or

#112091722v1

consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of RSS BBCMS2017-C1-MS HSH, LLC, in any proceeding that has been or will be instituted during the course of the case.

Dated: July 16, 2026

Respectfully Submitted,

JONES WALKER LLP
*Attorney for Creditor*
RSS BBCMS2017-C1-MS HSH, LLC

11 N. Water St., Ste. 1200
Mobile, AL 36602
Tel.  (251) 432-1414
Fax   (251) 433-4106

By:____*/s/ Michael Anthony Shaw*_____
     MICHAEL ANTHONY SHAW
Mississippi Bar No. 101319

#112091722v1

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties

listed below via ECF and/or first-class U.S. Mail on this 16th day of July, 2026.


*/s/ Michael Anthony Shaw*


High Street Hotel Group, LLC
600 Steed Rd.
Ridgeland, MS 39157
*Debtor*

Thomas C. Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

United States Trustee
501 East Court St., Ste. 6-430
Jackson, MS 39201
USTPRegions05.JA.ECF@usdoj.gov

3

#112091722v1