**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

IN RE:    High Street Hotel Group, LLC          Bankruptcy No. 26-01916-JAW

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002, 9007, and 9010, Chad J. Hammons, of the law firm of

Jones Walker LLP hereby enters his appearance as attorney for RSS BBCMS2017-C1-MS HSH,

LLC and requests that all documents, pleadings, and mailings be sent to Jones Walker LLP.

Please add the following names and address to the list of creditors:

> Chad J. Hammons, MSB No. 10419
> **JONES WALKER LLP**
> *Attorney for RSS BBCMS2017-C1-MS HSH, LLC*
> 3100 North State Street, Suite 300
> Jackson, MS 39216
> (601) 949-4900
> chammons@joneswalker.com

DATED:  July 17, 2026.

> By: */s/Chad J. Hammons*
>     CHAD J. HAMMONS

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

> Thomas Carl Rollins, Jr., Esq., *Attorney for Debtors*
> trollins@therollinsfirm.com
>
> United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

DATED:  July 17, 2026.

> */s/Chad J. Hammons*
> CHAD J. HAMMONS