**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**In Re:**

| | |
|---|---|
| **High Street Hotel Group, LLC,** | **Case No. 26-01916-JAW** |
| **Debtor.** | **Chapter 11** |

### MOTION FOR ADMISSION *PRO HAC VICE*

RSS BBCMS2017-C1-MS HSH, LLC requests that Stephen P. Drobny, Esq. be admitted *pro hac vice* in the above-referenced bankruptcy proceeding, and in support thereof states as follows:

1.      Stephen P. Drobny ("Mr. Drobny") is an attorney at Jones Walker working out of its Miami, Florida and Atlanta, Georgia offices. Mr. Drobny is admitted to the State Bars of Georgia, Florida and California and the federal courts in such states.  Mr. Drobny is in good standing in all such states and federal courts. Attached hereto as Exhibit "A" is a Certificate of Good Standing for Mr. Drobny as issued by the United States District Court for the Southern District of Florida.   Mr. Drobny is of good character and reputation and is familiar with the local rules and practices in this Court.

2.      Chad J. Hammons, admitted to practice before this Court, will continue to be associated as local counsel for RSS BBCMS2017-C1-MS HSH, LLC in this case.

3.      RSS BBCMS2017-C1-MS HSH, LLC therefore requests that Stephen P Drobny, Esq. be admitted to practice in this Court for the purpose of appearing in the instant case, including any adversary proceedings which may arise in connection with this matter.

WHEREFORE, PREMISES CONSIDERED, RSS BBCMS2017-C1-MS HSH, LLC requests that this motion be granted and that Stephen P Drobny, Esq.be admitted to practice in

{JX219734.1}

this Court for the purpose of appearing in the instant case, including any adversary proceedings which may arise in connection with this matter.

DATED:  July 20, 2026.

Respectfully submitted,

**RSS BBCMS2017-C1-MS HSH, LLC**

By Its Attorneys,

JONES WALKER LLP

*/s/ Chad J. Hammons*
   Chad J. Hammons

Chad J. Hammons (MSB #10419)
**JONES WALKER LLP**
3100 North State Street, Suite 300
Jackson, MS 39216
Telephone: ( 601) 949-4975
Facsimile:  (601) 949-4804
chammons@joneswalker.com

Respectfully submitted,

**RSS BBCMS2017-C1-MS HSH, LLC**

By Its Attorneys,

JONES WALKER LLP

*/s/ Stephen P. Drobny*
Stephen P. Drobny
(Pending Admission *Pro Hac Vice*)

Jordan M. Drobny (Florida Bar No. 55732)
**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131-4341
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710
sdrobny@joneswalker.com

{JX219734.1}

## CERTIFICATE

I, Stephen P. Drobny, hereby certify that I have read and am familiar with the Uniform Local Rules of the United States Bankruptcy Courts for the Northern and Southern Districts of Mississippi.

DATED:  July 20, 2026.

*/s/ Stephen P. Drobny*
Stephen P. Drobny

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

> Office of U. S. Trustee at USTPRegion05.JA.ECF@usdoj.gov
> Thomas Carl Rollins, Jr., Esq. at trollins@therollinsfirm.com

DATED:  July 20, 2026

*/s/ Chad J. Hammons*
Chad J. Hammons