# Exhibit A

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I, _____ Angela E. Noble _____ , Clerk of this Court,

certify that _____ Stephen Paul Drobny _____ , Bar # _____ 55732 _____ ,

was duly admitted to practice in this Court on _____ 01/23/2009 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Miami Dade _____ on _____ 07/20/2026 _____
         *(Location)*                              *(Date)*

Angela E. Noble
_____
*CLERK*

_____
*DEPUTY CLERK*