**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**In Re:**

 **High Street Hotel Group, LLC,**     **Case No. 26-01916-JAW**

 **Debtor.**           **Chapter 11**

**ORDER GRANTING MOTION FOR ADMISSION**
**_PRO HAC VICE_ OF STEPHEN P. DROBNY**

 THIS CAUSE CAME before the Court on the Motion for Admission _Pro Hac Vice_ **[Dkt #____]** ("Motion") requesting that Stephen P. Drobny, Esq. be admitted _pro hac vice_ as counsel of record for RSS BBCMS2017-C1-MS HSH, LLC in the above-referenced bankruptcy proceeding.  The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

 IT IS, THEREFORE, ORDERED, that the Motion for Admission _Pro Hac Vice_ of Stephen P. Drobny, Esq. of the law firm Jones Walker LLP, to appear on behalf of RSS BBCMS2017-C1-MS HSH, LLC in the instant case, including any adversary proceedings which may arise in connection with this matter, is hereby granted.

**\*\*\*END OF ORDER\*\*\***

{JX219941.1}

2

**PREPARED AND SUBMITTED BY:**
Chad J. Hammons (MSB #10419)
**JONES WALKER LLP**
3100 North State Street, Suite 300
Jackson, MS 39216
Telephone: ( 601) 949-4975
Facsimile:  (601) 949-4804
chammons@joneswalker.com


Stephen P. Drobny (Florida Bar No. 55732)
**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131-4341
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710
sdrobny@joneswalker.com

{JX219941.1}

2