_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**In Re:**

| | |
|---|---|
| **High Street Hotel Group, LLC,** | **Case No. 26-01916-JAW** |
| **Debtor.** | **Chapter 11** |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF STEPHEN P. DROBNY

THIS CAUSE CAME before the Court on the Motion for Admission *Pro Hac Vice* **[Dkt. #23]** ("Motion") requesting that Stephen P. Drobny, Esq. be admitted *pro hac vice* as counsel of record for RSS BBCMS2017-C1-MS HSH, LLC in the above-referenced bankruptcy proceeding.  The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, that the Motion for Admission *Pro Hac Vice* of Stephen P. Drobny, Esq. of the law firm Jones Walker LLP, to appear on behalf of RSS BBCMS2017-C1-MS HSH, LLC in the instant case, including any adversary proceedings which may arise in connection with this matter, is hereby granted.

### ***END OF ORDER***

{JX219941.1}

2

**PREPARED AND SUBMITTED BY:**
Chad J. Hammons (MSB #10419)
**JONES WALKER LLP**
3100 North State Street, Suite 300
Jackson, MS 39216
Telephone: ( 601) 949-4975
Facsimile:  (601) 949-4804
chammons@joneswalker.com


Stephen P. Drobny (Florida Bar No. 55732)
**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131-4341
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710
sdrobny@joneswalker.com