**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE :

                                               CHAPTER 11

High Street Hotel Group, LLC

                                             CASE NO.: 26-01916-JAW

Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

The undersigned hereby enters his appearance on behalf of RSS BBCMS2017-C1-MS HSH, LLC, a creditor and interested party, and requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Stephen P. Drobny, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel.  (305) 679-5700
sdrobny@joneswalker.com

Please take further notice that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petitions, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telefax or otherwise, filed with regard to the above-referenced bankruptcy proceeding.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of RSS BBCMS2017-C1-MS HSH, LLC, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or

#112107784v1

2

consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of RSS BBCMS2017-C1-MS HSH, LLC, in any proceeding that has been or will be instituted during the course of the case.

Dated: July 22, 2026

Respectfully Submitted,

JONES WALKER LLP
*Attorney for Creditor*
RSS BBCMS2017-C1-MS HSH, LLC
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel.  (305) 679-5700
Fax   (305) 679-5710

By:    */s/ Stephen P. Drobny*
       STEPHEN P. DROBNY
       Florida Bar No. 55732
       Admitted Pro Hac Vice

2

#112107784v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties listed below via ECF and/or first-class U.S. Mail on this 22nd day of July, 2026.

/s/ Stephen P. Drobny

High Street Hotel Group, LLC
600 Steed Rd.
Ridgeland, MS 39157
*Debtor*

Thomas C. Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

United States Trustee
501 East Court St., Ste. 6-430
Jackson, MS 39201
USTPRegions05.JA.ECF@usdoj.gov

3

#112107784v1