United States Bankruptcy Court

Southern District of Mississippi

In re:

High Street Hotel Group, LLC

     Debtor

Case No. 26-01916-JAW

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 309F1 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| aty | + | Chad J. Hammons, Jones Walker, P.O. Box 427, Jackson, MS 39205-0427 |
| aty | + | Michael A Shaw, Jones Walker LLP, 11 North Water Street, Suite 1200, Mobile, AL 36602-3809 |
| aty | + | Stephen P. Drobny, Jones Walker LLP, 201 South Biscayne Blvd, Suite 3000, Miami, FL 33131-4330 |
| cr | + | RSS BBCMS2017-C1-MS HSH, LLC, c/o Jones Walker LLP, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697037 | + | AIS Trust Account, Alliant, PO Box 744912, Los Angeles, CA 90074-4912 |
| 5697036 | + | Aire Master of Mid MS, 141 Green Glades, Ridgeland, MS 39157-8661 |
| 5697038 | + | American Quick Foods, PO Box 7188, Overland Park, KS 66207-0188 |
| 5697040 | | Atis Elevator Inspecti, PO Box 790379, Saint Louis, MO 63179-0379 |
| 5697042 | | Booking.com, 5295 Paysphere Cir, Chicago, IL 60674-5295 |
| 5697043 | + | Buford Plumbing Co., PO Box 8601, Jackson, MS 39284-8601 |
| 5698343 | + | Chad J. Hammons, Esq., Jones Walker LLP, Atty for RSS BBCMS2017-C1-MS HSH, LLC, 3100 North State Street, Suite 300, Jackson, MS 39216-4013 |
| 5697045 | | City of Jackson, P.O. Box 23092, Jackson, MS 39225-3092 |
| 5697046 | | City of Jackson Water, P.O. Box 23092, Jackson, MS 39225-3092 |
| 5697047 | + | Desai Companies, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697048 | + | Desai Hotel Group, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697050 | + | First Rate Laundry Sys, 580 Bevill Dr, Florence, MS 39073-9182 |
| 5697051 | + | Fisher Fire, PO Box 3364, Jackson, MS 39207-3364 |
| 5697052 | + | General Parts, LLC, MI10, PO Box 9201, Minneapolis, MN 55480-9201 |
| 5697053 | + | Greater Jackson Chambe, PO Box 22548, Jackson, MS 39225-2548 |
| 5697054 | | Guest Supply, LLC, PO Box 6771, Somerset, NJ 08875-6771 |
| 5697055 | + | HD Supply Facilities, PO Box 604233, Charlotte, NC 28260-4233 |
| 5697056 | | Helms Briscoe, PO Box 208976, Dallas, TX 75320-8976 |
| 5697057 | + | Hewlett Packard Financ, 200 Connell Dr, Ste 5000, Berkeley Heights, NJ 07922-2816 |
| 5697059 | + | IHG Hotels & Resorts, 3 Ravinia Dr Ste 100, Atlanta, GA 30346-2121 |
| 5697060 | + | Intercontinental Hotel, 3 Ravinia Dr, Ste 100, Atlanta, GA 30346-2121 |
| 5697061 | | Johnson Controls, Dept Ch 10320, Palatine, IL 60055-0320 |
| 5697062 | + | Jones Walker, 11 N Water St, Ste 1200, Mobile, AL 36602-3809 |
| 5697063 | | M3 Accounting Svcs, PO Box 96539, Charlotte, NC 28296-0539 |
| 5697066 | + | MS Attorney General, 550 High Street, Jackson, MS 39201-1111 |
| 5697067 | | MS Dept of Health, PO Box 1700, Jackson, MS 39215-1700 |
| 5697064 | + | Malar Contract Lightin, PO Box 1211, Morristown, TN 37816-1211 |
| 5697767 | + | Michael Anthony Shaw, Esq., Jones Walker LLP, Counsel for RSS BBCMS2017-C1-MS HSH, LLC, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697065 | + | Midsouth Elevator, 240 Highpoint Dr, Ridgeland, MS 39157-6019 |
| 5697069 | + | National Hotel-Motel, 40087 Mission Blvd, Ste 241, Fremont, CA 94539-3680 |
| 5697070 | + | New Horizon Communicat, 200 Barker Ave, Ste 300, Concord, MA 01742-2178 |
| 5697071 | + | Options Travel Service, 135 Ranhurst Village D, Mount Prospect, IL 60056-1147 |
| 5697072 | | Orkin, 5700 Citrus Blvd, Ste E-2, Jefferson, LA 70123-5813 |
| 5697074 | | RFID Hotel, PO Box 748535, Atlanta, GA 30374-8535 |
| 5697073 | | Republic Services, PO Box 677156, Dallas, TX 75267-7156 |
| 5697075 | + | Rialto Capital Advisor, 200 S Biscayne Blvd, Ste 3550, Miami, FL 33131-2379 |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: Jul 21, 2026        Form ID: 309F1        Total Noticed: 67

