United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-01916-JAW

High Street Hotel Group, LLC                                                    Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                    Page 1 of 1

Date Rcvd: Jul 21, 2026                   Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID                        Recipient Name and Address**
dbpos                      +  High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**In Re:**

   **High Street Hotel Group, LLC,**                   **Case No. 26-01916-JAW**

   **Debtor.**                                   **Chapter 11**

### ORDER GRANTING MOTION FOR ADMISSION
### _PRO HAC VICE_ OF STEPHEN P. DROBNY

THIS CAUSE CAME before the Court on the Motion for Admission *Pro Hac Vice*

**[Dkt. #23]** ("Motion") requesting that Stephen P. Drobny, Esq. be admitted *pro hac vice* as

counsel of record for RSS BBCMS2017-C1-MS HSH, LLC in the above-referenced bankruptcy

proceeding.  The Court, being fully advised in the premises, finds that the Motion is well-taken

and should be granted.

IT IS, THEREFORE, ORDERED, that the Motion for Admission *Pro Hac Vice* of

Stephen P. Drobny, Esq. of the law firm Jones Walker LLP, to appear on behalf of RSS

BBCMS2017-C1-MS HSH, LLC in the instant case, including any adversary proceedings which

may arise in connection with this matter, is hereby granted.

**\*\*\*END OF ORDER\*\*\***

{JX219941.1}

**PREPARED AND SUBMITTED BY:**
Chad J. Hammons (MSB #10419)
**JONES WALKER LLP**
3100 North State Street, Suite 300
Jackson, MS 39216
Telephone: ( 601) 949-4975
Facsimile:  (601) 949-4804
chammons@joneswalker.com


Stephen P. Drobny (Florida Bar No. 55732)
**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131-4341
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710
sdrobny@joneswalker.com

{JX219941.1}