**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                        **CASE NO. 26-01916-JAW**

**HIGH STREET HOTEL GROUP,**
**LLC, DEBTOR**                                   **CHAPTER 11**

**DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES,**
**STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

High Street Hotel Group, LLC (the "Debtor"), as debtor and debtor in possession, moves

the Court pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure and

Mississippi Bankruptcy Local Rule 1007-1(c) for a fourteen-day extension of the deadline to file

its schedules, statements, and other documents required by Bankruptcy Rule 1007. In support,

the Debtor states as follows:

1.  The Debtor commenced this chapter 11 case by filing a voluntary petition on July 15,

2026. The Debtor continues to operate its business and manage its property as a debtor in

possession.

2.  The Debtor's schedules, statements, and other documents required by Bankruptcy

Rule 1007 are presently due on July 29, 2026.

3.  The Debtor requires additional time to compile, review, and verify the financial and

operational information necessary to prepare complete and accurate schedules and statements.

The requested extension will permit the Debtor and its professionals to complete that process

with appropriate care.

4.  The Debtor has acted diligently, and this request is made in good faith and not for

purposes of delay. This is the Debtor's first request for an extension of the deadline.

5.  The Debtor requests a single fourteen-day extension, through and including August 12, 2026. The requested extension is consistent with Mississippi Bankruptcy Local Rule 1007-1(c), will not unduly prejudice creditors or other parties in interest, and will promote the filing of accurate and complete information.

WHEREFORE, the Debtor respectfully requests that the Court enter an order extending through and including August 12, 2026, the deadline for the Debtor to file its schedules, statements, and other documents required by Bankruptcy Rule 1007, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

HIGH STREET HOTEL GROUP, LLC
Debtor and Debtor in Possession

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236-3767
Telephone: (601) 202-5296
Email:trollins@therollinsfirm.com
*Counsel for the Debtor and Debtor in Possession*

2

## CERTIFICATE OF SERVICE

I certify that on July 28, 2026, I electronically filed the foregoing motion with the Clerk of the Court using the Court's CM/ECF system, which will transmit notice of the filing to the United States Trustee and all other registered CM/ECF participants entitled to notice.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

3