**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                          CASE NO. 26-01916-JAW

**HIGH STREET HOTEL GROUP,**
**LLC, DEBTOR**                                          CHAPTER 11

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE**
**SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

THIS MATTER came before the Court on the Debtor's Motion to Extend Deadline to

File Schedules, Statements, and Other Required Documents (the "Motion") (Dk #__). The Court,

having considered the Motion and finding that good cause exists for the requested relief, finds

that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for High Street Hotel Group, LLC to file

its schedules, statements, and other documents required by Rule 1007 of the Federal Rules of

Bankruptcy Procedure is extended through and including August 12, 2026.

## END OF ORDER ##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236-3767
Telephone: (601) 202-5296
Email:trollins@therollinsfirm.com

1