United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-01916-JAW

High Street Hotel Group, LLC                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                        User: mssbad                                    Page 1 of 3

Date Rcvd: Jul 27, 2026                   Form ID: pdf012                          Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| aty | + | Stephen P. Drobny, Jones Walker LLP, 201 South Biscayne Blvd, Suite 3000, Miami, FL 33131-4330 |
| cr | + | RSS BBCMS2017-C1-MS HSH, LLC, c/o Jones Walker LLP, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697037 | + | AIS Trust Account, Alliant, PO Box 744912, Los Angeles, CA 90074-4912 |
| 5697036 | + | Aire Master of Mid MS, 141 Green Glades, Ridgeland, MS 39157-8661 |
| 5697038 | + | American Quick Foods, PO Box 7188, Overland Park, KS 66207-0188 |
| 5697040 | | Atis Elevator Inspecti, PO Box 790379, Saint Louis, MO 63179-0379 |
| 5697042 | | Booking.com, 5295 Paysphere Cir, Chicago, IL 60674-5295 |
| 5697043 | + | Buford Plumbing Co., PO Box 8601, Jackson, MS 39284-8601 |
| 5698343 | + | Chad J. Hammons, Esq., Jones Walker LLP, Atty for RSS BBCMS2017-C1-MS HSH, LLC, 3100 North State Street, Suite 300, Jackson, MS 39216-4013 |
| 5697045 | | City of Jackson, P.O. Box 23092, Jackson, MS 39225-3092 |
| 5697046 | | City of Jackson Water, P.O. Box 23092, Jackson, MS 39225-3092 |
| 5697047 | + | Desai Companies, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697048 | + | Desai Hotel Group, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697050 | + | First Rate Laundry Sys, 580 Bevill Dr, Florence, MS 39073-9182 |
| 5697051 | + | Fisher Fire, PO Box 3364, Jackson, MS 39207-3364 |
| 5697052 | + | General Parts, LLC, MI10, PO Box 9201, Minneapolis, MN 55480-9201 |
| 5697053 | + | Greater Jackson Chambe, PO Box 22548, Jackson, MS 39225-2548 |
| 5697054 | | Guest Supply, LLC, PO Box 6771, Somerset, NJ 08875-6771 |
| 5697055 | + | HD Supply Facilities, PO Box 604233, Charlotte, NC 28260-4233 |
| 5697056 | | Helms Briscoe, PO Box 208976, Dallas, TX 75320-8976 |
| 5697057 | + | Hewlett Packard Financ, 200 Connell Dr, Ste 5000, Berkeley Heights, NJ 07922-2816 |
| 5697059 | + | IHG Hotels & Resorts, 3 Ravinia Dr Ste 100, Atlanta, GA 30346-2121 |
| 5697060 | + | Intercontinental Hotel, 3 Ravinia Dr, Ste 100, Atlanta, GA 30346-2121 |
| 5697061 | | Johnson Controls, Dept Ch 10320, Palatine, IL 60055-0320 |
| 5697062 | + | Jones Walker, 11 N Water St, Ste 1200, Mobile, AL 36602-3809 |
| 5697063 | | M3 Accounting Svcs, PO Box 96539, Charlotte, NC 28296-0539 |
| 5697066 | + | MS Attorney General, 550 High Street, Jackson, MS 39201-1111 |
| 5697067 | | MS Dept of Health, PO Box 1700, Jackson, MS 39215-1700 |
| 5697064 | + | Malar Contract Lightin, PO Box 1211, Morristown, TN 37816-1211 |
| 5697767 | + | Michael Anthony Shaw, Esq., Jones Walker LLP, Counsel for RSS BBCMS2017-C1-MS HSH, LLC, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697065 | + | Midsouth Elevator, 240 Highpoint Dr, Ridgeland, MS 39157-6019 |
| 5697069 | + | National Hotel-Motel, 40087 Mission Blvd, Ste 241, Fremont, CA 94539-3680 |
| 5697070 | + | New Horizon Communicat, 200 Barker Ave, Ste 300, Concord, MA 01742-2178 |
| 5697071 | + | Options Travel Service, 135 Ranhurst Village D, Mount Prospect, IL 60056-1147 |
| 5697072 | | Orkin, 5700 Citrus Blvd, Ste E-2, Jefferson, LA 70123-5813 |
| 5697074 | | RFID Hotel, PO Box 748535, Atlanta, GA 30374-8535 |
| 5697073 | | Republic Services, PO Box 677156, Dallas, TX 75267-7156 |
| 5697075 | + | Rialto Capital Advisor, 200 S Biscayne Blvd, Ste 3550, Miami, FL 33131-2379 |
| 5697076 | + | Ridgeland Hotel Grp, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| 5697077 | + | Royal Cup, PO Box 841000, Dallas, TX 75284-1000 |
| 5697078 | | Ryan, LLC, PO Box 848351, Dallas, TX 75284-8351 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2026 | Form ID: pdf012 | Total Noticed: 63 |

| | | |
|---|---|---|
| 5697081 | + | SIB Development & Cons, PO Box 736603, Dallas, TX 75373-6603 |
| 5700081 | + | Stephen P. Drobny, Esq., Jones Walker LLP, For RSS BBCMS201-C1-MS HSH LLC, 201 South Biscayne Blvd Ste 3000, Miami, FL 33131-4330 |
| 5697082 | + | Sunny Desai, 306 Vince Cv, Madison, MS 39110-6528 |
| 5697083 | | Sysco Jackson, LLC, PO Box 2900, Jackson, MS 39207-2900 |
| 5697084 | + | Touchtone Communicatio, PO Box 780593, Philadelphia, PA 19178-0593 |
| 5697085 | | Traveling Teams, Inc, PO Box 771954, Detroit, MI 48277-1954 |
| 5697117 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697087 | + | Watkins, Ward, & Staff, 105 W Washington St, Ste A1, Ridgeland, MS 39157-2416 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5697035 | + | Email/Text: g17768@att.com | Jul 27 2026 19:54:00 | ACC Business, PO Box 5019, Carol Stream, IL 60197-5019 |
| 5697039 | | Email/Text: g17768@att.com | Jul 27 2026 19:54:00 | AT&T, PO Box 5019, Carol Stream, IL 60197-5019 |
| 5697041 | | Email/Text: bankruptcy@atmosenergy.com | Jul 27 2026 19:54:00 | Atmos Energy Corp, P.O. Box 650205, Dallas, TX 75265-0205 |
| 5697044 | | Email/Text: richard.buehler@centimark.com | Jul 27 2026 19:54:00 | CentiMark Corporation, PO Box 536254, Pittsburgh, PA 15253-5904 |
| 5697049 | | Email/Text: credit7@entergy.com | Jul 27 2026 19:54:00 | Entergy Mississippi, P.O. Box 8105, Baton Rouge, LA 70891-8105 |
| 5697058 | | Email/Text: carolyn.allen@co.hinds.ms.us | Jul 27 2026 19:54:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5697114 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2026 19:54:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5697115 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 27 2026 19:54:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5697079 | + | Email/Text: bankruptcynotices@sba.gov | Jul 27 2026 19:54:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5697080 | + | Email/Text: ebone.woods@usdoj.gov | Jul 27 2026 19:54:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697116 | + | Email/Text: ebone.woods@usdoj.gov | Jul 27 2026 19:54:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5697113 | | Email/Text: atlreorg@sec.gov | Jul 27 2026 19:54:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5697086 | ^ | MEBN | Jul 27 2026 19:52:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5697768 | *+ | Michael Anthony Shaw, Esq., Jones Walker LLP, Counsel for RSS BBCMS2017-C1-MS HSH, LLC, 11 N. Water St., Ste. 1200, Mobile, AL 36602-3809 |
| 5697068 | ##+ | MVM Technology, 27 William St, Sayreville, NJ 08872-1144 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0538-3          User: mssbad          Page 3 of 3

Date Rcvd: Jul 27, 2026          Form ID: pdf012          Total Noticed: 63

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Stephen P. Drobny | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC sdrobny@joneswalker.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-01916-JAW** |
| **HIGH STREET HOTEL GROUP, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

### AGREED INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter came before the Court on the Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Require Turnover and Redirection of Hotel Receipts; to Prohibit Postpetition Sweeps and Interception; and for Related Adequate-Protection Relief (DK# 11) (the "Motion"). The Debtor, RSS BBCMS2017-C1 - MS HSH, LLC (the "Lender"), and the United States Trustee have agreed to the interim relief stated below. Also appearing at the hearing were Sylvie D. Robinson on behalf of the Mississippi Department of Revenue and James E. Graves, III on behalf of the United States Small Business Administration. The Court finds that notice is sufficient for interim relief and that entry of this Order is in the best interests of the estate and its creditors. It is therefore ORDERED:

1. The Motion is granted on an interim basis as provided in this Order.

2. Lender has a valid, first priority lien on the Hotel and all of the Debtor's cash collateral. For the thirty-day interim period ending August 19, 2026, unless extended by agreement

Page 1

#112103929v1

or further order of the Court, the Debtor is authorized under 11 U.S.C. § 363(c)(2) to collect and use cash collateral solely for reasonable and necessary operating expenses in accordance with the budget attached hereto as Exhibit A (the "Budget").

3.      Notwithstanding anything in the Motion, the Budget, or this Order to the contrary, the Debtor is specifically authorized to use cash collateral to pay the payroll, related payroll taxes and withholdings, employee-benefit obligations, and payroll-processing charges for the payroll period of July 1 through July 15, 2026, with a July 24, 2026 pay date, by funding Invoice No. 835713 in the total amount of $21,439.93. This authorization applies notwithstanding that some or all of the covered obligations may have arisen before the Petition Date, and the payment shall be deemed an authorized expenditure under the Budget.

4. Any and all monies withheld from employees or collected from others in trust under Mississippi State Law shall not be the cash collateral of any party and any liens or lien rights granted to any party shall not attach to these monies. The Debtor is required to operate its business in accordance with state law while in bankruptcy and in accordance with the terms of the Tax Order (Dkt. #7). Upon request by MDOR's counsel, the Debtor shall promptly make available records related to Debtor's compliance with the Tax Order. MDOR may seek additional relief with respect to the trust fund monies.

5.      The Lender and its servicers and agents shall release to the Debtor's debtor-in-possession account all funds held in the cash-management account, which account has an estimated balance of $367,393.55, less $33,516.35 to be applied as the first adequate-protection payment. Accordingly, the estimated net amount to be transferred to the Debtor is $333,877.20. For the avoidance of doubt, the Lender may retain for the time being the separate reserve-account with an estimated balance of $158,596.50, real estate tax escrow account with an estimated balance

of $6,722.07 and insurance escrow account with a balance of $27,387.31, subject to further order of the Court or agreement of the parties.

6.      The Debtor shall pay the Lender additional adequate-protection payments of $33,516.35 every thirty days after the first payment until confirmation of a plan, dismissal of this case, or further order of the Court.

7.      To the extent the Lender held a valid, enforceable, and perfected prepetition lien in cash collateral, the Lender is granted a replacement lien on postpetition cash collateral and proceeds of the same type and with the same validity, priority, and extent as its prepetition lien.

8.      During the interim period, the Debtor shall maintain insurance coverage on the Hotel. The Debtor is specifically authorized to use cash collateral to pay $6,436.34 as the Debtor's allocated portion of the June 2026 property-insurance premium and to continue paying the allocated premium monthly thereafter as the Debtor's allocated portion of each monthly property-insurance premium installment coming due during the interim period. This authorization applies notwithstanding that the June 2026 premium obligation arose or became due before the Petition Date. The applicable property-insurance policy is maintained as part of a master insurance program issued in the name of Desai Hotel Group, LLC that provides coverage for the Debtor's Hotel and certain nondebtor affiliated hotels under common ownership. The amounts authorized under this paragraph represent only the portion of the property-insurance premium allocated to the Debtor's Hotel, and nothing in this Order authorizes the Debtor to pay any portion of an insurance premium attributable to a nondebtor affiliate. The Debtor shall also maintain its books and records, remain current on postpetition taxes as provided in the Budget, and provide the Lender weekly cash-receipts and disbursement reports and reasonable access to occupancy, revenue, and bank-account information. The Debtor shall promptly furnish such additional reporting as the Lender may reasonably request.

#112103929v1

9.     The Debtor shall not use cash collateral for owner distributions, insider loans, or payments outside the ordinary course except as authorized by the Budget or further order of the Court.

10.     All parties reserve their rights concerning the final use of cash collateral, the Budget, adequate protection, the unapplied funds, and all claims, liens, defenses, and remedies not expressly resolved by this interim Order.

11.     The final hearing on the Motion is set for Wednesday, August 19, 2026, at 10:00 a.m., at the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 E. Court Street, Jackson, Mississippi.

12.     The Court retains jurisdiction to interpret and enforce this Order.

##END OF ORDER##

Approved by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Counsel for the Debtor

/s/ Chad J. Hammons
Chad J. Hammons
Counsel for RSS BBCMS2017-C1 - MS HSH, LLC

/s/ Abigail M. Marbury
Abigail M. Marbury
ASSISTANT U.S. TRUSTEE

/s/ Sylvie D. Robinson
Sylvie D. Robinson
Counsel for the Mississippi Department of Revenue

/s/ James E. Graves, III
James E. Graves, III
Counsel for the United States Small Business Administration

#112103929v1

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor

Chad J. Hammons, MSB No. 10419
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
P.O. Box 427
Jackson, MS 39205-0427
Telephone: (601) 949-4975
Facsimile: (601) 709-8654
Email: chammons@joneswalker.com
Counsel for RSS BBCMS2017-C1 - MS HSH, LLC

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov

Sylvie D. Robinson (MSB #8931)
MISSISSIPPI DEPARTMENT OF REVENUE
Post Office Box 22828
Jackson, MS 39225-2828
Telephone: (601) 923-7412
Facsimile: (601) 923-7423
E-mail: sylvie.robinson@dor.ms.gov
Counsel for the Mississippi Department of Revenue

James E. Graves, III (MSBN 102252)
Assistant United States Attorney
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480 (Phone)
(601) 965-4032 (Fax)
james.graves@usdoj.gov
Counsel for the United States Small Business Administration

#112103929v1

**High Street Hotel Group, LLC — JANGM Revised 9-Week Cash Collateral Budget**

*Holiday Inn Express & Suites Jackson Downtown Coliseum | July 16–September 16, 2026*

Revenue reset to JANGM-only July–September 2026 revenue-management forecast; expenses normalized to FY2025 actual operating ratios and fixed-cost run rates.

| Key Assumption | Value | Unit / Basis | Source / Ratio | Control Check | Revised 9-Wk | Original 9-Wk | Change | FY2025 9-Wk E | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Sellable rooms per week | 742.0 | room nights | Existing 9-week budget compariso | Rooms Sold | 3,439 | 4,758 | (1,319) | 3444.20137 | Revised follows RM forecast rather than unexplained post-Wk-4 occupancy increase |
| July occupancy | 0.5 | % | JANGM July RM forecast | Occupancy | 51.5% | 71.2% | (19.7%) | 0.515753425 | Revised weighted occupancy |
| August occupancy | 0.5 | % | JANGM August RM forecast | ADR | $101.00 | $82.42 | $18.58 | 94.23112488 | Revised aligns to RM forecast |
| September occupancy | 0.4 | % | JANGM September RM forecast | Rooms Revenue | $347,356 | $392,150 | ($44,794) | 324550.9694 | Revised revenue is no longer 20.8% above FY2025 equivalent |
| ADR | 101.0 | $ / occupied room | Conservative 27.0% of rooms reve | Rooms Expense | $93,786 | $163,352 | ($69,566) | 83819.4032 | Includes a 117 bps cushion above FY2025 actual room-expense ratio |
| Adequate protection payment | 0.0 | $ in operating bu | Excluded pending negotiated/court-approved treatment; show separately if ordered | | | | | | |

| Line Item | Wk 1 07/16-07/22 | Wk 2 07/23-07/29 | Wk 3 07/30-08/05 | Wk 4 08/06-08/12 | Wk 5 08/13-08/19 | Wk 6 08/20-08/26 | Wk 7 08/27-09/02 | Wk 8 09/03-09/09 | Wk 9 09/10-09/16 | 9-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING STATISTICS** | | | | | | | | | | |
| Rooms Available | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 742 | 6,678 |
| Occupancy | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| Rooms Sold | 394 | 394 | 394 | 407 | 407 | 407 | 407 | 315 | 315 | 3,439 |
| ADR | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 | $101.00 |
| RevPAR | $53.63 | $53.63 | $53.63 | $55.35 | $55.35 | $55.35 | $55.35 | $42.93 | $42.93 | $52.02 |
| **OPERATING REVENUE** | | | | | | | | | | |
| Rooms Revenue | $39,794 | $39,794 | $39,794 | $41,068 | $41,068 | $41,068 | $41,068 | $31,850 | $31,850 | $347,356 |
| Minor Operating Departments | $123 | $123 | $123 | $127 | $127 | $127 | $127 | $99 | $99 | $1,077 |
| Miscellaneous Income | $151 | $151 | $151 | $156 | $156 | $156 | $156 | $121 | $121 | $1,320 |
| **Total Operating Revenue** | **$40,069** | **$40,069** | **$40,069** | **$41,352** | **$41,352** | **$41,352** | **$41,352** | **$32,070** | **$32,070** | **$349,753** |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | |
| Rooms Expense | $10,744 | $10,744 | $10,744 | $11,088 | $11,088 | $11,088 | $11,088 | $8,600 | $8,600 | $93,786 |
| Minor Operating Dept. Expense | $76 | $76 | $76 | $79 | $79 | $79 | $79 | $61 | $61 | $665 |
| **Total Departmental Expenses** | **$10,821** | **$10,821** | **$10,821** | **$11,167** | **$11,167** | **$11,167** | **$11,167** | **$8,661** | **$8,661** | **$94,452** |
| **Total Departmental Profit** | **$29,248** | **$29,248** | **$29,248** | **$30,184** | **$30,184** | **$30,184** | **$30,184** | **$23,410** | **$23,410** | **$255,301** |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | |
| Administrative & General | $4,485 | $4,485 | $4,485 | $4,485 | $4,485 | $4,485 | $4,485 | $4,485 | $4,485 | $40,367 |
| Information & Telecom Systems | $1,297 | $1,297 | $1,297 | $1,297 | $1,297 | $1,297 | $1,297 | $1,297 | $1,297 | $11,677 |
| Sales & Marketing | $4,076 | $4,076 | $4,076 | $4,076 | $4,076 | $4,076 | $4,076 | $4,076 | $4,076 | $36,687 |
| Property Operations & Maintenance | $1,996 | $1,996 | $1,996 | $1,996 | $1,996 | $1,996 | $1,996 | $1,996 | $1,996 | $17,964 |
| Energy, Water & Waste | $3,594 | $3,594 | $3,594 | $3,594 | $3,594 | $3,594 | $3,594 | $3,594 | $3,594 | $32,349 |
| **Total Undistributed Expenses** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$15,449** | **$139,044** |
| **Gross Operating Profit** | **$13,799** | **$13,799** | **$13,799** | **$14,735** | **$14,735** | **$14,735** | **$14,735** | **$7,960** | **$7,960** | **$116,258** |
| **NON-OPERATING EXPENSES** | | | | | | | | | | |
| Property & Other Taxes | $1,298 | $1,298 | $1,298 | $1,298 | $1,298 | $1,298 | $1,298 | $1,298 | $1,298 | $11,679 |
| Insurance | $2,336 | $2,336 | $2,336 | $2,336 | $2,336 | $2,336 | $2,336 | $2,336 | $2,336 | $21,020 |
| Other Non-operating | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $801 | $7,208 |
| **Total Non-operating Expenses** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$4,434** | **$39,907** |
| **EBITDA / Net Operating Cash Flow Before (** | **$9,365** | **$9,365** | **$9,365** | **$10,301** | **$10,301** | **$10,301** | **$10,301** | **$3,526** | **$3,526** | **$76,350** |
| **CASH COLLATERAL / CAPITAL ITEMS** | | | | | | | | | | |
| Adequate Protection Payment | $7,615 | $7,615 | $7,615 | $7,615 | $7,615 | $7,615 | $7,615 | $7,615 | $7,615 | $68,535 |
| Deferred Maintenance / Back-to-Par Spend | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow After Listed Items** | **$1,750** | **$1,750** | **$1,750** | **$2,686** | **$2,686** | **$2,686** | **$2,686** | **($4,089)** | **($4,089)** | **$7,815** |

*Week 8–9 RevPAR declines because those dates fall in September: JANGM's forecast reduces occupancy to 42.5% from August's 54.8%, while ADR remains $101.*