_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO. 26-01916-JAW |
| **HIGH STREET HOTEL GROUP,<br>LLC, DEBTOR** | CHAPTER 11 |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS

THIS MATTER came before the Court on the Debtor's Motion to Extend Deadline to File Schedules, Statements, and Other Required Documents (the "Motion") (Dk #30). The Court,

having considered the Motion and finding that good cause exists for the requested relief, finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for High Street Hotel Group, LLC to file its schedules, statements, and other documents required by Rule 1007 of the Federal Rules of Bankruptcy Procedure is extended through and including August 12, 2026.

### ## END OF ORDER ##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236-3767
Telephone: (601) 202-5296
Email:trollins@therollinsfirm.com

1