United States Bankruptcy Court

Southern District of Mississippi

In re:

High Street Hotel Group, LLC

    Debtor

Case No. 26-01916-JAW

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Stephen P. Drobny | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC sdrobny@joneswalker.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                    User: mssbad                         Page 2 of 2
Date Rcvd: Jul 30, 2026                 Form ID: pdf012                       Total Noticed: 1

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                      CASE NO. 26-01916-JAW

**HIGH STREET HOTEL GROUP,**
**LLC, DEBTOR**                                           **CHAPTER 11**

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE
### SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS

THIS MATTER came before the Court on the Debtor's Motion to Extend Deadline to

File Schedules, Statements, and Other Required Documents (the "Motion") (Dk #30). The
Court,

having considered the Motion and finding that good cause exists for the requested relief, finds

that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for High Street Hotel Group, LLC to file

its schedules, statements, and other documents required by Rule 1007 of the Federal Rules of

Bankruptcy Procedure is extended through and including August 12, 2026.

### ## END OF ORDER ##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236-3767
Telephone: (601) 202-5296
Email:trollins@therollinsfirm.com