**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  HIGH STREET HOTEL GROUP, LLC                CASE NO. 26-01916-JAW

DEBTOR                                              CHAPTER  11

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sylvie D. Robinson, of Mississippi Department of Revenue ("MDOR"), enters her appearance as counsel of record in the above referenced proceeding on behalf of MDOR and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served on her as follows:

> Sylvie D. Robinson (MSB #8931)
> Mississippi Department of Revenue
> Post Office Box 22828
> Jackson, MS 39225-2828
> Telephone: (601) 923-7412
> Facsimile: (601) 923-7423
> E-mail: sylvie.robinson@dor.ms.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes pleadings of any kind, including, without limitation, all notices, motions, orders, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

PLEASE TAKE FURTHER NOTICE that this entry of appearance shall not be deemed or construed to be a waiver of MDOR's rights (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district

court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which MDOR is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: August 7, 2026.

MISSISSIPPI DEPARTMENT OF REVENUE

BY:    /s/Sylvie D. Robinson
Sylvie D. Robinson (MSB #8931)
MISSISSIPPI DEPARTMENT OF REVENUE
Post Office Box 22828
Jackson, MS 39225-2828
Telephone: (601) 923-7412
Facsimile: (601) 923-7423
E-mail: sylvie.robinson@dor.ms.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing was filed through the Court's electronic document filing system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof.

SO CERTIFIED, this August 7, 2026.

/s/Sylvie D. Robinson