HIGH STREET HOTEL GROUP, LI
600 STEED RD
RIDGELAND, MS 39157

BOOKING.COM
5295 PAYSPHERE CIR
CHICAGO, IL 60674-5295

FISHER FIRE
PO BOX 3364
JACKSON, MS 39207

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BUFORD PLUMBING CO.
PO BOX 8601
JACKSON, MS 39284

GENERAL PARTS, LLC
MI10
PO BOX 9201
MINNEAPOLIS, MN 55480

ACC BUSINESS
PO BOX 5019
CAROL STREAM, IL 60197

CENTIMARK CORPORATION
PO BOX 536254
PITTSBURGH, PA 15253-5904

GREATER JACKSON CHAMBE
PO BOX 22548
JACKSON, MS 39225

AIRE MASTER OF MID MS
141 GREEN GLADES
RIDGELAND, MS 39157

CITY OF JACKSON
P.O. BOX 23092
JACKSON, MS 39225-3092

GUEST SUPPLY, LLC
PO BOX 6771
SOMERSET, NJ 08875-6771

AIS TRUST ACCOUNT
ALLIANT
PO BOX 744912
LOS ANGELES, CA 90074

CITY OF JACKSON WATER
P.O. BOX 23092
JACKSON, MS 39225-3092

HD SUPPLY FACILITIES
PO BOX 604233
CHARLOTTE, NC 28260

AMERICAN QUICK FOODS
PO BOX 7188
OVERLAND PARK, KS 66207

DESAI COMPANIES, LLC
600 STEED RD
RIDGELAND, MS 39157

HELMS BRISCOE
PO BOX 208976
DALLAS, TX 75320-8976

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-501

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND, MS 39157

HEWLETT PACKARD FINANC
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS, NJ 07922

ATIS ELEVATOR INSPECTI
PO BOX 790379
SAINT LOUIS, MO 63179-0379

ENTERGY MISSISSIPPI
P.O. BOX 8105
BATON ROUGE, LA 70891-8105

HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215-1727

ATMOS ENERGY CORP
P.O. BOX 650205
DALLAS, TX 75265-0205

FIRST RATE LAUNDRY SYS
580 BEVILL DR
FLORENCE, MS 39073

IHG HOTELS & RESORTS
3 RAVINIA DR STE 100
ATLANTA, GA 30346

```
INTERCONTINENTAL HOTEL      MS ATTORNEY GENERAL       RFID HOTEL
3 RAVINIA DR                550 HIGH STREET           PO BOX 748535
STE 100                     JACKSON, MS 39201         ATLANTA, GA 30374-8535
ATLANTA, GA 30346


IRS***                      MS DEPT OF HEALTH         RIALTO CAPITAL ADVISOR
CENTRALIZED INSOLVENCY      PO BOX 1700               200 S BISCAYNE BLVD
P.O. BOX 7346               JACKSON, MS 39215-1700    STE 3550
PHILADELPHIA, PA 19101-7346                           MIAMI, FL 33131


IRS***                      MS DEPT OF REVENUE***     RIDGELAND HOTEL GRP
C/O US ATTORNEY             BANKRUPTCY SECTION        600 STEED RD
501 EAST COURT ST           PO BOX 22808              RIDGELAND, MS 39157
STE 4.430                   JACKSON, MS 39225-2808
JACKSON, MS 39201


JANE DOE (T.L.M.)***        MVM TECHNOLOGY            ROYAL CUP
C/O THE WATSON LAW FIR      27 WILLIAM ST             PO BOX 841000
1501 JACKSON AVE W          SAYREVILLE, NJ 08872      DALLAS, TX 75284
STE 113, PMB 101
OXFORD, MS 38655


JOHNSON CONTROLS            NATIONAL HOTEL-MOTEL      RYAN, LLC
DEPT CH 10320               40087 MISSION BLVD        PO BOX 848351
PALATINE, IL 60055-0320     STE 241                   DALLAS, TX 75284-8351
                            FREMONT, CA 94539


JONES WALKER                NEW HORIZON COMMUNICAT    SBA
11 N WATER ST               200 BARKER AVE            801 TOM MARTIN DR
STE 1200                    STE 300                   STE 210
MOBILE, AL 36602            CONCORD, MA 01742         BIRMINGHAM, AL 35211


M3 ACCOUNTING SVCS          OPTIONS TRAVEL SERVICE    SBA
PO BOX 96539                135 RANHURST VILLAGE D    C/O US ATTORNEY'S OFFI
CHARLOTTE, NC 28296-0539    MOUNT PROSPECT, IL 60056  501 E COURT ST
                                                      STE. 4.430
                                                      JACKSON, MS 39201


MALAR CONTRACT LIGHTIN      ORKIN                     SIB DEVELOPMENT & CONS
PO BOX 1211                 5700 CITRUS BLVD          PO BOX 736603
MORRISTOWN, TN 37816        STE E-2                   DALLAS, TX 75373
                            JEFFERSON, LA 70123-5813


MIDSOUTH ELEVATOR           REPUBLIC SERVICES         SICO HOELSCHER HARR***
240 HIGHPOINT DR            PO BOX 677156             ATTN: MEAGAN E. HASSAN
RIDGELAND, MS 39157         DALLAS, TX 75267-7156     819 N UPPER BROADWAY
                                                      CORPUS CHRISTI, TX 78401
```

SUNNY DESAI
306 VINCE CV
MADISON, MS 39110

SYSCO JACKSON, LLC
PO BOX 2900
JACKSON, MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA, PA 19178

TRAVELING TEAMS, INC
PO BOX 771954
DETROIT, MI 48277-1954

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US ATTORNEY GENERAL***
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WATKINS, WARD, & STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND, MS 39157