**Fill in this information to identify the case:**

Debtor name  **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **26-01916**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 7, 2026**          *X* **/s/ Sunny Desai**
                                           Signature of individual signing on behalf of debtor

                                           **Sunny Desai**
                                           Printed name

                                           **Owner**
                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **High Street Hotel Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | **26-01916** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ACC Business PO Box 5019 Carol Stream, IL 60197** | | | | | | **$3,186.52** |
| **AIS Trust Account Alliant PO Box 744912 Los Angeles, CA 90074** | | | | | | **$3,423.41** |
| **Atmos Energy Corp P.O. Box 650205 Dallas, TX 75265-0205** | | | | | | **$4,327.27** |
| **Booking.com 5295 Paysphere Cir Chicago, IL 60674-5295** | | | | | | **$9,110.89** |
| **CentiMark Corporation PO Box 536254 Pittsburgh, PA 15253-5904** | | | | | | **$10,987.00** |
| **City of Jackson P.O. Box 23092 Jackson, MS 39225-3092** | | | | | | **$9,316.73** |
| **City of Jackson Water P.O. Box 23092 Jackson, MS 39225-3092** | | | | | | **$6,455.35** |
| **Desai Companies, LLC 600 Steed Rd Ridgeland, MS 39157** | | | | | | **$4,143.62** |

Debtor  **High Street Hotel Group, LLC**                                    Case number *(if known)*    **26-01916**
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Desai Companies, LLC**<br>**600 Steed Rd**<br>**Ridgeland, MS**<br>**39157** | | | | | | **$12,981.41** |
| **Desai Hotel Group**<br>**600 Steed Rd**<br>**Ridgeland, MS**<br>**39157** | | | | | | **$9,130.76** |
| **Entergy Mississippi**<br>**P.O. Box 8105**<br>**Baton Rouge, LA**<br>**70891-8105** | | | | | | **$8,233.39** |
| **Helms Briscoe**<br>**PO Box 208976**<br>**Dallas, TX**<br>**75320-8976** | | | | | | **$4,030.40** |
| **Hewlett Packard Financ**<br>**200 Connell Dr**<br>**Ste 5000**<br>**Berkeley Heights, NJ 07922** | | | | | | **$3,454.10** |
| **Hinds Co Tax Collector**<br>**P.O. Box 1727**<br>**Jackson, MS**<br>**39215-1727** | | | | | | **$68,406.23** |
| **Intercontinental Hotel**<br>**3 Ravinia Dr**<br>**Ste 100**<br>**Atlanta, GA 30346** | | | | | | **$133,280.21** |
| **Malar Contract Lightin**<br>**PO Box 1211**<br>**Morristown, TN 37816** | | | | | | **$4,221.48** |
| **Ridgeland Hotel Grp**<br>**600 Steed Rd**<br>**Ridgeland, MS**<br>**39157** | | | | | | **$8,022.45** |
| **SBA**<br>**801 Tom Martin Dr**<br>**Ste 210**<br>**Birmingham, AL**<br>**35211** | | | | **$150,009.00** | **$0.00** | **$150,009.00** |
| **Sysco Jackson, LLC**<br>**PO Box 2900**<br>**Jackson, MS**<br>**39207-2900** | | | | | | **$10,372.42** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor   **High Street Hotel Group, LLC**
Name

Case number *(if known)*   **26-01916**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Watkins, Ward, & Staff**<br>**105 W Washington St**<br>**Ste A1**<br>**Ridgeland, MS 39157** | | | | | | **$3,352.76** |

**Fill in this information to identify the case:**

Debtor name   **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-01916**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................................................................... $ **2,500,000.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................................ $ **754,776.73**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.............................................................................................................. $ **3,254,776.73**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **5,242,528.75**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................... $ **68,406.23**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. **+**$ **269,802.24**

4.  **Total liabilities** ....................................................................................................................................................
Lines 2 + 3a + 3b

$ **5,580,737.22**

**Fill in this information to identify the case:**

Debtor name    **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-01916**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo - negative** | **Checking** | **4229** | **$0.00** |
| 3.2. | **Wells Fargo** | **Savings** | **7224** | **$6,200.15** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Restricted cash held by Rialto** | **$560,099.43** |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$566,299.58**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor   **High Street Hotel Group, LLC**                          Case number *(If known)* **26-01916**
　　　　　　Name

Description, including name of holder of deposit

7.1.   **Entergy Deposit**                                                                      **Unknown**

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                      **$0.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:     **121,749.65**     -     **0.00**  = ....     **$121,749.65**
　　　　　　　　　　　　　face amount　　　　　　doubtful or uncollectible accounts
　　　　　　　　　　**Accounts Receivable**

12.   **Total of Part 3.**                                                                      **$121,749.65**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.  _____     _____     _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership

15.1.  _____     _____ %     _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.  _____     _____     _____

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page  2

Debtor   **High Street Hotel Group, LLC**                Case number *(If known)* **26-01916**
　　　　　　Name

17.　**Total of Part 4.**

　　　Add lines 14 through 16.  Copy the total to line 83.

---

**Part 5:**　　**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Sweet Shop inventory** | | **$0.00** | | **$1,000.00** |

23.　**Total of Part 5.**                                                **$1,000.00**

　　　Add lines 19 through 22.  Copy the total to line 84.

24.　**Is any of the property listed in Part 5 perishable?**
　　　☐ No
　　　■ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　■ No
　　　☐ Yes. Book value　＿＿＿＿  Valuation method　＿＿＿＿  Current Value　＿＿＿＿

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

---

**Part 6:**　　**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |

Debtor   **High Street Hotel Group, LLC**          Case number *(If known)*  **26-01916**
         Name

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

33.     **Total of Part 6.**
        Add lines 28 through 32.  Copy the total to line 85.

34.     **Is the debtor a member of an agricultural cooperative?**
        ☐ No
        ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                ☐ No
                ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**
        ☐ No
        ☐ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|
| 39.  **Office furniture**<br>**2 Office desks** | **$0.00** | | **$200.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**6 Computers** | **$0.00** | | **$1,800.00** |
| **Printer** | **$0.00** | | **$10.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page  4

Debtor __**High Street Hotel Group, LLC**__        Case number *(If known)* **26-01916**
Name

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                    $2,010.00

   Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:        Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Washing & Drying Machines** | $0.00 | | $11,450.00 |
| **Fitness Equipment** | $0.00 | | $1,000.00 |

51. **Total of Part 8.**                                                   $12,450.00

   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **High Street Hotel Group, LLC**                     Case number *(If known)*  **26-01916**
    Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **310 Graymont Ave, Jackson, MS 39202. Property losing IHG Flag January 2028 which heavily impacts value.** | | **$0.00** | Liquidation | **$2,500,000.00** |

56. **Total of Part 9.**                                                   | **$2,500,000.00** |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

64. **Other intangibles, or intellectual property**

Debtor  **High Street Hotel Group, LLC**                    Case number *(If known)* **26-01916**
_____Name_____

65.    **Goodwill**

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Potential claims against Rialto Capital Advisors, LLC,
       lender, servicer, special servicer, and/or related parties
       arising from administration of Debtor's mortgage loan
       and cash-management accounts, including alleged
       failure or refusal to release swept hotel revenues and
       other controlled funds for ordinary and necessary
       operating expenses as required by the loan documents.
       Potential claims may include breach of contract, breach
       of the implied covenant of good faith and fair dealing,
       wrongful withholding of funds, and related claims for
       consequential damages, including loss or diminution of
       business and property value. Claims are disputed,
       contingent and unliquidated; investigation is ongoing.**                          **Unknown**
       **Nature of claim**
       **Amount requested**                    **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of**

Debtor   **High Street Hotel Group, LLC**                    Case number *(If known)* **26-01916**
        <u>Name</u>

**every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **75 King Beds** | **$15,450.00** |
| **104 Queen Beds** | **$9,360.00** |
| **160 Night Stands** | **$1,360.00** |
| **353 Lamps** | **$882.50** |
| **62 Arm Chairs** | **$775.00** |
| **62 Ottomans** | **$620.00** |
| **58 Couches** | **$2,030.00** |
| **29 Coffee Tables** | **$493.00** |
| **58 End Tables** | **$696.00** |
| **29 Dining Tables** | **$754.00** |
| **58 Dining Chairs** | **$696.00** |
| **127 Luggage Benches** | **$571.50** |
| **106 Desks** | **$1,802.00** |
| **106 Desk Chairs** | **$636.00** |
| **106 Microwaves** | **$1,007.00** |

Debtor   **High Street Hotel Group, LLC**                    Case number *(If known)*   **26-01916**
<u>Name</u>

| | |
|---|---|
| **106 Refrigerators** | **$1,484.00** |
| **106 Alarm Clocks** | **$159.00** |
| **135 Televisions** | **$2,362.50** |
| **Rational Oven** | **$883.00** |
| **Cooler** | **$600.00** |
| **Freezers** | **$600.00** |
| **13 Breakfast Tables** | **$455.00** |
| **37 Breakfast Chairs** | **$455.00** |
| **8 bar stools** | **$136.00** |
| **Linens** | **$1,000.00** |
| **Towels** | **$1,000.00** |
| **Room supply inventory** | **$5,000.00** |

78.  **Total of Part 11.** | **$51,267.50**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 9

Debtor    **High Street Hotel Group, LLC**                                    Case number *(If known)*  **26-01916**
          Name

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $566,299.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $121,749.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,010.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................................................>* | | $2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $51,267.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $754,776.73 | + 91b. $2,500,000.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                 $3,254,776.73

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 10

**Fill in this information to identify the case:**

Debtor name **High Street Hotel Group, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-01916**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **Rialto Capital Advisor** <br> Creditor's Name <br> **200 S Biscayne Blvd** <br> **Ste 3550** <br> **Miami, FL 33131** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br><br> Describe the lien <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $5,092,519.75 | $0.00 |
| **2.2** | **SBA** <br> Creditor's Name <br> **801 Tom Martin Dr** <br> **Ste 210** <br> **Birmingham, AL 35211** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien <br><br> Describe the lien <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | | $150,009.00 | $0.00 |

Debtor   **High Street Hotel Group, LLC**                     Case number (if known)   **26-01916**
       Name

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$5,242,528.75**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jones Walker**<br>**11 N Water St**<br>**Ste 1200**<br>**Mobile, AL 36602** | Line __**2.1**__ | |
| **SBA**<br>**c/o US Attorney's Offi**<br>**501 E Court St**<br>**Ste. 4.430**<br>**Jackson, MS 39201** | Line __**2.2**__ | |
| **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line __**2.2**__ | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-01916**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Hinds Co Tax Collector**<br>**P.O. Box 1727**<br>**Jackson, MS 39215-1727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$68,406.23** | **$68,406.23** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**IRS***<br>**Centralized Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **High Street Hotel Group, LLC** | Case number (if known) | **26-01916** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MS Dept of Revenue\*\*\***
**Bankruptcy Section**
**PO Box 22808**
**Jackson, MS 39225-2808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,186.52** |
|---|---|---|---|

**ACC Business**
**PO Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Aire Master of Mid MS**
**141 Green Glades**
**Ridgeland, MS 39157**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,423.41** |
|---|---|---|---|

**AIS Trust Account**
**Alliant**
**PO Box 744912**
**Los Angeles, CA 90074**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$482.00** |
|---|---|---|---|

**American Quick Foods**
**PO Box 7188**
**Overland Park, KS 66207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.71** |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **High Street Hotel Group, LLC** | Case number (if known) | **26-01916** |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.88**

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.00**

**Atis Elevator Inspecti**
**PO Box 790379**
**Saint Louis, MO 63179-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,327.27**

**Atmos Energy Corp**
**P.O. Box 650205**
**Dallas, TX 75265-0205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,110.89**

**Booking.com**
**5295 Paysphere Cir**
**Chicago, IL 60674-5295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,341.80**

**Buford Plumbing Co.**
**PO Box 8601**
**Jackson, MS 39284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,987.00**

**CentiMark Corporation**
**PO Box 536254**
**Pittsburgh, PA 15253-5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,316.73**

**City of Jackson**
**P.O. Box 23092**
**Jackson, MS 39225-3092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

Debtor **High Street Hotel Group, LLC**                    Case number (if known)    **26-01916**
Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,455.35** |
|---|---|---|---|

**City of Jackson Water**
**P.O. Box 23092**
**Jackson, MS 39225-3092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,143.62** |
|---|---|---|---|

**Desai Companies, LLC**
**600 Steed Rd**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,981.41** |
|---|---|---|---|

**Desai Companies, LLC**
**600 Steed Rd**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,130.76** |
|---|---|---|---|

**Desai Hotel Group**
**600 Steed Rd**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,233.39** |
|---|---|---|---|

**Entergy Mississippi**
**P.O. Box 8105**
**Baton Rouge, LA 70891-8105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.00** |
|---|---|---|---|

**First Rate Laundry Sys**
**580 Bevill Dr**
**Florence, MS 39073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155.52** |
|---|---|---|---|

**Fisher Fire**
**PO Box 3364**
**Jackson, MS 39207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 4 of 9**

| Debtor | **High Street Hotel Group, LLC** | Case number (if known) | **26-01916** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$281.83** |
|---|---|---|---|

**General Parts, LLC**
**MI10**
**PO Box 9201**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385.00** |
|---|---|---|---|

**Greater Jackson Chambe**
**PO Box 22548**
**Jackson, MS 39225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,112.84** |
|---|---|---|---|

**Guest Supply, LLC**
**PO Box 6771**
**Somerset, NJ 08875-6771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,326.02** |
|---|---|---|---|

**HD Supply Facilities**
**PO Box 604233**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,030.40** |
|---|---|---|---|

**Helms Briscoe**
**PO Box 208976**
**Dallas, TX 75320-8976**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,454.10** |
|---|---|---|---|

**Hewlett Packard Financ**
**200 Connell Dr**
**Ste 5000**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133,280.21** |
|---|---|---|---|

**Intercontinental Hotel**
**3 Ravinia Dr**
**Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __High Street Hotel Group, LLC__      Case number (if known)    __26-01916__
Name

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Jane Doe (T.L.M.)***** | |
| | **c/o The Watson Law Fir** | |
| | **1501 Jackson Ave W** | |
| | **Ste 113, Pmb 101** | |
| | **Oxford, MS 38655** | |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | **$1,604.14** |
| | **Johnson Controls** | |
| | **Dept Ch 10320** | |
| | **Palatine, IL 60055-0320** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **$1,648.70** |
| | **M3 Accounting Svcs** | |
| | **PO Box 96539** | |
| | **Charlotte, NC 28296-0539** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | **$4,221.48** |
| | **Malar Contract Lightin** | |
| | **PO Box 1211** | |
| | **Morristown, TN 37816** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | **$956.98** |
| | **Midsouth Elevator** | |
| | **240 Highpoint Dr** | |
| | **Ridgeland, MS 39157** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | **$132.25** |
| | **MS Dept of Health** | |
| | **PO Box 1700** | |
| | **Jackson, MS 39215-1700** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address** | **$1,160.20** |
| | **MVM Technology** | |
| | **27 William St** | |
| | **Sayreville, NJ 08872** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **High Street Hotel Group, LLC**                          Case number (if known)    **26-01916**
_____Name_____

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$398.50** |
|---|---|---|---|

**National Hotel-Motel**
**40087 Mission Blvd**
**Ste 241**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$476.10** |
|---|---|---|---|

**New Horizon Communicat**
**200 Barker Ave**
**Ste 300**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$441.00** |
|---|---|---|---|

**Options Travel Service**
**135 Ranhurst Village D**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$839.82** |
|---|---|---|---|

**Orkin**
**5700 Citrus Blvd**
**Ste E-2**
**Jefferson, LA 70123-5813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,051.50** |
|---|---|---|---|

**Republic Services**
**PO Box 677156**
**Dallas, TX 75267-7156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$360.98** |
|---|---|---|---|

**RFID Hotel**
**PO Box 748535**
**Atlanta, GA 30374-8535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,022.45** |
|---|---|---|---|

**Ridgeland Hotel Grp**
**600 Steed Rd**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **High Street Hotel Group, LLC** | Case number (if known) | **26-01916** |
|---|---|---|---|
| | Name | | |

**3.41** | Nonpriority creditor's name and mailing address
**Royal Cup**
**PO Box 841000**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$408.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Ryan, LLC**
**PO Box 848351**
**Dallas, TX 75284-8351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,491.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**SIB Development & Cons**
**PO Box 736603**
**Dallas, TX 75373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$183.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**Sysco Jackson, LLC**
**PO Box 2900**
**Jackson, MS 39207-2900**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$10,372.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**Touchtone Communicatio**
**PO Box 780593**
**Philadelphia, PA 19178**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$215.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Traveling Teams, Inc**
**PO Box 771954**
**Detroit, MI 48277-1954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$205.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**Watkins, Ward, & Staff**
**105 W Washington St**
**Ste A1**
**Ridgeland, MS 39157**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,352.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor __High Street Hotel Group, LLC__          Case number (if known) __26-01916__
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IRS*** **<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201** | Line __2.2__<br><br>☐   Not listed. Explain ____ | _ |
| 4.2 | **MS Attorney General<br>550 High Street<br>Jackson, MS 39201** | Line __3.32__<br><br>☐   Not listed. Explain ____ | _ |
| 4.3 | **Sico Hoelscher Harr*** **<br>Attn: Meagan E. Hassan<br>819 N Upper Broadway<br>Corpus Christi, TX 78401** | Line __3.27__<br><br>☐   Not listed. Explain ____ | _ |
| 4.4 | **US Attorney General*** **<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001** | Line __2.2__<br><br>☐   Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                68,406.23 |
| **5b. Total claims from Part 2** | 5b.  **+** | $                269,802.24 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $                338,208.47 |

**Fill in this information to identify the case:**

Debtor name     **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)     **26-01916**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Franchise Agreement** | |
| State the term remaining | **IHG Hotels & Resorts** |
| List the contract number of any government contract | **3 Ravinia Dr Ste 100** **Atlanta, GA 30346** |

**Fill in this information to identify the case:**

Debtor name    **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-01916**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Sunny Desai** | **306 Vince Cv** **Madison, MS 39110** | **Rialto Capital Advisor** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name     **High Street Hotel Group, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-01916**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,047,108.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$2,314,060.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,855,344.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **1**

| Debtor | **High Street Hotel Group, LLC** | Case number *(if known)* | **26-01916** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **AIS Trust Account**<br>**Alliant**<br>**PO Box 744912**<br>**Los Angeles, CA 90074** | **5/22/26**<br>**6/23/26** | **$12,852.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Entergy Mississippi**<br>**P.O. Box 8105**<br>**Baton Rouge, LA 70891-8105** | **5/20/26** | **$13,270.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **HD Supply Facilities**<br>**PO Box 604233**<br>**Charlotte, NC 28260** | **5/26/26**<br>**6/18/26** | **$9,388.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **MS Dept of Revenue**<br>**Bankruptcy Section**<br>**PO Box 22808**<br>**Jackson, MS 39225-2808** | **6/30/26** | **$96,122.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.5. | **Sysco Jackson, LLC**<br>**PO Box 2900**<br>**Jackson, MS 39207-2900** | **5/26/26**<br>**6/10/26** | **$14,651.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **High Street Hotel Group, LLC** | Case number *(if known)* | **26-01916** |

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Rialto Capital Advisor**<br>**200 S Biscayne Blvd**<br>**Ste 3550**<br>**Miami, FL 33131** | **Creditor swept accounts and refused or delayed payments of required expenses**<br>Last 4 digits of account number: _____ | **90 days prior** | **$400,000.00** |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jane Doe (T.L.M.) v. Six Continents Hotels, Inc., Holiday Hospitality Franchinsing, LLC, and High Street Hotel Group LLC, d/b/a Holiday Inn Express**<br>**3:24-CV-844-DPJ-LGI** | **Human Trafficking** | **US District Court**<br>**Southern District of MS**<br>**Northern Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Empower** | **Donation** | **12/1/2025** | **$769.23** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Make a Wish MS** | **Donation** | **last 2 years** | **$2,185.89** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

| Debtor | **High Street Hotel Group, LLC** | Case number *(if known)* **26-01916** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Rollins Law Firm, PLLC**<br>**P.O. Box 13767**<br>**Jackson, MS 39236** | **Retainer** | **7/15/2026** | **$25,000.00** |

Email or website address
**trollins@therollinsfirm.com**

Who made the payment, if not debtor?
**Desai Companies LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **235 W Capital St**<br>**Jackson, MS 39201** | **2022 - 2024** |

Debtor   **High Street Hotel Group, LLC**                              Case number *(if known)*  **26-01916**

| Address | Dates of occupancy From-To |
|---|---|
| 14.2.  **105 W Washington St Ste A2 Ridgeland, MS 39157** | **2019 - 2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**         page **5**

Debtor   **High Street Hotel Group, LLC**                                    Case number *(if known)* **26-01916**

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■   No.
    ☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor  **High Street Hotel Group, LLC**  Case number *(if known)*  **26-01916**

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Sweta Desai** **600 Steed Rd** **Ridgeland, MS 39157** | **2015 - Present** |
| 26a.2. | **Hannah Coldrion** **600 Steed Rd** **Ridgeland, MS 39157** | **2024 - present** |
| 26a.3. | **Sunny Desai** **600 Steed Rd** **Ridgeland, MS 39157** | **2015 - present** |
| 26a.4. | **Watkins Ward Stafford** **105 W Washington St** **Ste A1** **Ridgeland, MS 39157** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Desai Companies, LLC** **600 Steed Rd** **Ridgeland, MS 39157** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Desai Companies, LLC** **600 Steed Rd** **Ridgeland, MS 39157** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Rialto Capital Advisor** **200 S Biscayne Blvd** **Ste 3550** **Miami, FL 33131** |
| 26d.2. | **Celtic Bank** **268 S State St** **Salt Lake City, UT 84111** |

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **7**

Debtor   **High Street Hotel Group, LLC**          Case number *(if known)*   **26-01916**

| Name and address |
|---|
| 26d.3.   **Access Point Financial**<br>**1 Ravinia Dr**<br>**9th Floor**<br>**Atlanta, GA 30346** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sunny Desai** | **306 Vince Cv**<br>**Madison, MS 39110** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **High Street Hotel Group, LLC**                          Case number *(if known)*  **26-01916**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 7, 2026**

**/s/ Sunny Desai**                                   **Sunny Desai**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **High Street Hotel Group, LLC**                                      Case No.   **26-01916**

Debtor(s)                                      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **25,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **425.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor        ■ Other (specify):    **Desai Companies LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re      **High Street Hotel Group, LLC**                                    Case No.   **26-01916**
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

<table>
<tr><td>

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<table>
<tr><td>

**August 7, 2026**

*Date*

</td><td>

**/s/ Thomas C. Rollins, Jr.**

**Thomas C. Rollins, Jr. 103469**
*Signature of Attorney*
**The Rollins Law Firm, PLLC**
**P.O. Box 13767**
**Jackson, MS 39236**
**601-500-5533   Fax: 600-500-5296**
**trollins@therollinsfirm.com**
*Name of law firm*

</td></tr>
</table>

</td></tr>
</table>

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **High Street Hotel Group, LLC**                          Case No.   **26-01916**

Debtor(s)                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sunny Desai**<br>**306 Vince Cv**<br>**Madison, MS 39110** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 7, 2026**                    Signature   **/s/ Sunny Desai**

**Sunny Desai**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders