

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-01916-JAW** |
| **HIGH STREET HOTEL GROUP LLC,** | **CHAPTER 11** |
| Debtor | |

## <u>ORDER AUTHORIZING EMPLOYMENT OF THE ROLLINS LAW FIRM, PLLC</u>

THIS CAUSE came before the Court on the Debtor's Application to Employ The Rollins Law Firm, PLLC as counsel for the Debtor and Debtor-in-Possession (Dk# 9 ). Having reviewed the Application and accompanying Verified Statement, and being otherwise fully advised, the Court finds that the Firm does not hold or represent an interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101(14), and that its employment is necessary and in the best interests of the Debtor and the estate.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is GRANTED, and the Debtor is authorized to employ The Rollins Law Firm, PLLC as counsel effective as of the petition date. The Firm shall be compensated upon application and approval in accordance with 11 U.S.C. §§ 330 and 331.

IT IS FURTHER ORDERED that the $25,000.00 security retainer described in the Application is approved, subject to the Court's review and allowance of compensation and reimbursement and any further order concerning application or disposition of the retainer.

### ##END OF ORDER##

**Submitted by:**
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com