**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  High Street Hotel Group, LLC, Debtor**          **CASE NO. 26-01916-JAW**
                                                                                              **CHAPTER 11**

**TO:     AFFECTED CREDITORS**
          IRS, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346
          IRS co/ US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201
          US Attorney General, USDOJ, 950 Pennsylvania Ave NW, Washington, DC 20530
          Jane Doe (T.L.M.), c/o The Watson Law Firm, 1501 Jackson Ave W, Ste 113, PMB 101,
                    Oxford, MS 38655
          MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808
          Sico Hoelscher Harr, Attn: Meagan E. Hassan, 819 N Upper Broadway, Corpus Christi,
          TX 78401

### NOTICE OF AMENDMENT

 **Please take notice** that the above-referenced Debtor(s) has filed an amendment to the *List of Creditors/Mailing Matrix* and/or *Schedules* to add one or more additional creditors. The amendment lists the above affected creditor(s) as an additional creditor in the above-referenced bankruptcy case.

 The affected creditor has **21 days** from the date of this notice to request an additional §341(a) creditors' meeting if the added creditor wishes to examine the Debtor under oath. The creditor must submit to the US Trustee, 501 E Court St, Ste 6-430, Jackson, MS 39201. (See a copy of the original *ˆNotice of Chapter 11 Bankruptcy Case* ("§341 Meeting of Creditors Notice") attached.)

 The affected creditor has **60 days** from the date of this notice to file with the U.S. Bankruptcy Court a complaint objecting to the discharge of the Debtor(s), or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless the Federal Rules of Bankruptcy Procedure provides for a longer period of time.

 If the above Debtor(s) is an individual, the affected creditor has **30 days** from the conclusion of the meeting of creditors or **30 days** from the date of this notice, whichever is later, to file with the U.S. Bankruptcy Court an objection to the list of property claimed as exempt.

 The affected creditor has the right to file a proof of claim with the U.S. Bankruptcy Court by the bar date indicated on the attached §341 Meeting of Creditors Notice or **30 days** from the date of this notice, whichever is later. A Proof of Claim (Official Form 410) may be obtained at www.mssb.uscourts.gov or any bankruptcy clerk's office.

Address of the US Bankruptcy Court is provided on the attached §341 Meeting of Creditors Notice.

Date: August 11, 2026              /s/ Thomas C. Rollins, Jr.
                                   *Thomas C. Rollins, Jr., Attorney for Debtor*

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Notice of Amendment, the §341 Meeting of Creditors Notice, and the amended schedule (if applicable) to the affected creditors via First Class US Mail and the case trustee (if any) and US Trustee via Notice of Electronic Filing (NEF) through the ECF system.

                                   /s/ Thomas C. Rollins, Jr.
                                   *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

---

### *Information to identify the case:*

| | |
|---|---|
| Debtor **High Street Hotel Group, LLC**<br>Name | EIN **46–0765682** |
| United States Bankruptcy Court of the Southern District of Mississippi<br>Case number:  **26–01916–JAW** | Date case filed for chapter  **11   7/15/26** |

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1.** | **Debtor's full name** | High Street Hotel Group, LLC |
| **2.** | **All other names used in the last 8 years** | |
| **3.** | **Address** | 600 Steed Rd<br>Ridgeland, MS 39157 |
| **4.** | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone  601–500–5533<br>Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone  601–608–4600**<br><br>**Date: 7/21/26** |
| **6.** | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **August 24, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |

**For more information, see page 2 >**

Debtor  **High Street Hotel Group, LLC**                                          Case number **26–01916–JAW**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units):**: 11/12/26** <br> **Deadline for governmental units to file a proof of claim: 1/11/27** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint: 10/23/26** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

High Street Hotel Group, LLC

CASE NO: 26-01916-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 8/11/2026, I did cause a copy of the following documents, described below,

Notice of Amendment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/11/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

High Street Hotel Group, LLC

CASE NO: 26-01916-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 8/11/2026, a copy of the following documents, described below,

Notice of Amendment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/11/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

FIRST CLASS

IRS
C/O US ATTORNEY
501 EAST COURT ST, STE 4.430
JACKSON MS 39201

FIRST CLASS

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

FIRST CLASS

JANE DOE (T.L.M.)
C/O THE WATSON LAW FIRM
1501 JACKSON AVE W, STE 113, PMB 101
OXFORD MS 38655

FIRST CLASS

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

FIRST CLASS

SICO HOELSCHER HARR
ATTN: MEAGAN E. HASSAN
819 N UPPER BROADWAY
CORPUS CHRISTI TX 78401