United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-01916-JAW

High Street Hotel Group, LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Aug 11, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

**Recip ID**    **Recipient Name and Address**
dbpos    + High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Stephen P. Drobny | on behalf of Creditor RSS BBCMS2017-C1-MS HSH  LLC sdrobny@joneswalker.com |
| Sylvie Derdeyn Robinson | on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov |

District/off: 0538-3　　　　　　　　　　User: mssbad　　　　　　　　　　Page 2 of 2

Date Rcvd: Aug 11, 2026　　　　　　　Form ID: pdf012　　　　　　　Total Noticed: 1

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession High Street Hotel Group  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    **CASE NO. 26-01916-JAW**
**HIGH STREET HOTEL GROUP LLC,**                                         **CHAPTER 11**
Debtor


### ORDER AUTHORIZING EMPLOYMENT OF THE ROLLINS LAW FIRM, PLLC

THIS CAUSE came before the Court on the Debtor's Application to Employ The Rollins Law Firm, PLLC as counsel for the Debtor and Debtor-in-Possession (Dk# 9 ). Having reviewed the Application and accompanying Verified Statement, and being otherwise fully advised, the Court finds that the Firm does not hold or represent an interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101(14), and that its employment is necessary and in the best interests of the Debtor and the estate.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is GRANTED, and the Debtor is authorized to employ The Rollins Law Firm, PLLC as counsel effective as of the petition date. The Firm shall be compensated upon application and approval in accordance with 11 U.S.C. §§ 330 and 331.

IT IS FURTHER ORDERED that the $25,000.00 security retainer described in the Application is approved, subject to the Court's review and allowance of compensation and reimbursement and any further order concerning application or disposition of the retainer.

### ##END OF ORDER##

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com