**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                              CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP LLC,**                  CHAPTER 11
Debtor

**APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC AS**
**ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

COMES NOW High Street Hotel Group LLC (the "Debtor"), by and through its undersigned counsel, and applies pursuant to 11 U.S.C. §§ 327(a) and 1107(a), Federal Rule of Bankruptcy Procedure 2014, and Miss. Bankr. L.R. 2014-1 for authority to employ Watkins, Ward and Stafford, PLLC (the "Accounting Firm"), through Cliff P. Stewart, CPA, to provide accounting and tax services to the Debtor and Debtor-in-Possession. In support, the Debtor states:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 15, 2026. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.      The Debtor owns and operates a hotel property in Jackson, Mississippi. Administration of this Chapter 11 case requires the preparation and filing of federal, state, and local tax returns and the preparation, review, and analysis of financial and accounting information needed for the Debtor's bankruptcy reporting obligations and the administration of the estate.

4.      The Debtor seeks to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, because the Accounting Firm is qualified to provide the required accounting and tax services and can assist the Debtor and its counsel with the financial reporting and tax matters that arise in this Chapter 11 case. Mr. Stewart's business address is 105 West Washington Street, Suite A1, Ridgeland, Mississippi 39157.

5.     The professional services to be rendered may include: (a) preparing and filing federal, state, and local income, payroll, sales, and other tax returns, as applicable; (b) assisting with the preparation, review, and reconciliation of monthly operating reports and other bankruptcy financial reports; (c) assisting in maintaining, reviewing, and reconciling the Debtor's books and records; (d) preparing financial statements, schedules, projections, cash-flow analyses, tax analyses, and other accounting information reasonably necessary for administration of the case; (e) responding to accounting and tax inquiries from the United States Trustee, taxing authorities, creditors, and other parties in interest as authorized by the Debtor; (f) consulting with the Debtor and its bankruptcy counsel concerning accounting and tax issues arising in the case; and (g) providing other related accounting and tax services reasonably necessary to assist the Debtor in carrying out its duties as debtor-in-possession. The Accounting Firm will not provide legal services.

6.     As set forth in the accompanying Verified Statement of Cliff P. Stewart, CPA, the Accounting Firm and Mr. Stewart do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14), subject to the disclosures stated in the Verified Statement.

7.     The proposed compensation arrangement is hourly. The Accounting Firm will bill for professional services at its customary hourly rates in effect from time to time and will seek reimbursement of reasonable and necessary expenses. Any compensation and reimbursement paid from the estate will be subject to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, applicable local rules, and further order of this Court.

8.     Consistent with Miss. Bankr. L.R. 2014-1(a)(2), the Debtor is not requesting in this Application approval of the Accounting Firm's fee contract or compensation. Any request for allowance of compensation or reimbursement of expenses will be made by separate application as required by applicable law and rules.

9.     The Debtor believes that employment of the Accounting Firm is necessary, appropriate, and in the best interests of the estate.

WHEREFORE, the Debtor respectfully requests entry of an order authorizing the Debtor to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant for the Debtor and Debtor-in-Possession pursuant to 11 U.S.C. §§ 327(a) and 1107(a), subject to the compensation and reimbursement requirements of 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Miss. Bankr. L.R. 2014-1, and further order of this Court, and granting such other and further relief as is just and proper.

*Respectfully submitted,*
HIGH STREET HOTEL GROUP LLC,
Debtor-in-Possession

BY:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that a true and correct copy of the foregoing Application to Employ Watkins, Ward and Stafford, PLLC and accompanying Verified Statement of Cliff P. Stewart, CPA was served through the Court's CM/ECF system on all registered users entitled to electronic notice and by United States first-class mail on all parties entitled to notice who are not registered users, including the Office of the United States Trustee, on this date.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.