**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                      CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP LLC,**                           CHAPTER 11
Debtor

**VERIFIED STATEMENT OF CLIFF P. STEWART, CPA**
**PURSUANT TO FED. R. BANKR. P. 2014**

I, Cliff P. Stewart, CPA, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a certified public accountant and a member of Watkins, Ward and Stafford, PLLC, 105 West Washington Street, Suite A1, Ridgeland, Mississippi 39157. The firm has been requested to serve as accountant for High Street Hotel Group LLC, the Debtor and Debtor-in-Possession in this Chapter 11 case. I make this Verified Statement pursuant to Federal Rule of Bankruptcy Procedure 2014.

2.     The Accounting Firm has been requested to provide the accounting and tax services described in the Debtor's Application to Employ and is willing to serve on the terms disclosed in that Application.

3.     The professional services may include preparation and filing of applicable tax returns; assistance with monthly operating reports and other bankruptcy financial reporting; review and reconciliation of the Debtor's books and records; preparation of financial statements, schedules, projections, cash-flow analyses, tax analyses, and other accounting information; consultation with the Debtor and bankruptcy counsel concerning accounting and tax issues; and other related accounting and tax services reasonably necessary for administration of the Chapter 11 case.

4.     To the best of my knowledge after reasonable inquiry, neither I nor the Accounting Firm holds or represents an interest adverse to the Debtor or the estate in connection with this case, and neither I nor the Accounting Firm has any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except for connections that are disclosed in this Verified Statement or that may be disclosed by a timely supplement.

5.     Neither I nor the Accounting Firm represents any creditor or other party in interest in connection with this Chapter 11 case. The Accounting Firm's representation in this engagement is limited to accounting and tax services for High Street Hotel Group LLC unless otherwise separately engaged and approved where required.

6.     To the best of my knowledge, I and the Accounting Firm are "disinterested persons" within the meaning of 11 U.S.C. § 101(14) and are eligible for employment under 11 U.S.C. § 327(a).

7.      The proposed compensation arrangement is hourly. The Accounting Firm will bill for professional services at its customary hourly rates in effect from time to time and will seek reimbursement of reasonable and necessary expenses. I understand that employment does not itself approve any fee contract or compensation and that compensation and reimbursement paid from the estate are subject to separate application, review, and allowance under 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, applicable local rules, and orders of this Court.

8.      Neither I nor the Accounting Firm has shared or agreed to share compensation to be received in this case with any person other than members or regular employees of the Accounting Firm, except as may later be disclosed and approved by the Court.

9.      I will continue to review the Accounting Firm's connections with parties in interest and will promptly supplement this Verified Statement if additional material connections or disclosures are identified.

Executed on August 10 , 2026.

_____

Cliff P. Stewart, CPA
Watkins, Ward and Stafford, PLLC
105 West Washington Street, Suite A1
Ridgeland, MS 39157
Office: 601-982-0010