**I**
**N THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-01916-JAW** |
| **HIGH STREET HOTEL GROUP LLC,** | **CHAPTER 11** |
| Debtor | |

### ORDER AUTHORIZING EMPLOYMENT OF WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION

THIS MATTER came before the Court on the Application (Dk # ___) of High Street Hotel Group LLC, the Debtor and Debtor-in-Possession, to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant pursuant to 11 U.S.C. §§ 327(a) and 1107(a) and Federal Rule of Bankruptcy Procedure 2014. The Court, having considered the Application, the Verified Statement of Cliff P. Stewart, CPA, and the record, finds that the relief requested is appropriate.

IT IS, THEREFORE, ORDERED that the Application is GRANTED. High Street Hotel Group LLC is authorized to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant to provide the accounting and tax services described in the Application. This Order authorizes employment only and does not approve any fee contract or compensation. Compensation and reimbursement of expenses from the estate are subject to separate application, review, and allowance pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Miss. Bankr. L.R. 2014-1, and further order of this Court.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
**THOMAS C. ROLLINS, JR.**
**THE ROLLINS LAW FIRM, PLLC**
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com