## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                               CASE NO. 26-01916-JAW
**HIGH STREET HOTEL GROUP LLC,**                                CHAPTER 11
Debtor

## NOTICE OF APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT

PLEASE TAKE NOTICE that High Street Hotel Group LLC, the Debtor and Debtor-in-Possession, has filed an Application seeking authority to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant pursuant to 11 U.S.C. §§ 327(a) and 1107(a), Federal Rule of Bankruptcy Procedure 2014, and Miss. Bankr. L.R. 2014-1.

The Accounting Firm will assist the Debtor with preparation and filing of tax returns, bankruptcy financial reporting, review and reconciliation of books and records, financial statements and analyses, and other related accounting and tax services. The proposed compensation arrangement is hourly at the Accounting Firm's customary rates, plus reimbursement of reasonable and necessary expenses. Employment of the Accounting Firm will not constitute approval of any fee contract or compensation; any fees and expenses paid from the estate remain subject to separate application, review, and allowance under applicable law and rules.

Any objection to the Application must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi and served on the undersigned counsel, the Office of the United States Trustee, and all other parties entitled to notice on or 21 days. Any objection must state with particularity the grounds for the objection.

If a timely objection is filed, the Court may set the matter for hearing upon further notice. If no timely objection is filed, the Court may grant the Application without further notice or hearing.

*Respectfully submitted,*

**THE ROLLINS LAW FIRM, PLLC**
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                              CASE NO. 26-01916-JAW
HIGH STREET HOTEL GROUP LLC,                          CHAPTER 11
Debtor

**APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC AS**
**ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

COMES NOW High Street Hotel Group LLC (the "Debtor"), by and through its undersigned counsel, and applies pursuant to 11 U.S.C. §§ 327(a) and 1107(a), Federal Rule of Bankruptcy Procedure 2014, and Miss. Bankr. L.R. 2014-1 for authority to employ Watkins, Ward and Stafford, PLLC (the "Accounting Firm"), through Cliff P. Stewart, CPA, to provide accounting and tax services to the Debtor and Debtor-in-Possession. In support, the Debtor states:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 15, 2026. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.      The Debtor owns and operates a hotel property in Jackson, Mississippi. Administration of this Chapter 11 case requires the preparation and filing of federal, state, and local tax returns and the preparation, review, and analysis of financial and accounting information needed for the Debtor's bankruptcy reporting obligations and the administration of the estate.

4.      The Debtor seeks to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, because the Accounting Firm is qualified to provide the required accounting and tax services and can assist the Debtor and its counsel with the financial reporting and tax matters that arise in this Chapter 11 case. Mr. Stewart's business address is 105 West Washington Street, Suite A1, Ridgeland, Mississippi 39157.

5. The professional services to be rendered may include: (a) preparing and filing federal, state, and local income, payroll, sales, and other tax returns, as applicable; (b) assisting with the preparation, review, and reconciliation of monthly operating reports and other bankruptcy financial reports; (c) assisting in maintaining, reviewing, and reconciling the Debtor's books and records; (d) preparing financial statements, schedules, projections, cash-flow analyses, tax analyses, and other accounting information reasonably necessary for administration of the case; (e) responding to accounting and tax inquiries from the United States Trustee, taxing authorities, creditors, and other parties in interest as authorized by the Debtor; (f) consulting with the Debtor and its bankruptcy counsel concerning accounting and tax issues arising in the case; and (g) providing other related accounting and tax services reasonably necessary to assist the Debtor in carrying out its duties as debtor-in-possession. The Accounting Firm will not provide legal services.

6. As set forth in the accompanying Verified Statement of Cliff P. Stewart, CPA, the Accounting Firm and Mr. Stewart do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14), subject to the disclosures stated in the Verified Statement.

7. The proposed compensation arrangement is hourly. The Accounting Firm will bill for professional services at its customary hourly rates in effect from time to time and will seek reimbursement of reasonable and necessary expenses. Any compensation and reimbursement paid from the estate will be subject to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, applicable local rules, and further order of this Court.

8. Consistent with Miss. Bankr. L.R. 2014-1(a)(2), the Debtor is not requesting in this Application approval of the Accounting Firm's fee contract or compensation. Any request for allowance of compensation or reimbursement of expenses will be made by separate application as required by applicable law and rules.

9. The Debtor believes that employment of the Accounting Firm is necessary, appropriate, and in the best interests of the estate.

WHEREFORE, the Debtor respectfully requests entry of an order authorizing the Debtor to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant for the Debtor and Debtor-in-Possession pursuant to 11 U.S.C. §§ 327(a) and 1107(a), subject to the compensation and reimbursement requirements of 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Miss. Bankr. L.R. 2014-1, and further order of this Court, and granting such other and further relief as is just and proper.

*Respectfully submitted,*
HIGH STREET HOTEL GROUP LLC,
Debtor-in-Possession

BY:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that a true and correct copy of the foregoing Notice of Application to Employ Watkins, Ward and Stafford, PLLC as Accountant was served through the Court's CM/ECF system on all registered users entitled to electronic notice and by United States first-class mail on all parties entitled to notice who are not registered users, including the Office of the United States Trustee, on August 13, 2026.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 8/13/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/13/2026, a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/13/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-01916
SOUTHERN DISTRICT OF MISSISSIPPI
THU AUG 13 8-11-56 PST 2026

DEBTOR

HIGH STREET HOTEL GROUP  LLC
600 STEED RD
RIDGELAND  MS 39157-9482

MISSISSIPPI DEPARTMENT OF REVENUE
SYLVIE D ROBINSON
P O BOX 22808
JACKSON  MS 39225-2808

EXCLUDE

RSS BBCMS2017C1MS HSH  LLC
CO JONES WALKER LLP
11 N WATER ST  STE 1200
MOBILE  AL 36602-3809

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ACC BUSINESS
PO BOX 5019
CAROL STREAM  IL 60197-5019

AIS TRUST ACCOUNT
ALLIANT
PO BOX 744912
LOS ANGELES  CA 90074-4912

ATT
PO BOX 5019
CAROL STREAM  IL 60197-5019

AIRE MASTER OF MID MS
141 GREEN GLADES
RIDGELAND  MS 39157-8661

AMERICAN QUICK FOODS
PO BOX 7188
OVERLAND PARK  KS 66207-0188

ATIS ELEVATOR INSPECTI
PO BOX 790379
SAINT LOUIS  MO 63179-0379

ATMOS ENERGY CORP
PO BOX 650205
DALLAS  TX 75265-0205

ATMOS ENERGY CORPORATION
ATTN BANKRUPTCY GROUP
PO BOX 650205
DALLAS  TX 75265-0205

BOOKINGCOM
5295 PAYSPHERE CIR
CHICAGO  IL 60674-5295

BUFORD PLUMBING CO
PO BOX 8601
JACKSON  MS 39284-8601

(P)CENTIMARK CORPORATION
12 GRANDVIEW CIRCLE
CANONSBURG PA 15317-8533

CHAD J HAMMONS  ESQ
JONES WALKER LLP
ATTY FOR RSS BBCMS2017-C1-MS HSH  LLC
3100 NORTH STATE STREET  SUITE 300
JACKSON  MS 39216-4013

CITY OF JACKSON
PO BOX 23092
JACKSON  MS 39225-3092

CITY OF JACKSON WATER
PO BOX 23092
JACKSON  MS 39225-3092

DESAI COMPANIES  LLC
600 STEED RD
RIDGELAND  MS 39157-9482

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND  MS 39157-9482

ENTERGY MISSISSIPPI
PO BOX 8105
BATON ROUGE  LA 70891-8105

FIRST RATE LAUNDRY SYS
580 BEVILL DR
FLORENCE  MS 39073-9182

FISHER FIRE
PO BOX 3364
JACKSON  MS 39207-3364

GENERAL PARTS  LLC
MI10
PO BOX 9201
MINNEAPOLIS  MN 55480-9201

GREATER JACKSON CHAMBE
PO BOX 22548
JACKSON  MS 39225-2548

GUEST SUPPLY  LLC
PO BOX 6771
SOMERSET  NJ 08875-6771

HD SUPPLY FACILITIES
PO BOX 604233
CHARLOTTE  NC 28260-4233

HELMS BRISCOE
PO BOX 208976
DALLAS  TX 75320-8976

HEWLETT PACKARD FINANC
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS  NJ 07922-2816

HINDS CO TAX COLLECTOR
PO BOX 1727
JACKSON  MS 39215-1727

HINDS COUNTY TAX COLLECTOR
316 SOUTH PRESIDENT STREET
JACKSON MS 39201-4801

IHG HOTELS  RESORTS
3 RAVINIA DR STE 100
ATLANTA  GA 30346-2121

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

IRS
CO US ATTORNEY
501 E COURT ST  STE 4430
JACKSON  MS 39201-5025

INTERCONTINENTAL HOTEL
3 RAVINIA DR
STE 100
ATLANTA  GA 30346-2121

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JANE DOE (TLM)
CO THE WATSON LAW FIRM
1501 JACKSON AVE W
STE 113  PMB 101
OXFORD  MS 38655-2566

JOHNSON CONTROLS
DEPT CH 10320
PALATINE  IL 60055-0320

JONES WALKER
11 N WATER ST
STE 1200
MOBILE  AL 36602-3809

M3 ACCOUNTING SVCS
PO BOX 96539
CHARLOTTE  NC 28296-0539

MS ATTORNEY GENERAL
550 HIGH STREET
JACKSON  MS 39201-1111

MS DEPT OF HEALTH
PO BOX 1700
JACKSON  MS 39215-1700

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MVM TECHNOLOGY
27 WILLIAM ST
SAYREVILLE  NJ 08872-1144

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN  TN 37816-1211

MICHAEL ANTHONY SHAW  ESQ
JONES WALKER LLP
COUNSEL FOR RSS BBCMS2017-C1-MS HSH  LLC
11 N WATER ST  STE 1200
MOBILE  AL 36602-3809

MIDSOUTH ELEVATOR
240 HIGHPOINT DR
RIDGELAND  MS 39157-6019

NATIONAL HOTELMOTEL
40087 MISSION BLVD
STE 241
FREMONT  CA 94539-3680

NEW HORIZON COMMUNICAT
200 BARKER AVE
STE 300
CONCORD  MA 01742-2178

OPTIONS TRAVEL SERVICE
135 RANHURST VILLAGE D
MOUNT PROSPECT  IL 60056-1147

ORKIN
5700 CITRUS BLVD
STE E-2
JEFFERSON  LA 70123-5813

RFID HOTEL
PO BOX 748535
ATLANTA  GA 30374-8535

REPUBLIC SERVICES
PO BOX 677156
DALLAS  TX 75267-7156

RIALTO CAPITAL ADVISOR
200 S BISCAYNE BLVD
STE 3550
MIAMI  FL 33131-2379

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND  MS 39157-9482

ROYAL CUP
PO BOX 841000
DALLAS  TX 75284-1000

RYAN  LLC
PO BOX 848351
DALLAS  TX 75284-8351

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM  AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

SIB DEVELOPMENT  CONS
PO BOX 736603
DALLAS  TX 75373-6603

SICO HOELSCHER HARR
ATTN MEAGAN E HASSAN
819 N UPPER BROADWAY
CORPUS CHRISTI  TX 78401-1909

STEPHEN P DROBNY  ESQ
JONES WALKER LLP
FOR RSS BBCMS201-C1-MS HSH LLC
201 SOUTH BISCAYNE BLVD STE 3000
MIAMI  FL 33131-4330

SUNNY DESAI
306 VINCE CV
MADISON  MS 39110-6528

SYLVIE DERDEYN ROBINSON  ESQ
ATTY FOR MS DEPT OF REVENUE
P O BOX 22828
JACKSON  MS 39225-2828

SYSCO JACKSON  LLC
PO BOX 2900
JACKSON  MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA  PA 19178-0593

TRAVELING TEAMS  INC
PO BOX 771954
DETROIT  MI 48277-1954

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

EXCLUDE

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US ATTORNEY GENERAL
USDOJ
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530-0009

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

WATKINS  WARD   STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND  MS 39157-2416

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767