**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: HIGH STREET HOTEL GROUP, LLC** **CASE NO. 26-01916-JAW**

**DEBTOR(S)** **CHAPTER 11**

---

**AMENDED CHAPTER 11 PROCEEDING MEMO**
**AND MINUTES OF §341 MEETING**
**DATE: August 24, 2026, at 10:00am**
**Meeting Conducted Telephonically**

---

1. Name of attorney(s) for debtor(s): Thomas C. Rollins, Jr.

2. Has attorney(s) for debtor(s)filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? _X_ Yes _____No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? ______Yes _X__ No.

4. Appearances: (X) Debtor(s): High Street Hotel Group, LLC

   (X) Debtor(s) representative Sunny Desai

   (X) Attorney(s) for debtor(s) Thomas C. Rollins, Jr.

   (X) Creditor(s): See attached appearance sheet

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for debtor(s) (X) Creditors
   (X) UST designee ( ) Others (specify below)

6. **<u>On or before September 21, 2026, the Debtor(s) shall:</u>**
   a. Provide the UST with proof that it is listed as a party for notice on all of Debtor’s insurance policies;

   b. Amend Schedule A/B, line 62 to include the franchise agreement;

   c. Amend Schedule D as follows:
      i. Line 2.1 – provide the collateral for the loan and state a value for said collateral;

      ii. Line 2.2 – provide the collateral for the loan and state a value for said

collateral;

d. Amend Schedule E/F as follows:

i. Line 2.1 – provide the basis for the claim;

ii. Lines 3.5 and 3.6 – confirm that the debts owed to AT&T are not duplicates. If not, provide the basis for the claim for each;

iii. Lines 3.12 and 3.13 - confirm that the debts owed to City of Jackson and City of Jackson Water are not duplicates. If not, provide the basis for the claim for each;

iv. Lines 3.14 and 3.15 - confirm that the debts owed to Desai Companies, LLC, are not duplicates. If not, provide the basis for the claim for each. Include the $25,000.00 retainer paid by Desai Companies, LLC, as an unsecured debt;

v. Line 3.47 – confirm whether Watkins, Ward & Stafford ("WWS") will waive its pre-petition claim and advise the UST before the objection deadline on the Application to Employ WWS;

e. Amend Schedule H to reflect Sunny Desai's personal liability on the franchise agreement with IHG;

f. Amend the SOFA as follows:

i. Line 3.2 – confirm whether payment of $13,270.32 was made in multiple payments. If so, list the other date(s) of payment;

ii. Line 16 – pertaining to PII, state the information collected by Debtor and explain that IHG determines access to PII and how it is protected;

iii. Line 28 – state percentage of ownership of Debtor by Sunny Desai;

g. Provide the UST with a copy of the financial statements referenced on Line 26d of the SOFA; and

h. Provide the UST with a signed Declaration of Pre-Petition Account Closings (Attachment V).

7. Do(es) the Debtor(s) pay a Domestic Support Obligation? ____Yes ___ No __X__ N/A

8. Fifth amendment invoked by Debtor(s)? _____Yes __X___No

9. Meeting concluded (X) Yes () No. If no, meeting is continued to ___N/A___, at______ ______, to be conducted ___.

Additional notes and/or comments:

NONE

(Proceeding Recorded)

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY
Presiding Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: HIGH STREET HOTEL GROUP, LLC** **CASE NO. 26-01916-JAW**

**DEBTOR(S)** **CHAPTER 11**

**341(a) APPEARANCE SHEET**

341(a) Location: TELEPHONIC
DATE: August 24, 2026
TIME: 10:00 a.m.
U.S. TRUSTEE REPRESENTATIVE: Abigail M. Marbury

| Name (Creditor) | Attorney or Representative |
|---|---|
| Holiday Hospitality Franchising (“IHG”) | Mendel Schochet |
| RSS | Steve Drobny |

**EXHIBIT A**