**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | **HIGH STREET HOTEL GROUP, LLC** | **CASE NO. 26-01916-JAW** |
| | **DEBTOR(S)** | **CHAPTER 11** |

# AGREED SCHEDULING ORDER

**THIS MATTER** came before the Court on the joint *ore tenus* motion of the United States Trustee and High Street Hotel Group, LLC (the "Debtor") for approval of the parties' Agreed Scheduling Order. Having duly considered the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the agreement should be approved, therefore,

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry(ies) and/or as required by law. The Debtor shall immediately provide proof that the U.S. Trustee has been made a notifying party to its insurance policies.

**IT IS FURTHER ORDERED** that the Debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor shall file with the Court monthly operating reports ("MOR") in accordance with the United States Trustee's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall timely pay to the United States Trustee the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and a confirmable plan of reorganization on or before November 12, 2026, unless extended by further order of the Court.

***##END OF ORDER##***

**APPROVED AND AGREED TO:**

/s/ Thomas C. Rollins, Jr. *(with permission)*
Thomas C. Rollins, Jr. (MSB #103469 )
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
*Attorney for Debtor*

*/s/ Abigail M. Marbury*
Abigail M. Marbury (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov