United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01916-JAW
High Street Hotel Group, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dbpos | + | High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Stephen P. Drobny | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC sdrobny@joneswalker.com |
| Sylvie Derdeyn Robinson | on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: HIGH STREET HOTEL GROUP, LLC** **CASE NO. 26-01916-JAW**

**DEBTOR(S)** **CHAPTER 11**

## AGREED SCHEDULING ORDER

**THIS MATTER** came before the Court on the joint *ore tenus* motion of the United States Trustee and High Street Hotel Group, LLC (the "Debtor") for approval of the parties' Agreed Scheduling Order. Having duly considered the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the agreement should be approved, therefore,

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry(ies) and/or as required by law. The Debtor shall immediately provide proof that the U.S. Trustee has been made a notifying party to its insurance policies.

**IT IS FURTHER ORDERED** that the Debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor shall file with the Court monthly operating reports ("MOR") in accordance with the United States Trustee's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall timely pay to the United States Trustee the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and a confirmable plan of reorganization on or before November 12, 2026, unless extended by further order of the Court.

***##END OF ORDER##***

**APPROVED AND AGREED TO:**

/s/ Thomas C. Rollins, Jr. *(with permission)*
Thomas C. Rollins, Jr. (MSB #103469 )
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
*Attorney for Debtor*

*/s/ Abigail M. Marbury*
Abigail M. Marbury (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov