**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: HIGH STREET HOTEL GROUP, LLC** **CASE NO. 26-01916-JAW**

**DEBTOR(S)** **CHAPTER 11**

---

**UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION [DKT. #20]**

---

COMES NOW Kevin M. Epstein, United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Objection to the Application to Employ Watkins, Ward and Stafford, PLLC, as Accountant for debtor and Debtor-in-Possession [DKT. #42], and in support thereof respectfully submits the following:

1. High Street Hotel Group, LLC, ("Debtor") filed this case as a voluntary chapter 11 proceeding on July 15, 2026. [DKT. #1]

2. On August 14, 2026, Debtor filed its Application to Employ Watkins, Ward and Stafford, PLLC, as Accountant for debtor and Debtor-in-Possession. [DKT. #42]

3. The Application fails to provide the hourly rates in which Watkins, Ward and Stafford, PLLC, ("WWS") intends to bill the estate for services performed on its behalf.

4. Further, per Schedule E/F, line 3.47, WWS is a creditor of the debtor being owed $3,352.76. [DKT. #36] The application provides no information pertaining to whether WWS intends to waive this pre-petition debt.

5. The UST asserts that employment of WWS creates an interest adverse to the estate. Therefore, employment of WWS is prohibited by § 327(a) and Rule 2014.

6. The UST reserves the right to bring further objections to the employment application at any hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court enter an order denying this employment application. The United States Trustee also prays for general relief to which it may be entitled in these premises.

RESPECTFULLY SUBMITTED, this the 2nd day of September 2026.

KEVIN M. EPSTEIN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: */s/Abigail M. Marbury*
ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

T.C. Rollins
*Counsel for Debtor*

DATED, this the 2nd day of September 2026.

*/s/Abigail M. Marbury*
ABIGAIL M. MARBURY