**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP LLC,**
**Debtor**

**CASE NO. 26-01916-JAW**
**CHAPTER 11**

---

**DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

High Street Hotel Group LLC (the "Debtor"), by and through undersigned counsel, responds to the United States Trustee's Objection to the Debtor's Application to Employ Watkins, Ward and Stafford, PLLC ("WWS") as accountant [Dkt. #51], and states as follows:

1. The Debtor filed its Application to Employ WWS as accountant on August 14, 2026 [Dkt. #42].

2. The United States Trustee objected because the Application did not state WWS's hourly rates and because Schedule E/F lists WWS as a prepetition creditor in the amount of $3,352.76 without stating whether that claim would be waived.

3. WWS has now provided the Supplemental Affidavit of Cliff P. Stewart, CPA, attached as Exhibit A. The Supplemental Affidavit confirms that WWS had no outstanding accounts receivable owed by the Debtor as of the Petition Date; that the $3,352.76 amount reflected on Schedule E/F is not asserted by WWS as an amount due; that WWS had approximately $330.00 in unbilled prepetition work-in-process, which WWS irrevocably waives and will not seek to collect from the Debtor or the estate; and that WWS therefore asserts no prepetition claim against the Debtor.

4. The Supplemental Affidavit further discloses that WWS's current hourly rates are $375.00 per hour for Mr. Stewart's services and $185.00 per hour for staff services. Any

compensation and reimbursement of expenses remain subject to review and allowance under 11 U.S.C. §§ 330 and 331 and applicable rules and orders of this Court.

5. The additional disclosures resolve the issues raised in the United States Trustee's Objection. The Debtor therefore requests that the Court approve the employment of WWS as requested in the Application.

Respectfully submitted,

HIGH STREET HOTEL GROUP LLC,
Debtor-in-Possession

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that a true and correct copy of the foregoing was served through the Court's CM/ECF system on all registered users entitled to electronic notice and by United States first-class mail on all parties entitled to notice who are not registered users on this date.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.