# EXHIBIT A

## Supplemental Affidavit of Cliff P. Stewart, CPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP LLC,**
**Debtor**

**CASE NO. 26-01916-JAW**
**CHAPTER 11**

**SUPPLEMENTAL AFFIDAVIT OF CLIFF P. STEWART, CPA IN SUPPORT OF APPLICATION TO EMPLOY WATKINS, WARD AND STAFFORD, PLLC**

STATE OF MISSISSIPPI
COUNTY OF Madison

Personally appeared before me, the undersigned authority, Cliff P. Stewart, CPA, who, after being first duly sworn, stated as follows:

1. My name is Cliff P. Stewart. I am a Certified Public Accountant and a Member of Watkins, Ward and Stafford, PLLC ("WWS"), with offices at 105 West Washington Street, Suite A1, Ridgeland, Mississippi 39157.

2. I submit this Supplemental Affidavit in support of the Debtor's Application to Employ WWS as accountant in this Chapter 11 case and to supplement the disclosures previously made in connection with that Application.

3. As of the commencement of this Chapter 11 case, WWS had no outstanding accounts receivable owed by High Street Hotel Group LLC.

4. WWS presently has approximately $330.00 in unbilled work-in-process attributable to services performed before the filing of the bankruptcy case, consisting primarily of my review of documents relating to the proposed employment.

5. WWS hereby irrevocably waives any right to payment of the approximately $330.00 in prepetition work-in-process and will not seek allowance or payment of that amount from the Debtor, the bankruptcy estate, or any other estate property. WWS therefore does not assert a prepetition claim against the Debtor based upon that work.

6. For post-petition services performed pursuant to any order approving WWS's employment, WWS's current hourly rates are $375.00 per hour for my services and $185.00 per hour for staff services.

7. WWS understands that its compensation and reimbursement of expenses are subject to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable Local Rules, and further order of this Court, including review and allowance under 11 U.S.C. §§ 330 and 331, as applicable.

8. Except as supplemented herein, the disclosures contained in my prior verified statement submitted in connection with WWS's proposed employment remain true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.

[signature], CPA
CLIFF P. STEWART, CPA

SWORN TO AND SUBSCRIBED before me on this the 26th day of August, 2026.

[signature]
NOTARY PUBLIC
My Commission Expires: ______

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 336090
CATHERINE C. CONN
Commission Expires Sept. 28, 2026
MADISON COUNTY