**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP LLC,** **CASE NO. 26-01916-JAW**
**Debtor** **CHAPTER 11**

# AGREED ORDER AUTHORIZING EMPLOYMENT OF WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION

THIS MATTER came before the Court on the Debtor's Application to Employ Watkins, Ward and Stafford, PLLC ("WWS") as accountant [Dkt. #42], the United States Trustee's Objection [Dkt. #51], the United States Trustee's Amended Objection [Dkt. # 52], the Debtor's Response and Supplemental Affidavit of Cliff P. Stewart, CPA [Dkt. #54], and the Debtor's Amended Response and Supplemental Affidavit of Cliff P. Stewart, CPA [Dkt#55]. The Court finds that the supplemental disclosures and waiver resolve the issues raised by the United States Trustee.

1. The United States Trustee's Objection [Dkt. #52] is resolved by agreement. WWS has disclosed that it had no outstanding accounts receivable owed by the Debtor as of the Petition Date; that the $3,352.76 amount reflected on Schedule E/F is not asserted by WWS as an amount due; that approximately $330.00 in unbilled prepetition work-in-process existed; and that WWS irrevocably waives any right to payment of that prepetition work and asserts no prepetition claim against the Debtor or the estate.

2. WWS has disclosed current hourly rates of $375.00 per hour for Cliff P. Stewart, CPA, and $185.00 per hour for staff services. This Order authorizes employment only and does not

approve compensation. Compensation and reimbursement of expenses remain subject to application, review, and allowance under 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, applicable Local Rules, and further order of this Court.

3. The Application [Dkt. #42] is GRANTED. High Street Hotel Group LLC is authorized to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant to provide the accounting and tax services described in the Application.

**##END OF ORDER##**

**Approved and Agreed to:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
**THE ROLLINS LAW FIRM, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

/s/ Abigail M. Marbury
Abigail M. Marbury (MSB #99626)
**ASSISTANT U.S. TRUSTEE**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE,
REGION 5
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov