United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01916-JAW
High Street Hotel Group, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | High Street Hotel Group, LLC, 600 Steed Rd, Ridgeland, MS 39157-9482 |
| acc | + | Watkins, Ward and Stafford, PLLC, Cliff P. Stewart, CPA, 105 West Washington Street, Suite A1, Ridgeland, MS 39157-2416 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Chad J. Hammons | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC chammons@joneswalker.com, mgreen@joneswalker.com;chad-hammons-2384@ecf.pacerpro.com |
| Michael A Shaw | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC tshaw@joneswalker.com, mhocutt@joneswalker.com;miamiservice@joneswalker.com;sdrobny@joneswalker.com;tony-shaw-6809@ecf.pacerpro.com |
| Stephen P. Drobny | on behalf of Creditor RSS BBCMS2017-C1-MS HSH LLC sdrobny@joneswalker.com |
| Sylvie Derdeyn Robinson | on behalf of Creditor MISSISSIPPI DEPARTMENT OF REVENUE bankruptcy.attorney@dor.ms.gov |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession High Street Hotel Group LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP LLC,** **CASE NO. 26-01916-JAW**
**Debtor** **CHAPTER 11**

**AGREED ORDER AUTHORIZING EMPLOYMENT OF WATKINS, WARD AND STAFFORD, PLLC AS ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

THIS MATTER came before the Court on the Debtor's Application to Employ Watkins, Ward and Stafford, PLLC ("WWS") as accountant [Dkt. #42], the United States Trustee's Objection [Dkt. #51], the United States Trustee's Amended Objection [Dkt. # 52], the Debtor's Response and Supplemental Affidavit of Cliff P. Stewart, CPA [Dkt. #54], and the Debtor's Amended Response and Supplemental Affidavit of Cliff P. Stewart, CPA [Dkt#55]. The Court finds that the supplemental disclosures and waiver resolve the issues raised by the United States Trustee.

1. The United States Trustee's Objection [Dkt. #52] is resolved by agreement. WWS has disclosed that it had no outstanding accounts receivable owed by the Debtor as of the Petition Date; that the $3,352.76 amount reflected on Schedule E/F is not asserted by WWS as an amount due; that approximately $330.00 in unbilled prepetition work-in-process existed; and that WWS irrevocably waives any right to payment of that prepetition work and asserts no prepetition claim against the Debtor or the estate.

2. WWS has disclosed current hourly rates of $375.00 per hour for Cliff P. Stewart, CPA, and $185.00 per hour for staff services. This Order authorizes employment only and does not

approve compensation. Compensation and reimbursement of expenses remain subject to application, review, and allowance under 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, applicable Local Rules, and further order of this Court.

3. The Application [Dkt. #42] is GRANTED. High Street Hotel Group LLC is authorized to employ Watkins, Ward and Stafford, PLLC, through Cliff P. Stewart, CPA, as accountant to provide the accounting and tax services described in the Application.

**##END OF ORDER##**

**Approved and Agreed to:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
**THE ROLLINS LAW FIRM, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

/s/ Abigail M. Marbury
Abigail M. Marbury (MSB #99626)
**ASSISTANT U.S. TRUSTEE**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE,
REGION 5
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov