**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,**
**Debtor.**

**CASE NO. 26-01916-JAW**
**CHAPTER 11**

# MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A PLAN AND OBTAIN ACCEPTANCES

High Street Hotel Group, LLC (the "Debtor"), as debtor-in-possession, moves under 11 U.S.C. § 1121(d) to extend its exclusive periods to file a Chapter 11 plan and obtain acceptances by four months. In support, the Debtor states:

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. The Debtor filed its voluntary Chapter 11 petition on July 15, 2026, and continues to operate its hotel as debtor-in-possession.

3. Under 11 U.S.C. § 1121(b) and (c), the Debtor's initial exclusive period to file a plan expires November 12, 2026, and its initial exclusive period to obtain acceptances expires January 11, 2027.

4. The Debtor requests that these periods be extended by four calendar months, through March 12, 2027, to file a plan, and through May 11, 2027, to obtain acceptances.

5. The Debtor is working with its secured lender, RSS BBCMS2017-C1 – MS HSH, LLC, to prepare a motion to sell the hotel. The proposed sale's terms and anticipated proceeds will materially affect the structure and treatment of claims under the Debtor's plan.

6. Cause exists for the extensions because additional time will allow the Debtor to advance the sale process with the lender and formulate a plan informed by that process. The requested extensions will promote efficient administration and avoid the expense of preparing and revising a plan before the sale's material terms are sufficiently developed.

7. This request is made before expiration of the existing statutory periods, and the requested dates are within the limits imposed by 11 U.S.C. § 1121(d)(2).

WHEREFORE, the Debtor requests entry of an order extending its exclusive period to file a Chapter 11 plan through March 12, 2027, and its exclusive period to obtain acceptances of the plan through May 11, 2027, and granting such other relief as is appropriate.

Respectfully submitted,
HIGH STREET HOTEL GROUP, LLC,
Debtor-in-Possession

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.