**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,** **CASE NO. 26-01916-JAW**
**Debtor.** **CHAPTER 11**

---

**ORDER EXTENDING EXCLUSIVE PERIODS**
**TO FILE A PLAN AND OBTAIN ACCEPTANCES**

---

Upon consideration of the Debtor's motion, the Court finds sufficient notice and cause for the requested extensions under 11 U.S.C. § 1121(d). It is therefore ORDERED:

1. The Motion is APPROVED.

2. The Debtor's exclusive period to file a Chapter 11 plan is extended through March 12, 2027, and its exclusive period to obtain acceptances under 11 U.S.C. § 1121(c)(3) is extended through May 11, 2027.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor