**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,** **CASE NO. 26-01916-JAW**
**Debtor.** **CHAPTER 11**

**NOTICE**

The undersigned counsel for Debtor has filed papers with the requesting an extension of the exclusivity period to file a Plan and obtain acceptances.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief, which shall grant this extension of the exclusivity period to file a Plan and obtain acceptances.

Date: October 22, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,** **CASE NO. 26-01916-JAW**
**Debtor.** **CHAPTER 11**

# MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A PLAN AND OBTAIN ACCEPTANCES

High Street Hotel Group, LLC (the "Debtor"), as debtor-in-possession, moves under 11 U.S.C. § 1121(d) to extend its exclusive periods to file a Chapter 11 plan and obtain acceptances by four months. In support, the Debtor states:

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. The Debtor filed its voluntary Chapter 11 petition on July 15, 2026, and continues to operate its hotel as debtor-in-possession.

3. Under 11 U.S.C. § 1121(b) and (c), the Debtor's initial exclusive period to file a plan expires November 12, 2026, and its initial exclusive period to obtain acceptances expires January 11, 2027.

4. The Debtor requests that these periods be extended by four calendar months, through March 12, 2027, to file a plan, and through May 11, 2027, to obtain acceptances.

5. The Debtor is working with its secured lender, RSS BBCMS2017-C1 – MS HSH, LLC, to prepare a motion to sell the hotel. The proposed sale's terms and anticipated proceeds will materially affect the structure and treatment of claims under the Debtor's plan.

6. Cause exists for the extensions because additional time will allow the Debtor to advance the sale process with the lender and formulate a plan informed by that process. The requested extensions will promote efficient administration and avoid the expense of preparing and revising a plan before the sale's material terms are sufficiently developed.

7. This request is made before expiration of the existing statutory periods, and the requested dates are within the limits imposed by 11 U.S.C. § 1121(d)(2).

WHEREFORE, the Debtor requests entry of an order extending its exclusive period to file a Chapter 11 plan through March 12, 2027, and its exclusive period to obtain acceptances of the plan through May 11, 2027, and granting such other relief as is appropriate.

Respectfully submitted,
HIGH STREET HOTEL GROUP, LLC,
Debtor-in-Possession

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 10/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Extend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 10/22/2026, a copy of the following documents, described below,

Notice and Motion to Extend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

HIGH STREET HOTEL GROUP LLC
600 STEED RD
RIDGELAND MS 39157-9482

MISSISSIPPI DEPARTMENT OF REVENUE
SYLVIE D ROBINSON
P O BOX 22808
JACKSON MS 39225-2808

RSS BBCMS2017C1MS HSH LLC
CO JONES WALKER LLP
11 N WATER ST STE 1200
MOBILE AL 36602-3809

ACC BUSINESS
PO BOX 5019
CAROL STREAM IL 60197-5019

AIS TRUST ACCOUNT
ALLIANT
PO BOX 744912
LOS ANGELES CA 90074-4912

ATT
PO BOX 5019
CAROL STREAM IL 60197-5019

AIRE MASTER OF MID MS
141 GREEN GLADES
RIDGELAND MS 39157-8661

AMERICAN QUICK FOODS
PO BOX 7188
OVERLAND PARK KS 66207-0188

ATIS ELEVATOR INSPECTI
PO BOX 790379
SAINT LOUIS MO 63179-0379

ATMOS ENERGY CORP
PO BOX 650205
DALLAS TX 75265-0205

ATMOS ENERGY CORPORATION
ATTN BANKRUPTCY GROUP
PO BOX 650205
DALLAS TX 75265-0205

BOOKINGCOM
5295 PAYSPHERE CIR
CHICAGO IL 60674-5295

BUFORD PLUMBING CO
PO BOX 8601
JACKSON MS 39284-8601

CENTIMARK CORPORATION
12 GRANDVIEW CIRCLE
CANONSBURG PA 15317-8533

CHAD J HAMMONS ESQ
JONES WALKER LLP
ATTY FOR RSS BBCMS2017-C1-MS HSH LLC
3100 NORTH STATE STREET SUITE 300
JACKSON MS 39216-4013

CITY OF JACKSON
PO BOX 23092
JACKSON MS 39225-3092

CITY OF JACKSON WATER
PO BOX 23092
JACKSON MS 39225-3092

DESAI COMPANIES LLC
600 STEED RD
RIDGELAND MS 39157-9482

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND MS 39157-9482

ENTERGY MISSISSIPPI
PO BOX 8105
BATON ROUGE LA 70891-8105

FIRST RATE LAUNDRY SYS
580 BEVILL DR
FLORENCE MS 39073-9182

FISHER FIRE
PO BOX 3364
JACKSON MS 39207-3364

GENERAL PARTS LLC
MI10
PO BOX 9201
MINNEAPOLIS MN 55480-9201

GREATER JACKSON CHAMBE
PO BOX 22548
JACKSON MS 39225-2548

GUEST SUPPLY LLC
PO BOX 6771
SOMERSET NJ 08875-6771

HD SUPPLY FACILITIES
PO BOX 604233
CHARLOTTE NC 28260-4233

HELMS BRISCOE
PO BOX 208976
DALLAS TX 75320-8976

HEWLETT PACKARD FINANC
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS NJ 07922-2816

HINDS CO TAX COLLECTOR
PO BOX 1727
JACKSON MS 39215-1727

HINDS COUNTY TAX COLLECTOR
316 SOUTH PRESIDENT STREET
JACKSON MS 39201-4801

IHG HOTELS RESORTS
3 RAVINIA DR STE 100
ATLANTA GA 30346-2121

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
CO US ATTORNEY
501 E COURT ST STE 4430
JACKSON MS 39201-5025

INTERCONTINENTAL HOTEL
3 RAVINIA DR
STE 100
ATLANTA GA 30346-2121

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JANE DOE (TLM)
CO THE WATSON LAW FIRM
1501 JACKSON AVE W
STE 113 PMB 101
OXFORD MS 38655-2566

JOHNSON CONTROLS
DEPT CH 10320
PALATINE IL 60055-0320

JONES WALKER
11 N WATER ST
STE 1200
MOBILE AL 36602-3809

M3 ACCOUNTING SVCS
PO BOX 96539
CHARLOTTE NC 28296-0539

MS ATTORNEY GENERAL
550 HIGH STREET
JACKSON MS 39201-1111

MS DEPT OF HEALTH
PO BOX 1700
JACKSON MS 39215-1700

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MVM TECHNOLOGY
27 WILLIAM ST
SAYREVILLE NJ 08872-1144

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN TN 37816-1211

MICHAEL ANTHONY SHAW ESQ
JONES WALKER LLP
COUNSEL FOR RSS BBCMS2017-C1-MS HSH LLC
11 N WATER ST STE 1200
MOBILE AL 36602-3809

MIDSOUTH ELEVATOR
240 HIGHPOINT DR
RIDGELAND MS 39157-6019

NATIONAL HOTELMOTEL
40087 MISSION BLVD
STE 241
FREMONT CA 94539-3680

NEW HORIZON COMMUNICAT
200 BARKER AVE
STE 300
CONCORD MA 01742-2178

OPTIONS TRAVEL SERVICE
135 RANHURST VILLAGE D
MOUNT PROSPECT IL 60056-1147

ORKIN
5700 CITRUS BLVD
STE E-2
JEFFERSON LA 70123-5813

RFID HOTEL
PO BOX 748535
ATLANTA GA 30374-8535

REPUBLIC SERVICES
PO BOX 677156
DALLAS TX 75267-7156

RIALTO CAPITAL ADVISOR
200 S BISCAYNE BLVD
STE 3550
MIAMI FL 33131-2379

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND MS 39157-9482

ROYAL CUP
PO BOX 841000
DALLAS TX 75284-1000

RYAN LLC
PO BOX 848351
DALLAS TX 75284-8351

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

SIB DEVELOPMENT CONS
PO BOX 736603
DALLAS TX 75373-6603

SICO HOELSCHER HARR
ATTN MEAGAN E HASSAN
819 N UPPER BROADWAY
CORPUS CHRISTI TX 78401-1909

STEPHEN P DROBNY ESQ
JONES WALKER LLP
FOR RSS BBCMS201-C1-MS HSH LLC
201 SOUTH BISCAYNE BLVD STE 3000
MIAMI FL 33131-4330

SUNNY DESAI
306 VINCE CV
MADISON MS 39110-6528

SYLVIE DERDEYN ROBINSON ESQ
ATTY FOR MS DEPT OF REVENUE
P O BOX 22828
JACKSON MS 39225-2828

SYSCO JACKSON LLC
PO BOX 2900
JACKSON MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA PA 19178-0593

TRAVELING TEAMS INC
PO BOX 771954
DETROIT MI 48277-1954

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

US ATTORNEY GENERAL
USDOJ
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

WATKINS WARD STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND MS 39157-2416