**EXHIBIT A — ITEMIZED CLIO INVOICE**

# INVOICE

Invoice # 9713
Date: 11/13/2026
Due On: 12/13/2026

ROLLINS LAW FIRM

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

High Street Hotel Group, LLC

## 06507-High Street Hotel Group, LLC

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 07/14/2026 | Review through provided documents, research MS Sec of State website for additional information to prepare petition. Prepare petition, add creditors to schedules. Prepare Corp Statement. | 1.00 | $360.00 | $360.00 |
| Service | TR | 07/14/2026 | Research and make notes for upcoming client meeting regarding 1111(b) concerns, absolute priority rule and risk of conversion to chapter 7, plan strategies | 0.80 | $425.00 | $340.00 |
| Service | KR | 07/14/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the Fee Agreement to review and sign | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/14/2026 | Reviewed signed copy of the Fee Agreement from debtor; drafted email memo to TR re: signed Fee Agreement | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/15/2026 | Review and determine vendors that need to be listed on schedules | 0.70 | $360.00 | $252.00 |
| Service | TR | 07/15/2026 | Draft Corporate Resolution authorizing bankruptcy | 0.60 | $425.00 | $255.00 |
| Service | TR | 07/15/2026 | Draft Application to Employ, Proposed Order, Verified Statement | 0.90 | $425.00 | $382.50 |
| Service | JAC | 07/15/2026 | make updates to petition & Equity Holders per notes from TR | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/15/2026 | Meeting w/ client to discuss case and | 0.70 | $425.00 | $297.50 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | strategy, review skeletal petition and supporting documents | | | |
| Service | TR | 07/15/2026 | email Tony Shaw re: stopping foreclosure | 0.10 | $425.00 | $42.50 |
| Service | JAC | 07/15/2026 | Review: 26-01916-JAW Order (Generic) Document# 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/15/2026 | Draft Cash Collateral Motion | 2.30 | $425.00 | $977.50 |
| Service | TR | 07/16/2026 | Draft Motion for Expedited Hearing and Proposed Order | 0.90 | $425.00 | $382.50 |
| Service | TR | 07/16/2026 | Email w/ client re: DIP account and Tax Order | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/16/2026 | Email w/ UST re: letter to bank re: DIP | 0.10 | $425.00 | $42.50 |
| Service | KR | 07/16/2026 | Reviewed the Application to Employ and drafted 21 day Notice | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/16/2026 | Call w/ Tony Shaw re: Cash Collateral | 0.10 | $425.00 | $42.50 |
| Service | JAC | 07/16/2026 | Review: 26-01916-JAW Order on Motion to Expedite Hearing Document# 13 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/17/2026 | Email w/ client regarding documents needed for IDI hearing | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Email w/ Abby regarding background of the case | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/17/2026 | Call w/ client re: upcoming cash collateral hearing | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Email w/ client and OC re: budget | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Email Benny Taylor re: auction proposal | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Email w/ Sylvie re: cash collateral hearing | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/17/2026 | Call w/ client to discuss adequate protection settlement | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Email w/ OC (Stephen) re: cash collateral and adequate protection issues | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/17/2026 | Email w/ OC and text with client re: cash collateral settlement | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/17/2026 | Call w/ client to discuss settlement proposal | 0.20 | $425.00 | $85.00 |

# EXHIBIT A — ITEMIZED CLIO INVOICE



| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/19/2026 | Review revised operating budget provided by client; forward budget to lender's counsel. | 0.40 | $425.00 | $170.00 |
| Service | TR | 07/19/2026 | Prepare for cash collateral hearing, including reviewing and determining exhibits, preparing proffer and examination questions | 2.10 | $425.00 | $892.50 |
| Service | TR | 07/20/2026 | Draft proposed agreed order on interim cash collateral | 0.90 | $425.00 | $382.50 |
| Service | TR | 07/20/2026 | Review insurance and payroll documents provided by client for cash-collateral proceedings. | 0.40 | $425.00 | $170.00 |
| Service | TR | 07/20/2026 | Drive to Court | 0.30 | $212.50 | $63.75 |
| Service | TR | 07/20/2026 | Meet with client and OCs prior to hearing | 0.50 | $425.00 | $212.50 |
| Service | TR | 07/20/2026 | Attend Cash Collateral Hearing | 0.50 | $425.00 | $212.50 |
| Service | TR | 07/20/2026 | Drive from Court back to office | 0.30 | $212.50 | $63.75 |
| Service | TR | 07/20/2026 | Draft proposed agreed order to incorporate items from hearing, and add'l language from counsel | 0.80 | $425.00 | $340.00 |
| Service | TR | 07/21/2026 | Incorporate Stephens revisions to AO | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/21/2026 | Incorporate Sylvie's revisions into AO | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/21/2026 | Message w/ client re: transfer of funds so that insurance can be paid | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/21/2026 | Correspond with client regarding payment of property-insurance premium and available payment arrangements. | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/21/2026 | Correspond with Abigail Marbury and client's team concerning U.S. Trustee's insurance questions for proposed cash-collateral order. | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/21/2026 | Call w/ Stephen and Tony re: auction vs restructuring deal and options moving forward | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/21/2026 | Email w/ Stephen re: insurance | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/22/2026 | Correspond with lender's counsel Stephen Drobny regarding transfer of funds for hotel operations. | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/23/2026 | Correspond with lender's counsel Stephen Drobny regarding transfer of | 0.10 | $425.00 | $42.50 |

# EXHIBIT A — ITEMIZED CLIO INVOICE



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | funds for hotel operations. | | | |
| Service | TR | 07/23/2026 | Email w/ Abby Marbury about debit freeze on DIP account | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/23/2026 | Call w/ Sunny re: wire issues, DIP account issues, running payroll | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/23/2026 | Email w/ client and then Abby and Stephen re: DIP account move to Regions | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/23/2026 | Correspond with Stephen Drobny concerning whether lender may fund hotel payroll directly. | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/24/2026 | Review insurance documents provided by Debtor; revise insurance provision in proposed cash-collateral order. | 0.40 | $425.00 | $170.00 |
| Service | TR | 07/24/2026 | Email w/ Abby re: revised cash collateral order | 0.20 | $425.00 | $85.00 |
| Service | GM | 07/24/2026 | Incoming Call: Phone conference with owner from First Rate Laundry Systems regarding the debtor’s bankruptcy filing and its effect on their claim. Drafted email to T.C. summarizing the inquiry and requesting follow-up with the creditor. | 0.20 | $100.00 | $20.00 |
| Service | TR | 07/24/2026 | Email w/ Stephen re: payroll | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/24/2026 | Correspond with counsel regarding approval of revised cash-collateral order. | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/24/2026 | Email w/ Sylvia re: cash collateral order | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/24/2026 | Correspond with Debtor and Stephen Drobny regarding Form W-9 required to release operating funds. | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/24/2026 | More emails w/ Sylvie re: tax language in cash collateral order | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/27/2026 | Email w/ client and UST office re: IDI documents | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/27/2026 | Message w/ debtor staff re: payroll and IDI documents | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/27/2026 | Correspond with Stephen Drobny and client regarding Form W-9 required to release operating funds. | 0.20 | $425.00 | $85.00 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/28/2026 | Email w/ Stephen and message w/ client re: payroll wire | 0.20 | $425.00 | $85.00 |
| Service | TR | 07/28/2026 | Review IDI form and supporting documents sent by debtor - made revisions to form | 0.50 | $425.00 | $212.50 |
| Service | TR | 07/28/2026 | Email w/ Rick Dye re: M to Lift for litigation | 0.10 | $425.00 | $42.50 |
| Service | JAC | 07/28/2026 | Review: 26-01916-JAW Order Setting, Resetting, or Continuing a Hearing. Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/28/2026 | Call w/ Stephen re: Wells Fargo issues | 0.10 | $425.00 | $42.50 |
| Service | TR | 07/29/2026 | Attend IDI | 0.70 | $425.00 | $297.50 |
| Service | TR | 07/29/2026 | Meeting w/ client after IDI to discuss schedules and needed items after IDI | 0.30 | $425.00 | $127.50 |
| Service | TR | 07/30/2026 | Email w/ Stephen and message w/ client re: status of wires | 0.20 | $425.00 | $85.00 |
| Service | JAC | 07/30/2026 | Review: 26-01916-JAW Order on Motion to Extend Deadline to File Schedules Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/01/2026 | Review initial-debtor-interview materials, photographs, appraisals, and other documents provided by Debtor for preparation of schedules. | 1.50 | $425.00 | $637.50 |
| Service | TR | 08/01/2026 | Email w/ client re: status of trustee requests and items still needed | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/01/2026 | Email w/ client re: Taylor Auction proposal and presentation to the bank | 0.20 | $425.00 | $85.00 |
| Service | JAC | 08/03/2026 | review documents submitted by debtors, added information to schedules and SOFA. Researched lawsuit against ∆ on PACER, added to list of debts. | 1.00 | $360.00 | $360.00 |
| Service | TR | 08/03/2026 | Call w/ client and IHG counsel to go over Franchise fees, retention of Flag and Cash Collateral Language | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/03/2026 | Review documents for Statement of Financial Affairs information; update schedules; correspond with client regarding additional information needed. | 0.50 | $425.00 | $212.50 |
| Service | JAC | 08/04/2026 | review email from TR re: adding information to schedules. Updated | 0.10 | $360.00 | $36.00 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | SOFA. Emailed back with add'l questions | | | |
| Service | JAC | 08/06/2026 | Reviewed email from TR with payments made in the last 90 days prior to case filed. Added all amounts by vendor, listed on SOFA | 0.30 | $360.00 | $108.00 |
| Service | JAC | 08/07/2026 | add values to assets on B | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/07/2026 | Meeting w/ client to review schedules in detail | 1.80 | $425.00 | $765.00 |
| Service | JAC | 08/07/2026 | review & update schedules based on in-office appt notes with TR | 0.70 | $360.00 | $252.00 |
| Service | TR | 08/07/2026 | Research § 327/Rule 2014 requirements; draft Application to Employ CPA, Notice of Application, Rule 2014 verified statement, and proposed order for employment of Cliff P. Stewart, CPA / Watkins, Ward and Stafford, PLLC; revise scope of accounting, tax, and bankruptcy reporting services and compensation/ disclosure provisions. | 1.10 | $425.00 | $467.50 |
| Service | TR | 08/07/2026 | Final review of schedules | 0.50 | $425.00 | $212.50 |
| Service | TR | 08/07/2026 | Email w/ Stephen and Tony re: Auction proposal | 0.10 | $425.00 | $42.50 |
| Service | TR | 08/07/2026 | Email w/ Entergy re: adequate protection | 0.20 | $425.00 | $85.00 |
| Service | JAC | 08/10/2026 | draft notice of added creds for ch 11 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/12/2026 | Check docket and respond to email from Rick Dye re: MFR to pursue litigation | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/12/2026 | Correspond with Stephen Drobny regarding cash collateral and conference with client representatives concerning auction proposal. | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/13/2026 | Review interim cash collateral order and operating budget; analyze budget requirements and structure for final cash collateral relief, including duration, normalized monthly budget versus rolling forecast, variance authority, and continued use of cash collateral; correspondence with lender's counsel regarding updated budget. | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/13/2026 | Review: 26-01916-JAW Order on | 0.10 | $425.00 | $42.50 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Application to Employ Document# 38 | | | |
| Service | TR | 08/13/2026 | Review lender's requested revisions concerning final cash collateral budget and order; analyze budget requirements and lender concerns regarding room expenses; prepare client correspondence with instructions for revised normalized monthly operating budget, including revenue, ordinary operating expenses, maintenance, adequate protection payment, and comparison to 2025 operating expenses. | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/14/2026 | Email w/ client and lawyers re: meeting to discuss auction | 0.10 | $425.00 | $42.50 |
| Service | TR | 08/16/2026 | Review and revise proposed final cash-collateral order concerning lender's debt stipulation and reservation of rights, IHG postpetition franchise fees, Entergy adequate-assurance demand, MDOR trust-fund-tax protections, operating budget, and adequate protection; correspond with lender's counsel regarding proposed order. | 0.70 | $425.00 | $297.50 |
| Service | TR | 08/17/2026 | Email w/ client and Stephen re: meeting to discuss auction - also discussed budget | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/18/2026 | Review and revise agreed interim cash-collateral order to incorporate negotiated provisions concerning lender indebtedness, IHG franchise fees, Entergy adequate assurance, and MDOR trust-fund taxes; restore interim budget and continue final hearing to September 9, 2026. | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/18/2026 | Email w/ Stephen about possibly needing an interim order for now | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/18/2026 | Email w/ Stephen re: budget | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/18/2026 | Review lender's redline to second interim cash collateral order, including proposed debt stipulation and challenge-period provisions; analyze effect of deemed stipulation to asserted indebtedness and preservation of Debtor and other parties' rights; prepare response to lender's counsel proposing stipulation to principal balance while reserving | 0.30 | $425.00 | $127.50 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | challenges to interest, default interest, fees, yield maintenance, and other charges. | | | |
| Service | TR | 08/19/2026 | Attend Cash Collateral Hearing | 0.50 | $425.00 | $212.50 |
| Service | TR | 08/19/2026 | Meet with OC after Cash Collateral Hearing | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/19/2026 | Meet w/ client after meeting w/ OC | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/19/2026 | Travel to and from Court | 0.50 | $212.50 | $106.25 |
| Service | TR | 08/19/2026 | Analyze Entergy adequate-assurance demand and account calculations in preparation for negotiation regarding requested utility deposit; evaluate potential compromise amount and protections in light of concerns raised by Court, U.S. Trustee, and secured creditor; telephone Entergy counsel and leave voicemail requesting return call to discuss negotiated resolution. | 0.40 | $425.00 | $170.00 |
| Service | TR | 08/24/2026 | Attend meeting of creditors under 11 U.S.C. § 341. | 2.00 | $425.00 | $850.00 |
| Service | TR | 08/24/2026 | Meet w/ client accounting team regarding MORs and other needed info re: budget | 0.50 | $425.00 | $212.50 |
| Service | TR | 08/24/2026 | Review and sign ore tenus order from UST | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/25/2026 | Email w/ CPA and UST re: application to employ CPA - rates, pre-petition amounts and fee agreement | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/25/2026 | Review final budget submitted by client | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/25/2026 | Phone Call w/ Entergy re: Adequate Assurance Payment | 0.20 | $425.00 | $85.00 |
| Service | TR | 08/25/2026 | Email w/ Abby and Stephen re: adequate assurance payment | 0.10 | $425.00 | $42.50 |
| Service | TR | 08/26/2026 | Review accountant's supplemental disclosures and U.S. Trustee's requested employment conditions; draft supplemental affidavit concerning prepetition work-in-progress waiver, accounts receivable, hourly rates, and engagement status. | 0.30 | $425.00 | $127.50 |
| Service | TR | 08/26/2026 | Review and analyze creditor's proposed § 363 sale process and sample bidding procedures; analyze | 0.80 | $425.00 | $340.00 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | lender's potential § 363(k) credit-bid rights and related claim/collateral issues; confer regarding strategy for obtaining payoff, lien, collateral, escrow/reserve, and appraisal information; draft correspondence to lender requesting supporting documentation and addressing potential credit bid/release price. | | | |
| Service | TR | 08/26/2026 | Review Chapter 11 reporting and insurance requirements, Entergy payment arrangements, monthly operating report, and declaration of account closings; correspond with client regarding required documents and compliance. | 0.30 | $425.00 | $127.50 |
| Service | TR | 09/01/2026 | Review client inquiry regarding reconciliation of cash management account and requested proof of $33,516.35 payment; review cash collateral payment structure and clarify treatment of initial adequate-protection payment versus subsequent monthly payments; prepare response to client. | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/01/2026 | Prepare correspondence to lender's counsel requesting complete cash management account transaction history, including transfers, amounts retained or applied by Rialto, adequate-protection payment, and disposition of remaining account balance. | 0.10 | $425.00 | $42.50 |
| Service | TR | 09/01/2026 | Review and finalize Monthly Operating Report for client signature | 0.30 | $425.00 | $127.50 |
| Service | TR | 09/01/2026 | Review mail from Rialto and draft email to client re: updated financials to date | 0.10 | $425.00 | $42.50 |
| Service | TR | 09/02/2026 | Review Debtor's supporting financial documents for July 2026 Monthly Operating Report, including operating statement, balance sheet, accounts receivable aging, merchant activity, bank statements, and account reconciliations; identify discrepancies and items requiring clarification or correction before filing. | 0.40 | $425.00 | $170.00 |
| Service | TR | 09/03/2026 | Follow up email to client re: UST proof of insurance and financials needed for lender | 0.10 | $425.00 | $42.50 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/03/2026 | Review U.S. Trustee's objection to application to employ accountant (Dkt. 51). | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/03/2026 | Review supplemental affidavit and correspondence regarding accountant's prepetition claim waiver and hourly rates (0.1); draft response to U.S. Trustee's objection (0.2); draft and revise proposed agreed employment order (0.2); correspond with Abigail Marbury concerning resolution and agreed order (0.1). | 0.60 | $425.00 | $255.00 |
| Service | KR | 09/03/2026 | Phone conference with TR re: response; drafted revised response and prepared for filing; phone conference with bankruptcy court; reviewed emails from the US Trustee; revised agreed order; drafted email to the US Trustee with the revised agreed order | 0.30 | $155.00 | $46.50 |
| Service | TR | 09/03/2026 | Call w/ Stephen Drobny re: cash collateral hearing | 0.10 | $425.00 | $42.50 |
| Service | TR | 09/08/2026 | Call w/ Stephen Drobny re: budget - cash collateral | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/08/2026 | Call w/ Stephen Drobny re: Departmental budget | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/08/2026 | Call w/ Sunny Desai re: broker and budget changes | 0.30 | $425.00 | $127.50 |
| Service | TR | 09/08/2026 | Email w CFO re: budget | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/09/2026 | Revise cash collateral order to provide final authority, remove interim expiration and continued-hearing provisions, and incorporate updated Exhibit A. | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/09/2026 | Draft provision establishing departmental-expense limits of $527,406 annually and $43,950.50 monthly, controlling over inconsistent amounts in the attached budget. | 0.10 | $425.00 | $42.50 |
| Service | TR | 09/09/2026 | Correspond with lender's counsel Stephen Drobny regarding proposed final cash collateral order and budget terms. | 0.10 | $425.00 | $42.50 |
| Service | TR | 09/09/2026 | Correspond separately with IHG representative regarding proposed final cash collateral order. | 0.10 | $425.00 | $42.50 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/09/2026 | Travel to and from court; one-half allocated to this matter. | 0.20 | $212.50 | $42.50 |
| Service | TR | 09/09/2026 | Confer with opposing counsel and telephone client to obtain authority concerning cash-collateral terms before hearing. | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/09/2026 | Attend final cash-collateral hearing. | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/09/2026 | Revise cash collateral order to add creditor provisions | 0.30 | $425.00 | $127.50 |
| Service | TR | 09/10/2026 | Emails and texts w/ OC and client re: Adequate Protection payments | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/11/2026 | Email w/ client and Stephen re: proposed broker | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/11/2026 | Email w/ franchisor and client re: franchise fees | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/12/2026 | Analyze and reconcile cash-management activity, including July disbursements, payroll funding, adequate-protection holdback, August sweep, Trimont fees, suspense accounting, and September return. | 0.70 | $425.00 | $297.50 |
| Service | TR | 09/12/2026 | Prepare client correspondence explaining cash reconciliation and compile supporting bank and servicing records. | 0.40 | $425.00 | $170.00 |
| Service | TR | 09/17/2026 | Email w/ client and Stephen re: broker | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/17/2026 | Reviewed client correspondence concerning proposed prepetition vendor payments; analyzed vendor-specific criticality, utility and contract issues; researched applicable Fifth Circuit and Mississippi critical-vendor standards; reviewed cash-collateral restrictions; and drafted client correspondence identifying recommended next steps and necessary supporting information. | 0.70 | $425.00 | $297.50 |
| Service | TR | 09/17/2026 | Email w/ client and OC re: Broker Valuation timing | 0.10 | $425.00 | $42.50 |
| Service | KR | 09/28/2026 | Review email from debtor: Reviewed email from debtor with the August Monthly Operating Report and supporting documents; reviewed all financial supporting documents; drafted email memo to TR re: review Operating Report | 0.20 | $155.00 | $31.00 |

**EXHIBIT A — ITEMIZED CLIO INVOICE**



| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/28/2026 | Call w/ broker to discuss option to reduce commission if credit bid wins | 0.20 | $425.00 | $85.00 |
| Service | TR | 09/28/2026 | Draft email to lender re: offer for broker's commission on credit bid | 0.20 | $425.00 | $85.00 |
| Service | TR | 10/08/2026 | Call w/ client re: status of broker agreement w/ lender | 0.20 | $425.00 | $85.00 |
| Service | TR | 10/14/2026 | Review client correspondence and supporting invoices concerning outstanding vendor obligations; analyze prepetition versus postpetition payment authority, cash-collateral restrictions, and potential critical-vendor relief | 0.80 | $425.00 | $340.00 |
| Service | TR | 10/14/2026 | Draft client response addressing payment restrictions, vendor priorities, corrective action concerning HP payment, and information needed to determine quarterly fees | 0.30 | $425.00 | $127.50 |
| Service | TR | 10/20/2026 | Confer with Stephen Drobny concerning proposed hotel-sale terms. | 0.30 | $425.00 | $127.50 |
| Service | TR | 10/20/2026 | Call w/ client to discuss sale terms, conversation w/ Stephen | 0.20 | $425.00 | $85.00 |
| Service | TR | 10/20/2026 | Analyze Chapter 11 exclusivity periods and calculate extended deadlines; draft motion and proposed order requesting four-month extensions based on ongoing sale efforts with secured lender | 0.60 | $425.00 | $255.00 |
| Service | KR | 10/22/2026 | Drafted Notice for Motion to Extend Time to File Plan | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/31/2026 | Review disbursements in July–September monthly operating reports; calculate third-quarter U.S. Trustee fee and verify payment procedures; draft client correspondence stating amount due and payment instructions. | 0.40 | $425.00 | $170.00 |
| Service | TR | 11/06/2026 | Email w/ Stephen and Sunny re: letter from IHG | 0.10 | $425.00 | $42.50 |
| Service | TR | 11/06/2026 | Review correspondence from secured lender's counsel concerning approval of proposed sale process and request for documentation regarding reassignment of IHG franchise flag. | 0.10 | $425.00 | $42.50 |
| Service | TR | 11/06/2026 | Review debtor principal's response | 0.10 | $425.00 | $42.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | identifying neighboring Best Western as recipient of replacement IHG license. | | | |
| Service | TR | 11/10/2026 | Review correspondence from debtor's finance director providing requested IHG documentation in connection with proposed hotel sale. | 0.10 | $425.00 | $42.50 |
| | | | | | **Services Subtotal** | **$22,355.25** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/15/2026 | Chapter 11 Filing Fee | 1.00 | $1,738.00 | $1,738.00 |
| Expense | 07/16/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $79.65 | $79.65 |
| Expense | 07/16/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $47.74 | $47.74 |
| Expense | 07/16/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $33.17 | $33.17 |
| Expense | 08/13/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $98.55 | $98.55 |
| Expense | 10/22/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $70.81 | $70.81 |
| | | | | **Expenses Subtotal** | **$2,067.92** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 4.8 | $360.00 | $1,728.00 |
| Thomas Rollins | Attorney | 47.4 | $425.00 | $20,145.00 |
| Thomas Rollins | Attorney | 1.3 | $212.50 | $276.25 |
| Grayson Morrison | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | **Subtotal** | **$24,423.17** |
| | | | **Total** | **$24,423.17** |

## Detailed Statement of Account

### Current Invoice

**EXHIBIT A — ITEMIZED CLIO INVOICE**

Invoice # 9713 - 11/13/2026

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 9713 | 12/13/2026 | $24,423.17 | $0.00 | $24,423.17 |
| | | | **Outstanding Balance** | **$24,423.17** |
| | | | **Total Amount Outstanding** | **$24,423.17** |