# EXHIBIT B — MAILING INVOICES



ROLLINS LAW FIRM

Kerri Rodabough <kerri@therollinsfirm.com>

## URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 26-01916 | NAME: HIGH STREET HOTEL GROUP LLC |TRACKING NUMBER: 7332457982

1 message

**Certificate of Service** <donotreply@bkattorneyservices3.com> Thu, Jul 16, 2026 at 11:50 AM
Reply-To: donotreply@bkattorneyservices3.com
To: trollins@therollinsfirm.com
Cc: kerri@therollinsfirm.com

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 26-01916
NAME: HIGH STREET HOTEL GROUP LLC
TRACKING NUMBER: 7332457982

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332457982

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $33.63
- Credits Applied: $0.00
= Printing: $33.63
+ Postage: $46.02
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 79.65

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
1795692203

USE THE BELOW LINES IN YOUR FEE APPLICATION
Printing Costs: 177 X .19 - 0 = 33.63

Postage Costs: 59 at the 1oz rate = 46.02

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 59 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.75
CANADA MAIL: 0 envelopes @ 1.75
MEXICO MAIL: 0 envelopes @ 1.75
CERTIFIED MAIL: 0 envelopes @ 10.98

# EXHIBIT B — MAILING INVOICES



TOTAL NUMBER OF ENVELOPES PRINTED: 59

Thank you for using Certificate of Service. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@certificateofservice.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

LINK TO YOUR CERTIFICATE ONLINE:
--------------------------------------------------------------------------------------------------------------------------------------------------------------------
Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332457982.pdf

Sincerely,

Mark Pfeifer
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

**COS High Street Hotel Group LLC Employ.pdf**
171K

**EXHIBIT B — MAILING INVOICES**



ROLLINS LAW FIRM

**Kerri Rodabough <kerri@therollinsfirm.com>**

---

# URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 26-01916 | NAME: HIGH STREET HOTEL GROUP LLC |TRACKING NUMBER: 7332458046

1 message

---

**Certificate of Service** <donotreply@bkattorneyservices3.com> Thu, Jul 16, 2026 at 12:29 PM
Reply-To: donotreply@bkattorneyservices3.com
To: trollins@therollinsfirm.com
Cc: kerri@therollinsfirm.com

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 26-01916
NAME: HIGH STREET HOTEL GROUP LLC
TRACKING NUMBER: 7332458046

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332458046

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $23.56
- Credits Applied: $0.00
= Printing: $23.56
+ Postage: $24.18
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 47.74

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
1795692203

USE THE BELOW LINES IN YOUR FEE APPLICATION
Printing Costs: 124 X .19 - 0 = 23.56

Postage Costs: 31 at the 1oz rate = 24.18

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 31 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.75
CANADA MAIL: 0 envelopes @ 1.75
MEXICO MAIL: 0 envelopes @ 1.75
CERTIFIED MAIL: 0 envelopes @ 10.98

**EXHIBIT B — MAILING INVOICES**



TOTAL NUMBER OF ENVELOPES PRINTED: 31

Thank you for using Certificate of Service. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@certificateofservice.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

LINK TO YOUR CERTIFICATE ONLINE:
----------------------------------------------------------------------------------------------------------------------------------------------------------------
-------
Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332458046.pdf

Sincerely,

Mark Pfeifer
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

---

**COS High Street Hotel .pdf**
166K

**EXHIBIT B — MAILING INVOICES**



ROLLINS LAW FIRM

**Kerri Rodabough <kerri@therollinsfirm.com>**

---

# URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 26-01916 | NAME: HIGH STREET HOTEL GROUP LLC |TRACKING NUMBER: 7332458221

1 message

---

**Certificate of Service** <donotreply@bkattorneyservices3.com> Thu, Jul 16, 2026 at 4:01 PM
Reply-To: donotreply@bkattorneyservices3.com
To: trollins@therollinsfirm.com
Cc: kerri@therollinsfirm.com

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 26-01916
NAME: HIGH STREET HOTEL GROUP LLC
TRACKING NUMBER: 7332458221

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332458221

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $8.99
- Credits Applied: $0.00
= Printing: $8.99
+ Postage: $24.18
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 33.17

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
1795692203

USE THE BELOW LINES IN YOUR FEE APPLICATION
Printing Costs: 31 X .29 - 0 = 8.99

Postage Costs: 31 at the 1oz rate = 24.18

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 31 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.75
CANADA MAIL: 0 envelopes @ 1.75
MEXICO MAIL: 0 envelopes @ 1.75
CERTIFIED MAIL: 0 envelopes @ 10.98

# EXHIBIT B — MAILING INVOICES



TOTAL NUMBER OF ENVELOPES PRINTED: 31

Thank you for using Certificate of Service. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

If you have any questions, please do not hesitate to ask by calling or emailing us at: helpdesk@certificateofservice.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

LINK TO YOUR CERTIFICATE ONLINE:
------------------------------------------------------------------------------------------------------------------------------------------------------------
-------
Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332458221.pdf

Sincerely,

Mark Pfeifer
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

**COS High Street Hotel Order.pdf**
166K

**EXHIBIT B — MAILING INVOICES**



ROLLINS LAW FIRM

**Kerri Rodabough <kerri@therollinsfirm.com>**

---

# URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 26-01916 | NAME: HIGH STREET HOTEL GROUP LLC |TRACKING NUMBER: 7332465720

1 message

---

**Certificate of Service** <donotreply@bkattorneyservices3.com> Thu, Aug 13, 2026 at 10:12 AM
Reply-To: donotreply@bkattorneyservices3.com
To: trollins@therollinsfirm.com
Cc: kerri@therollinsfirm.com

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 26-01916
NAME: HIGH STREET HOTEL GROUP LLC
TRACKING NUMBER: 7332465720

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332465720

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $41.61
- Credits Applied: $0.00
= Printing: $41.61
+ Postage: $56.94
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 98.55

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
1795692203

USE THE BELOW LINES IN YOUR FEE APPLICATION
Printing Costs: 219 X .19 - 0 = 41.61

Postage Costs: 73 at the 1oz rate = 56.94

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 73 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.75
CANADA MAIL: 0 envelopes @ 1.75
MEXICO MAIL: 0 envelopes @ 1.75
CERTIFIED MAIL: 0 envelopes @ 10.98

**EXHIBIT B — MAILING INVOICES**



TOTAL NUMBER OF ENVELOPES PRINTED: 73

Thank you for using Certificate of Service. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@certificateofservice.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

LINK TO YOUR CERTIFICATE ONLINE:
--------------------------------------------------------------------------------------------------------------------------------------------------------------
Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332465720.pdf

Sincerely,

Mark Pfeifer
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

---

**COS High Street App to Employ.pdf**
194K

**EXHIBIT B — MAILING INVOICES**



ROLLINS LAW FIRM

**Kerri Rodabough <kerri@therollinsfirm.com>**

# URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 26-01916 | NAME: HIGH STREET HOTEL GROUP LLC |TRACKING NUMBER: 7332485772

1 message

**Certificate of Service** <donotreply@bkattorneyservices3.com> Thu, Oct 22, 2026 at 11:25 AM
Reply-To: donotreply@bkattorneyservices3.com
To: trollins@therollinsfirm.com
Cc: kerri@therollinsfirm.com

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
---------------------------
CASE NO: 26-01916
NAME: HIGH STREET HOTEL GROUP LLC
TRACKING NUMBER: 7332485772

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332485772

THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $13.87
- Credits Applied: $0.00
= Printing: $13.87
+ Postage: $56.94
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 70.81

Thank you for your business!

SPECIAL INSTRUCTIONS:

CLIENT BILLING CODE:
1795692203

USE THE BELOW LINES IN YOUR FEE APPLICATION
Printing Costs: 73 X .19 - 0 = 13.87

Postage Costs: 73 at the 1oz rate = 56.94

POSTAGE BREAKDOWN:
------------------------------------------
DOMESTIC MAIL: 73 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.75
CANADA MAIL: 0 envelopes @ 1.75
MEXICO MAIL: 0 envelopes @ 1.75
CERTIFIED MAIL: 0 envelopes @ 10.98

**EXHIBIT B — MAILING INVOICES**



TOTAL NUMBER OF ENVELOPES PRINTED: 73

Thank you for using Certificate of Service. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@certificateofservice.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

LINK TO YOUR CERTIFICATE ONLINE:
------------------------------------------------------------------------------------------------------------------------------------------------------------------------
Please follow the below link to download your certificate through your browser.
https://secure.bkattorneyservices3.com/certificates/C7332485772.pdf

Sincerely,

Miranda Cobb
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

**COS High Street Hotel Extend.pdf**
193K