**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,**
**Debtor.**

**CASE NO. 26-01916-JAW**

**CHAPTER 11**

---

**AFFIDAVIT OF THOMAS C. ROLLINS, JR.**
**IN SUPPORT OF FIRST INTERIM FEE APPLICATION**

---

STATE OF MISSISSIPPI
COUNTY OF Hinds

Personally appeared before me, the undersigned authority, Thomas C. Rollins, Jr., who, being first duly sworn, states:

1. I am an attorney with The Rollins Law Firm, PLLC and counsel for High Street Hotel Group, LLC in this case. I am familiar with the Firm's representation, billing records, and trust account for this matter.

2. I have reviewed the First Application for Interim Allowance of Compensation and Reimbursement of Expenses and its supporting billing exhibits for July 14, 2026, through November 12, 2026. The request is for $22,355.25 in fees and $2,067.92 in expenses, totaling $24,423.17.

3. Exhibit A is the Firm's itemized invoice after review and adjustments. Exhibit B contains the supporting mailing invoices.

4. The services for which compensation is requested were performed for the Debtor in this case. I have considered the Johnson factors discussed in the Application. In my judgment, the time and rates are reasonable for the work described. The services were necessary to administer the case or reasonably likely to benefit the estate when performed. The expenses

requested are the filing fee and mailing costs reflected in the Firm's records, without a markup.

5. The Firm holds $25,000.00 in trust as the Debtor's security retainer, funded by Desai Companies, LLC and disclosed in the employment papers. The Firm has not applied that retainer to the compensation requested in this Application. If the Court allows the full request and authorizes its application, $576.83 will remain in trust.

6. The Firm has not previously received an award of compensation or expense reimbursement in this case. There is no agreement to share compensation from this matter with any person other than members of the Firm.

Thomas C. Rollins, Jr.

SWORN TO AND SUBSCRIBED before me on this 16th day of November, 2026.

NOTARY PUBLIC

My commission expires: ____________________

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 493694
VANESSA MARTINEZ
Commission Expires
Nov. 17, 2028
BOLIVAR COUNTY