**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,**
**Debtor.**

**CASE NO. 26-01916-JAW**

**CHAPTER 11**

---

**ORDER APPROVING FIRST INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

The Court has considered the application of The Rollins Law Firm, PLLC (the "Firm"), the supporting affidavit and exhibits, and any response. After sufficient notice, the Court finds the requested compensation and expenses reasonable and allowable under 11 U.S.C. §§ 330 and 331. It is ORDERED:

1. The Application is APPROVED. The Firm is allowed interim compensation of $22,355.25 and reimbursement of expenses of $2,067.92, for a total of $24,423.17, for July 14, 2026, through November 12, 2026.

2. The Firm is authorized to apply $24,423.17 from the $25,000.00 retainer held in trust to this award. The remaining $576.83 shall remain in trust pending further authorized application or disposition.

3. This interim allowance and payment remain subject to final review and adjustment under 11 U.S.C. § 330.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession