**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HIGH STREET HOTEL GROUP, LLC,**
**Debtor.**

**CASE NO. 26-01916-JAW**

**CHAPTER 11**

---

## NOTICE OF FIRST APPLICATION FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

The Rollins Law Firm, PLLC, counsel for the Debtor, has filed its First Application for Interim Allowance of Compensation and Reimbursement of Expenses for July 14, 2026, through November 12, 2026. The Firm requests $22,355.25 in fees and $2,067.92 in expenses, totaling $24,423.17, and authority to apply that amount from the $25,000.00 retainer held in trust.

**Your rights may be affected. Read the Application and its exhibits carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you oppose the requested relief or want the Court to consider your views, you or your attorney must file a written objection and request for hearing within twenty-one (21) days after service of this Notice. Any additional time provided by Federal Rule of Bankruptcy Procedure 9006(f) applies when applicable. The objection must state the grounds for opposition.

File the objection with:

Clerk, United States Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court Street, Suite 2.300
Jackson, Mississippi 39201

If you mail the objection for filing, mail it early enough for the Clerk to receive it before the deadline. You must also serve a copy on Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC,

P.O. Box 13767, Jackson, Mississippi 39236, and the United States Trustee. Registered users may file and serve through CM/ECF as permitted by the Court's procedures.

**If a timely objection is filed, the Court will set a hearing and provide further notice. If no timely objection is filed, the Court may approve the Application without a hearing.**

Dated: November 17, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
HIGH STREET HOTEL GROUP, LLC

CASE NO: 26-01916

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 11/17/2026, I did cause a copy of the following documents, described below,

Notice of First Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HIGH STREET HOTEL GROUP, LLC

CASE NO: 26-01916

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/17/2026, a copy of the following documents, described below,

Notice of First Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-01916
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 17 12-17-15 PST 2026

DEBTOR

HIGH STREET HOTEL GROUP LLC
600 STEED RD
RIDGELAND MS 39157-9482

MISSISSIPPI DEPARTMENT OF REVENUE
SYLVIE D ROBINSON
P O BOX 22808
JACKSON MS 39225-2808

RSS BBCMS2017C1MS HSH LLC
CO JONES WALKER LLP
11 N WATER ST STE 1200
MOBILE AL 36602-3809

WATKINS WARD AND STAFFORD PLLC
CLIFF P STEWART CPA
105 WEST WASHINGTON STREET
SUITE A1
RIDGELAND MS 39157-2416

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

ACC BUSINESS
PO BOX 5019
CAROL STREAM IL 60197-5019

AIS TRUST ACCOUNT
ALLIANT
PO BOX 744912
LOS ANGELES CA 90074-4912

ATT
PO BOX 5019
CAROL STREAM IL 60197-5019

AIRE MASTER OF MID MS
141 GREEN GLADES
RIDGELAND MS 39157-8661

AMERICAN QUICK FOODS
PO BOX 7188
OVERLAND PARK KS 66207-0188

ATIS ELEVATOR INSPECTI
PO BOX 790379
SAINT LOUIS MO 63179-0379

ATMOS ENERGY CORP
PO BOX 650205
DALLAS TX 75265-0205

ATMOS ENERGY CORPORATION
ATTN BANKRUPTCY GROUP
PO BOX 650205
DALLAS TX 75265-0205

BOOKINGCOM
5295 PAYSPHERE CIR
CHICAGO IL 60674-5295

BUFORD PLUMBING CO
PO BOX 8601
JACKSON MS 39284-8601

(P)CENTIMARK CORPORATION
12 GRANDVIEW CIRCLE
CANONSBURG PA 15317-8533

CHAD J HAMMONS ESQ
JONES WALKER LLP
ATTY FOR RSS BBCMS2017-C1-MS HSH LLC
3100 NORTH STATE STREET SUITE 300
JACKSON MS 39216-4013

CITY OF JACKSON
PO BOX 23092
JACKSON MS 39225-3092

CITY OF JACKSON WATER
PO BOX 23092
JACKSON MS 39225-3092

DESAI COMPANIES LLC
600 STEED RD
RIDGELAND MS 39157-9482

DESAI HOTEL GROUP
600 STEED RD
RIDGELAND MS 39157-9482

ENTERGY MISSISSIPPI
PO BOX 8105
BATON ROUGE LA 70891-8105

ENTERGY MISSISSIPPI LLC
4809 JEFFERSON HWY LJEF359
NEW ORLEANS LA 70121-3126

FIRST RATE LAUNDRY SYS
580 BEVILL DR
FLORENCE MS 39073-9182

FISHER FIRE
PO BOX 3364
JACKSON MS 39207-3364

GENERAL PARTS LLC
MI10
PO BOX 9201
MINNEAPOLIS MN 55480-9201

GREATER JACKSON CHAMBE
PO BOX 22548
JACKSON MS 39225-2548

GUEST SUPPLY LLC
PO BOX 6771
SOMERSET NJ 08875-6771

HD SUPPLY FACILITIES
PO BOX 604233
CHARLOTTE NC 28260-4233

HELMS BRISCOE
PO BOX 208976
DALLAS TX 75320-8976

HEWLETT PACKARD FINANC
200 CONNELL DR
STE 5000
BERKELEY HEIGHTS NJ 07922-2816

HEWLETTPACKARD FINANCIAL SERVICES COMPANY
200 CONNELL DR
BERKELEY HEIGHTS NJ 07922-2816

HINDS CO TAX COLLECTOR
PO BOX 1727
JACKSON MS 39215-1727

HINDS COUNTY TAX COLLECTOR
316 SOUTH PRESIDENT STREET
JACKSON MS 39201-4801

HOLIDAY HOSPITALITY FRANCHISING LLC
LERNER HARRIS LAW ATTN DOUGLAS J HARRI
9350 WILSHIRE BLVD STE 203
BEVERLY HILLS CA 90212-3204

IHG HOTELS RESORTS
3 RAVINIA DR STE 100
ATLANTA GA 30346-2121

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS
CO US ATTORNEY
501 E COURT ST STE 4430
JACKSON MS 39201-5025

INTERCONTINENTAL HOTEL
3 RAVINIA DR
STE 100
ATLANTA GA 30346-2121

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JANE DOE (TLM)
CO THE WATSON LAW FIRM
1501 JACKSON AVE W
STE 113 PMB 101
OXFORD MS 38655-2566

JOHNSON CONTROLS
DEPT CH 10320
PALATINE IL 60055-0320

JONES WALKER
11 N WATER ST
STE 1200
MOBILE AL 36602-3809

M3 ACCOUNTING SVCS
PO BOX 96539
CHARLOTTE NC 28296-0539

MS ATTORNEY GENERAL
550 HIGH STREET
JACKSON MS 39201-1111

MS DEPT OF HEALTH
PO BOX 1700
JACKSON MS 39215-1700

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MVM TECHNOLOGY
27 WILLIAM ST
SAYREVILLE NJ 08872-1144

MALAR CONTRACT LIGHTIN
PO BOX 1211
MORRISTOWN TN 37816-1211

MICHAEL ANTHONY SHAW ESQ
JONES WALKER LLP
COUNSEL FOR RSS BBCMS2017-C1-MS HSH LLC
11 N WATER ST STE 1200
MOBILE AL 36602-3809

MIDSOUTH ELEVATOR
240 HIGHPOINT DR
RIDGELAND MS 39157-6019

NATIONAL HOTELMOTEL
40087 MISSION BLVD
STE 241
FREMONT CA 94539-3680

NEW HORIZON COMMUNICAT
200 BARKER AVE
STE 300
CONCORD MA 01742-2178

OPTIONS TRAVEL SERVICE
135 RANHURST VILLAGE D
MOUNT PROSPECT IL 60056-1147

ORKIN
5700 CITRUS BLVD
STE E-2
JEFFERSON LA 70123-5813

RFID HOTEL
PO BOX 748535
ATLANTA GA 30374-8535

RSS BBCMS2017C1MS HSH LLC
CO STEPHEN P DROBNY ESQ
JONES WALKER LLP
201 S BISCAYNE BLVD SUITE 3000
MIAMI FL 33131-4330

REPUBLIC SERVICES
PO BOX 677156
DALLAS TX 75267-7156

RIALTO CAPITAL ADVISOR
200 S BISCAYNE BLVD
STE 3550
MIAMI FL 33131-2379

RIDGELAND HOTEL GRP
600 STEED RD
RIDGELAND MS 39157-9482

ROYAL CUP
PO BOX 841000
DALLAS TX 75284-1000

RYAN LLC
PO BOX 848351
DALLAS TX 75284-8351

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

SIB DEVELOPMENT CONS
PO BOX 736603
DALLAS TX 75373-6603

SICO HOELSCHER HARR
ATTN MEAGAN E HASSAN
819 N UPPER BROADWAY
CORPUS CHRISTI TX 78401-1909

STEPHEN P DROBNY ESQ
JONES WALKER LLP
FOR RSS BBCMS201-C1-MS HSH LLC
201 SOUTH BISCAYNE BLVD STE 3000
MIAMI FL 33131-4330

SUNNY DESAI
306 VINCE CV
MADISON MS 39110-6528

SYLVIE DERDEYN ROBINSON ESQ
ATTY FOR MS DEPT OF REVENUE
P O BOX 22828
JACKSON MS 39225-2828

SYSCO JACKSON LLC
PO BOX 2900
JACKSON MS 39207-2900

TOUCHTONE COMMUNICATIO
PO BOX 780593
PHILADELPHIA PA 19178-0593

TRAVELING TEAMS INC
PO BOX 771954
DETROIT MI 48277-1954

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

US SMALL BUSINESS ADMINISTRATION
1835 ASSEMBLY STREET
SUITE 1425
COLUMBIA SC 29201-2453

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

US ATTORNEY GENERAL
USDOJ
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

WATKINS WARD STAFF
105 W WASHINGTON ST
STE A1
RIDGELAND MS 39157-2416

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~