| | | |
|---|---|---|
| 5697076 | + | Ridgeland Hotel Grp, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697077 | + | Royal Cup, PO Box 841000, Dallas, TX 75284-1000 |
| 5697078 | | Ryan, LLC, PO Box 848351, Dallas, TX 75284-8351 |
| 5697081 | + | SIB Development & Cons, PO Box 736603, Dallas, TX 75373-6603 |
| 5697082 | + | Sunny Desai, 306 Vince Cv, Madison, MS 39110-6528 |
| 5697083 | | Sysco Jackson, LLC, PO Box 2900, Jackson, MS 39207-2900 |
| 5697084 | + | Touchtone Communicatio, PO Box 780593, Philadelphia, PA 19178-0593 |
| 5697085 | | Traveling Teams, Inc, PO Box 771954, Detroit, MI 48277-1954 |
| 5697117 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697087 | + | Watkins, Ward, & Staff, 105 W Washington St, Ste A1, Ridgeland, MS 39157-2416 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 21 2026 19:50:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 21 2026 19:51:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5697035 | + | EDI: ATTWIREBK.COM | Jul 21 2026 23:49:00 | ACC Business, PO Box 5019, Carol Stream, IL 60197-5019 |
| 5697039 | | EDI: ATTWIREBK.COM | Jul 21 2026 23:49:00 | AT&T, PO Box 5019, Carol Stream, IL 60197-5019 |
| 5697041 | | Email/Text: bankruptcy@atmosenergy.com | Jul 21 2026 19:51:00 | Atmos Energy Corp, P.O. Box 650205, Dallas, TX 75265-0205 |
| 5697044 | | Email/Text: richard.buehler@centimark.com | Jul 21 2026 19:50:00 | CentiMark Corporation, PO Box 536254, Pittsburgh, PA 15253-5904 |
| 5697049 | | Email/Text: credit7@entergy.com | Jul 21 2026 19:50:00 | Entergy Mississippi, P.O. Box 8105, Baton Rouge, LA 70891-8105 |
| 5697058 | | Email/Text: carolyn.allen@co.hinds.ms.us | Jul 21 2026 19:51:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5697114 | | EDI: IRS.COM | Jul 21 2026 23:49:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5697115 | | EDI: MSDOR | Jul 21 2026 23:49:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5697079 | + | Email/Text: bankruptcynotices@sba.gov | Jul 21 2026 19:51:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5697080 | + | Email/Text: ebone.woods@usdoj.gov | Jul 21 2026 19:51:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697116 | + | Email/Text: ebone.woods@usdoj.gov | Jul 21 2026 19:51:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697113 | | Email/Text: atlreorg@sec.gov | Jul 21 2026 19:51:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5697086 | ^ | MEBN | Jul 21 2026 19:45:23 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0538-3            User: mssbad            Page 3 of 3

Date Rcvd: Jul 21, 2026            Form ID: 309F1            Total Noticed: 67

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5697768 | *+ | Michael Anthony Shaw, Esq., Jones Walker LLP, Counsel for RSS BBCMS2017-C1-MS HSH, LLC, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697068 | ##+ | MVM Technology, 27 William St, Sayreville, NJ 08872-1144 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

| **Information to identify the case:** | |
|---|---|
| Debtor **High Street Hotel Group, LLC** <br> Name | EIN **46–0765682** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **26–01916–JAW** | Date case filed for chapter **11  7/15/26** |

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | High Street Hotel Group, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 600 Steed Rd <br> Ridgeland, MS 39157 | |
| 4. **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone  601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse <br> 501 E. Court Street <br> Suite 2.300 <br> Jackson, MS 39201 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00 PM** <br><br> **Contact phone  601–608–4600** <br><br> **Date: 7/21/26** |
| 6. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **August 24, 2026 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |

**For more information, see page 2 >**

Debtor   **High Street Hotel Group, LLC**                                    Case number **26–01916–JAW**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units):**:  11/12/26**<br><br>**Deadline for governmental units to file a proof of claim: 1/11/27**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.  Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: 10/23/26** |
| **9.  Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.  Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.  Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |